Exhibit B

DRU-2016-5302
FT218 (sodium oxybate extended-release oral suspension)
For the treatment of ████████ (b) (4) narcolepsy



# REVIEW OF REQUEST FOR ORPHAN DRUG DESIGNATION

| | |
|---|---|
| Date Submitted by Sponsor: | 04/20/2016 |
| Date Received by FDA: | 04/20/2016 |
| Date Review Completed: | 07/28/2016 |
| Designation Number: | DRU-2016-5302 |
| Trade name: | N/A |
| Generic name (active ingredient): | FT218 (sodium oxybate for extended-release oral suspension) |
| Sponsor: | Flamel Ireland Limited<br>Block 10-1 Blanchardstown Corporate Park<br>Ballycoolin<br>Dublin 15<br>Ireland |
| Primary Contact: | U.S. Agent for Flamel<br>Marla Scarola<br>Phone: 202.730.4129<br>E-mail: marla.scarola@weinberggroup.com |
| Manufacturer: | The drug substance, sodium oxybate is manufactured in accordance with Good Manufacturing Practice at the following facilities:<br>(b) (4)<br><br>Manufacture of FT218 drug product is conducted in accordance with Good Manufacturing Practice at the following facility:<br>(b) (4) |
| Regulatory Status: | FT218 is currently being tested under IND ████ (b) (4) for the treatment of cataplexy ████ (b) (4) It is not approved or marketed in any country including the US for any indication. No adverse regulatory actions have been taken against FT218 in any country. |
| Proposed Orphan Designation: | For the treatment of ████████ (b) (4) narcolepsy |

1 | P a g e

DRU-2016-5302
FT218 (sodium oxybate extended-release oral suspension)
For the treatment of ▮▮▮▮▮▮ (b) (4) narcolepsy

| Orphan Drug Designation History: | Six drugs currently hold orphan drug designation for the treatment of narcolepsy: DRU-2016-5268, DRU-2012-3751, DRU-2010-3072, DRU-1994-858, DRU-1993-737 and DRU-1987-263. Two have been approved: DRU-1994-858 (oxybate) and DRU-1993-737 (modafinil). |
|---|---|

## 1. Disease Background[i,ii]

Narcolepsy is a neurological disorder characterized by excessive daytime sleepiness, cataplexy, hypnagogic hallucination and sleep paralysis. The prevalence of narcolepsy in the US is 0.02-0.18%. Narcolepsy preferentially affects males with a male to female ratio of 2 to 1. Narcolepsy is thought to have genetic predispositions. Certain human leukocyte antigen (HLA) subtypes and abnormal hypocretin (orexin) neurotransmission have been associated with narcolepsy. An autoimmune etiology is also suggested.

The Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5) defines narcolepsy as recurrent episodes of irrepressible need to sleep, lapsing into sleep, or napping occurring within the same day. These sudden sleep attacks may occur during any type of activity at any time of the day. Although narcolepsy has traditionally been considered to be a disease of adulthood, most cases have their onset in childhood or adolescence. Sleep attacks must have been occurring at least three times per week over the past 3 months for the diagnosis of narcolepsy. There also must be the presence of at least one of the following:

- Episodes of cataplexy occurring at least a few times per month
- Hypocretin deficiency
- REM sleep latency ≤15 minutes, or a mean sleep latency ≤8 minutes and two or more sleep-onset REM periods (SOREMPs)

Two tests that are considered essential in confirming a diagnosis of narcolepsy are the polysomnogram (PSG) and the Multiple Sleep Latency Test (MSLT). Three forms of narcolepsy are recognized: narcolepsy with cataplexy, narcolepsy without cataplexy, and narcolepsy due to a medical condition.

Treatments of narcolepsy include both pharmacologic and nonpharmacologic approaches[iii]. Pharmacologic treatment of narcolepsy involves the use of central nervous system (CNS) stimulants such as methylphenidate, modafinil, dextroamphetamine sulfate, methamphetamine, and amphetamine. Modafinil (Provigil, Modasomil, Modiodal, Vigil) is the first-line pharmacological treatment of excessive daytime sleepiness and irresistible episodes of sleep in association with behavioral measures. Sodium Oxybate (XYREM®) is currently the first-line treatment for cataplexy in patients with narcolepsy. Antidepressants, either tricyclics or newer

---

[i] Scammell Thomas E. Narcolepsy. N Engl J Med 2015; 373: 2654–2662. doi:10.1056/NEJMra1500587.

[ii] Maret S, Tafti M; Tafti. Genetics of narcolepsy and other major sleep disorders. Swiss Medical Weekly (EMH Swiss Medical Publishers Ltd.) 2005;135 (45–46): 662–5. PMID 16453205.

[iii] Thorpy M, Dauvillers Y. Clinical and practical considerations in the pharmacologic management of narcolepsy. Sleep Medicine. 2015;16:9-18

DRU-2016-5302
FT218 (sodium oxybate extended-release oral suspension)
For the treatment of ▓▓▓▓▓▓▓ (b) (4) narcolepsy

antidepressants, are used treatments. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  (b) (4)
▓▓▓▓▓▓▓▓▓▓▓▓▓

## 2. Population Estimate

The sponsor cited prevalence data from three sources, the National Organization for Rare Diseases, Longstreth et al. study in Washington state[iv] and Silber et al. study in Minnesota[v]. The cited prevalence are 1 per 2,000, 30.6 per 100,000 and 36 per 1,000 in the general population respectively. The sponsor states that all three indicate a prevalence of less than 200,000 in the US.

*Reviewer's Comments: The sponsor stated that the Silber et al. reported a 36 per 1,000 prevalence. However, it appears that the sponsor misrepresented the data. The Silber et al. study actually reported a 56.3 per 100,000 prevalence in 1985. Also the sponsor did not provide an estimated number of the population but only a statement that it is under 200,000 in the US.*

*Using the prevalence of 56.3 per 100,000 and US population of 324 million, this reviewer estimate the population of narcolepsy to be approximately 180,000 (182,412) in the US. This prevalence estimate is consistent with other orphan drug designation for narcolepsy. The estimated prevalence meets the statutory requirement for orphan drug designation.*

## 3. Scientific Rationale

FT218 is a one-dose sustained release formulation of sodium oxybate which is the same active moiety as the FDA approved Xyrem® for the same indication. Efficacy of sodium oxybate for treatment cataplexy and excessive daytime sleepiness in narcolepsy is well-demonstrated although the mechanism of action is not well understood.

Xyrem® has a half-life of 0.5 to 1 hour which necessitates a twice-nightly dosing in order to achieve 6 to 8 hours of nighttime sleep. Current labeling for Xyrem® states that patients may need to set an alarm to awaken for the second dose. If the window for the second dose (2.5 to 4 hours after the first dose) is missed, patients are instructed to skip the second dose because of the potential negative effects on functioning/alertness the following day. Comparison of blood levels from sodium oxybate achieved with a single 4.5 g dose of FT218 and split 2.25 g doses of Xyrem® (Figure 1) demonstrate the ability of the FT218 formulation to maintain therapeutic blood levels of the drug longer than a single dose of Xyrem®. Further, FT218 shows elimination of plasma levels at the end of the night similar to that achieved with Xyrem® taken twice, indicating that carryover sedation is unlikely to exceed that of the currently marketed product.

*Reviewer's Comments: Scientific rationale for FT218 for the treatment is sufficient. It has been demonstrated that a single dose of 4.5g of FT218 is able to achieve a similar therapeutic level of*

---

[iv] Longstreth WT, Ton TGN, Koepsell T, Gersuk VH, Hendrickson A, Velde S. 2009. Prevalence of narcolepsy in King County, Washington, USA. Sleep Med. 10:422-426.

[v] Silber MH, Krahn LE, Olson EJ, Pankratz VS. 2002. The epidemiology of narcolepsy in Olmsted County, Minnesota: A population-based study. SLEEP 25:197-202.

FDA-OOPD-May23-POSTING-000069

DRU-2016-5302
FT218 (sodium oxybate extended-release oral suspension)
For the treatment of          (b) (4) narcolepsy

*the approved Xyrem and a similar level of clearance at in 10-12 hours to eliminate carryover sedation.*

**Figure 1:**    **Mean Plasma Sodium Oxybate Concentrations (µg/mL) – Time Profiles after a Single Oral Administration of 4.5 g of FT218 or Two 2.25 g Administrations of Xyrem$^\text{8}$**



## Superiority over a similar already-approved product

The sponsor claims that FT218 provides a major contribution to patient care (MC to PC) over the approved marketed product Xyrem® (NDA 021196) by reducing the twice nightly dosing to once before bedtime. The sponsor did not make claims on superior clinical safety and efficacy.

To support the MC to PC claim, the sponsor cited a statement distributed at the September 24, 2013 FDA meeting on Drub Development for Narcolepsy:" …an ideal therapy included, a drug that would provide consistent and adequate control of the daytime sleepiness without the hard crash and one that would require dose taken at bedtime resulting in 8 hours of restorative sleep". The statement is the result of a survey of 1,350 narcolepsy patients which suggested that patients suffering from fragmented sleep and overall sleep deficit consider the elimination of the need for a second nighttime dose to be a substantial advancement in therapy[vi].

The sponsor also provided several other probable benefits to support the MC to PC claim:

- Eliminate the obvious disadvantage of needing to disrupt sleep in order to take a drug that promotes sleep.
- Reduce the potential for decreased efficacy if the second of dose of Xyrem® is missed.

---

[vi] Unite Narcolepsy. 2013. Patient-Focused Narcolepsy Survey: Interim Analysis as of September 16, 2013. Available at: http://www.unitenarcolepsy.org/

FDA-OOPD-May23-POSTING-000070

DRU-2016-5302
FT218 (sodium oxybate extended-release oral suspension)
For the treatment of ████████████ (b) (4) narcolepsy

- Eliminate the need to disrupt the sleep of roommates and partners or parents/caregivers of affected children.
- Reduce safety risks of a second nightly dose of Xyrem® which include:
  - potential for consumption of the product left on a bedside table by a child
  - risk of falls or other accidental injuries if the second dose is not consumed in bed because of the rapid onset of effects
  - the risk of accidental measurement errors in nightly dose preparations

(b) (4)

*Reviewer's Comments: I have discussed this MC to PC claim with Dr. Startzman. OOPD acknowledges that the elimination of the second nightly dose provides convenience in patient's care. However, OOPD does not consider this reduction in dosing frequency has risen to the level of major contribution to patient care.*

*Although not provided with this submission, I have downloaded a copy of the interim analysis report of the Patient-Focused Narcolepsy Survey (a hard copy is attached with this review). In this report, dosing schedule, though not specified, was identified as one of the main drawbacks of current available treatments. The first answer to the question of what specific things you look for in an ideal therapy for your condition was "A drug that would provide consistent and adequate control of the daytime sleepiness without the hard crash and one that would require one dose taken at bedtime resulting in 8 hours of restorative sleep" (as cited by the sponsor). It is not clear on what percentage of surveyed patients and/or caregivers identified the dosing schedule as a major issue and made the above cited statement. In my opinion, additional discussion may be beneficial to determine whether a patient survey or other forms of patient input can be accepted to support a MC to PC claim.*

## 4. **Recommendation**

This submission contains an orphan drug designation request for FT218 for the treatment of cataplexy and excessive daytime sleepiness in narcolepsy. Estimated population of narcolepsy in the US is less than 200,000. The active moiety of FT218, sodium oxybate, has been shown to be effective in narcolepsy. However, sodium oxybate is also the active moiety of the approved drug Xyrem for the treatment of narcolepsy. The sponsor claims that FT218 is superior to Xyrem® by providing major contribution to patient care. While OOPD acknowledges that the reduction in nighttime dosing frequency is convenient, it has not risen to the level which OOPD considers as major contribution to patient care.

Therefore, I recommend this designation request not be granted and the following deficiency be conveyed to the sponsor.

FDA-OOPD-May23-POSTING-000071

DRU-2016-5302
FT218 (sodium oxybate extended-release oral suspension)
For the treatment of [(b) (4)] narcolepsy

Deficiency: OOPD acknowledges that the proposed dosing regimen of FT218 is more convenient to the patients and/or caregivers than that of Xyrem®. However, based on your current submission, this reduction in dosing frequency is not considered as providing major contribution to patient care.

Note: Please also include the standard languages on meetings with OOPD.

Gumei Liu, MD, PhD
Staff Fellow

Concur: _____ Date: 8/8/2016

Henry H. Startzman III, M.D.
Director, Orphan Drug Designation Program
Office of Orphan Products Development

Cc:
HF-35 / Designation File # 16-5302
HF-35 / Chron File
HF-35 / Gumei Liu

FDA-OOPD-May23-POSTING-000072



**PATIENT-FOCUSED NARCOLEPSY SURVEY**
**Interim Analysis as of September 16, 2013**
*For Distribution at September 24, 2013 FDA Meeting on Drug Development for Narcolepsy*

On September 24, 2013, patients with narcolepsy, family members and caregivers will gather at the Silver Spring, Maryland, campus of the U.S. Food & Drug Administration (FDA) to provide direct input on drug development issues affecting nearly 200,000 Americans with narcolepsy. The meeting, the fourth in the FDA's Patient-Focused Drug Development Initiative series mandated under a 2012 law, will be the first session dedicated to a rare disease.

To prepare the patient community for this opportunity to speak directly with FDA regulators, Wake Up Narcolepsy, Inc., a nonprofit working to speed diagnosis of narcolepsy and help in the search for a cure, launched a special patient education and engagement initiative, Unite Narcolepsy. A comprehensive survey based on questions about narcolepsy posed by FDA was initiated on August 26, 2013 and has since generated response from more than 1,350 individuals, including more than 1,000 people diagnosed with narcolepsy by a physician. This is the largest survey ever conducted by a narcolepsy patient organization.

The survey will remain open until November 15, 2013 and a final analysis will be presented to the FDA through a public docket established for the purpose of hearing from the narcolepsy patient community. A summary of interim survey results is presented here:

**Participant Profile:**

- Of the 1,350 total respondents, 74% were individuals diagnosed with narcolepsy by a physician. 17% were the parent, spouse or other family caregiver for a person diagnosed with narcolepsy. 6% had been diagnosed with idiopathic hypersomnia or had a condition resembling narcolepsy but had not received a diagnosis from a physician.

**What is your age (or the age of the person with narcolepsy with whom you are close)?**

Answered: 1,128   Skipped: 222



Age 10 or younger · 11 to 17 · 18 to 24 · 25 to 34 · 35 to 44 · 45 to 54 · 55 to 64 · 65 to 74 · 75 or older

1

- More than half of respondents, 55%, have been affected by narcolepsy for more than 10 years.
- Nearly 51% of survey respondents reported that it took 6 years or longer to get properly diagnosed.
- 40% reported being between the ages of 11 and 17 when symptoms first appeared. There are currently no medications approved for use by children or teens with narcolepsy, adding challenges to management of the condition for younger patients.
- There is a high rate of other comorbid conditions reported through the survey. Two-thirds of respondents had one or more other medical conditions and one-fifth had three or more conditions in addition to narcolepsy. Anxiety, sleep apnea, migraines, fibromyalgia and other chronic pain conditions were among the most frequent diagnoses reported by respondents.
- Here are representative excerpts from comments about diagnosis submitted by respondents:
  - "It took me many years to realize that something was wrong – this was my 'normal' but I didn't consider that it wasn't normal at all. Once I decided to see a doctor when I was lucky enough to have insurance, things moved quickly although I've had an assortment of diagnoses over the years."
  - "I have spent thousands of dollars on tests, prescription medicines, and doctors that did not help me. I have been made to feel crazy, like a hypochondriac, that I am really just lazy and have no self-control. I had severe onset at age 17, and since then have been on scores of antidepressants and mood stabilizers. I went from being a high achieving student to a college dropout with multiple suicide attempts and a dead-end blue collar job. I don't see a future for myself."
  - "As doctors and even a university hospital weren't able to diagnose anything, I searched the Internet and found a possible diagnosis which was confirmed in the sleep laboratory soon afterwards."
  - "My daughter has seen more than 15 specialists over the past 5 years and they couldn't find anything wrong. It took the right doctor asking the right questions to pick up on something that prompted a sleep study."

**Q11** Of all the symptoms that you experience because of your condition, which one to three symptoms have the MOST SIGNIFICANT impact on your life?

Answered: 1,087   Skipped: 263



**Symptoms:**

- Cataplexy, a striking and sudden episode of muscle weakness often triggered by strong emotion, was reported by 64% of

2

respondents. For those who experience cataplexy, it was most often triggered by laughing excitedly (43%), being angry (42%) and/or being startled (39%).

- The three symptoms rated as having the most significant impact on patients' lives were excessive daytime sleepiness (77%), difficulty thinking, remembering, concentrating or paying attention (50%) and general fatigue/never feeling rested (45%). For those with narcolepsy plus cataplexy, cataplexy was also rated as having a significant life impact.
- When describing their symptom patterns, 74% indicated that symptoms are present on a daily basis, with 29% reporting that they can vary from day-to-day and week-to-week. More than one-third (35%) noted that the level of symptoms varies according to other factors in their lives.
- Here are representative excerpts from comments about symptoms submitted by respondents:
  - o  "It is very hard to limit to only three symptoms, as the severity of the 11 of the symptoms contribute to destroying my quality of life."
  - o  "I have a condition that forces me to sleep and yet I am absolutely terrified of what sleep brings. Imagine being so sleepy you can't keep talking to your fiancé on the phone and nod off mid-sentence. I have hallucinations consisting of strange men at my door or thousands of bees coming off my fan, dreams so vivid it takes 10 minutes to recite them."
  - o  "Sleep paralysis is very scary and I have almost every one of the symptoms listed. Periodic limb movements affect my sleep too."
  - o  "So unfair to limit us to three! They are all connected. You sleep badly and it makes you feel more fatigued. More fatigue = more irritability and worse concentration. In 16 years I would answer this question differently depending on immediate circumstances. Today, memory loss is #1."
  - o  "Hallucinating with sleep attacks in the classroom is really disturbing."
  - o  "In all honesty, I can't quite pinpoint which symptom has 'the MOST SIGNIFICANT IMPACT' because they all do. It is a symptomatic concoction of misery."

### How would you describe the severity of your condition?

Answered: 1,120    Skipped: 220



### Daily Life Impacts:

- 84% report not being able to perform as they wish at work or in school. 77% indicate that they have difficulty interacting with family or friends and 71% can't get through the day without falling asleep.

MILD: Does not interfere with daily activities
MODERATE: Causes some limitation in daily activities
SEVERE: Significantly impacts daily activities

- In describing how their condition has changed over time, 37% responded that they are better informed and prepared to manage their conditions, but the symptoms and severity are about the same as when narcolepsy first started. A quarter of respondents indicated that the condition is more stable and manageable now; another quarter stated that it is worse and more unpredictable than when it first started.
- Here are representative excerpts from comments about daily life impacts submitted by respondents:
  - o  "I am afraid to hold my infant daughter for fear of losing muscle control at any moment."
  - o  "I don't cook alone anymore because I almost started a fire when cataplexy hit while I was at the stove one night."

3

- o "My daughter hardly goes out and when she does, she is so exhausted during the activity and the following day. She is afraid to drive. She is unable to work and gets tired just taking a walk. I do her laundry, shopping and cleaning."
- o "I am trapped and can't contribute to society anymore. Even my own home is filled with perils because I am so prone to many cataplexy attacks. I miss going out with friends and loved ones, but I have no energy anymore."
- o "We held off on a family and it's caused major issues in our relationship over the years."
- o "I no longer recognize my own life because everything has changed."
- o "I want to be/feel part of the family again."
- o "I want to have full trust of my body again, not feel like I'm going to fall over and hurt myself or damage something."

**Current Treatment:**

- Overall, 82% of respondents describe their untreated condition as "severe" – significantly impacts daily activities. With treatment, only 22% report the same severe impact on function, with 61% describing their treated condition as "moderate" – causing some limitation on daily activities.
- Nearly 95% of survey respondents reported having been prescribed one or more of the four medications approved by FDA for treatment of narcolepsy or its key symptoms (Adderall, Nuvigil, Provigil and Xyrem). 79% use one or more of those medications currently. Other prescriptions medications (including stimulants,

### How well do these therapies improve your ability to do specific activities that are important in your daily life?



Answered: 988    Skipped: 362

anticataplectics and hypnotics/sedatives) have been used by 70% of respondents; 90% use other therapies (including lifestyle modification, vitamins, nutritional supplements, diet and/or yoga) to help manage their condition. Over-the-counter products were currently used by just 23% of respondents. Fewer than 7% reported that they currently pursue no form of treatment for the condition.

- Without treatment, 77% of patients report experiencing 6 or more episodes of excessive daytime sleepiness each day. With treatment, the frequency of such symptoms falls dramatically to 1-2 times each day for 38% and 3-5 times each day for 41%. Episodes of cataplexy can be reduced as well; 41% report 3 or more daily cataplexy events without treatment, but just 13% experience as many episodes with currently available treatments.
- 41% of respondents credit prescription medicines with providing "substantial improvement" in their ability to do important activities of daily living and another 45% indicated that prescription medications provide some improvement in their function. By contrast, just 2% rated over-the-counter (OTC) products as providing "substantial improvement" and 18% rated OTC products as providing "some improvement." Other therapies (lifestyle modification, vitamins, etc.) were also an important factor in managing the condition, with 12% reporting "substantial improvement" with use of these approaches and 46% reporting "some improvement."
- The main drawbacks of currently available therapies reported by respondents include bothersome side effects (such as headaches, dry mouth, racing heart, nausea), dosing schedule, concerns about long-term use, cost and insurance reimbursement issues. To ensure safe and effective use of the four

4

medications approved by FDA to be marketed for narcolepsy, FDA requires them to be distributed as controlled substances.

- Here are representative excerpts from comments about treatment submitted by respondents:
  - o "Nothing is fool-proof. It is trial and error with every technique and/or medicine that is used."
  - o "Medications are not widely available. They're too costly. Docs prefer not to prescribe them and pharmacies cannot or will not order them due to scheduled nature."
  - o "Caffeine and naps are my lifestyle changes."
  - o "Trying to find the right dosing schedule is a definite challenge so that I am effective but minimize my intake as much as possible and so I don't hit the brick wall of meds not working."
  - o "All medications I take are not safe while pregnant and I would like to start a family soon. The medications are not safe for my heart and I worry about the side effects years down the road."
  - o "I am constantly afraid of taking my medication in public. Almost all narcolepsy drugs are heavily stigmatized."
  - o "The most significant downside to my medication is cost. I am concerned that I will lose coverage or no longer be approved for patient assistance. If I lose my medication, I will not be able to function and I'll lose my job."
  - o "Inconvenient dosing and eating schedules make it hard to eat and sleep when my family does. I'm willing to do it because I don't ever want to go back to how my life was before treatment."
  - o "Side effects can be annoying but the alternative is not functioning at all. I don't like the fact that my heart has to work extra hard and I don't know the damage it's doing."
  - o "I tried dietary changes and lifestyle modifications while I was waiting for specialist referral. They helped even more than I thought they would, but my condition improved even more substantially after the addition of a prescription medication."

**Hopes For the Future:**

- FDA asked, "Assuming there is no complete cure for your condition, what specific things would you look for in an ideal therapy for your condition?" Here are representative excerpts from comments submitted by survey respondents:
  - o "A drug that would provide consistent and adequate control of the daytime sleepiness without the hard crash and one that would require one dose taken at bedtime resulting in 8 hours of restorative sleep."
  - o "Better sleep without acting out dreams and injuring myself. Being able to say awake for several hours without feeling like I need to sleep."
  - o "My ideal therapy would be education of others. Having an invisible illness that is misunderstood takes a huge emotional toll. I am neither lazy, incompetent or unfocused. I am living impaired in an unforgiving world."
  - o "Ability to start a family while on medication. Ability to drive a long distance."
  - o "Something that would let me be awake without having my life ruled by pills."

What's the most important thing you'd like people to understand better about what it's like to live with narcolepsy?

Answered: 891   Skipped: 459

FDA-OOPD-May23-POSTING-000077

- o  "Longer-acting medications. Fewer side effects."
- o  "Something that 'directly' addresses the hypocretin/orexin deficiency that causes narcolepsy and corrects that deficiency."
- o  "Having more than two hours a day with my mind and body functioning at the same time."

- Unite Narcolepsy asked, "What's the most important thing you'd like people to understand better about what it's like to live with narcolepsy?" Here are representative excerpts from comments submitted:
  - o  "We're not lazy. It's not a joke. These conditions are real. Most of us would give anything to be like an average person again."
  - o  "Narcolepsy robs you of your life's goals and dreams and is also humiliating."
  - o  "That even if she looks 'normal' on the outside, she is struggling with symptoms all the time which makes everyday things a battle."
  - o  "I don't want to sleep all the time. I want to be awake and doing things with my family and children."
  - o  "We are still humans with emotions."
  - o  "It's a life-changing disease that has slowly taken everything away I used to love doing."
  - o  "It's uncomfortable and we hate it. Please be patient with us. We need support from our family and friends. We need you to understand, even if you don't."
  - o  "For people to understand there is no 'magic pill' that completely controls narcolepsy. Even with the proper dose of my medications and lifestyle modifications, I still have to work hard to function anywhere close to normal."
  - o  "One more cup of coffee will not make me more alert. When my body wants to sleep, I am at its mercy, no matter what plans I thought I had for the day."
  - o  "That we have a disability like Parkinson's or MS or lupus. We have a form of brain damage. We cannot be expected to do everything a healthy person can do and yet we are ignored, denied help and treatment, and medically mistreated because health care professionals don't know about our condition."
  - o  "MY tired is not YOUR tired."
  - o  "You don't LIVE with narcolepsy. You EXIST with it. Not DEAD but not really ALIVE either."

Wake Up Narcolepsy co-founder and executive director Monica Gow is gratified by the community's candor in sharing their experiences and perspectives. "Our family has seen first-hand through my son's experience all the ways in which narcolepsy robs a person of his or her life, but the survey results underscore the breadth and depth of losses patients and their loved ones bear. The thousands of comments submitted tell a heart-breaking story of dreams deferred, career and educational plans put on hold, independence lost, and families torn apart. Simple things we take for granted are lost to people combatting narcolepsy," said Gow.

Life with a rare disease that's often the butt of jokes can be very isolating. Unite Narcolepsy organizers took care to reach far and wide across the community to educate patients about this unique invitation from the FDA. They created a new website and hosted a series of webinars to provide ample resources explaining the FDA program and a growing role for patients in drug development. A popular narcolepsy blogger, author and spokesperson, Julie Flygare, J.D., helped launch and sustain the effort via social media. Other organizations including Global Genes Project and the Patient Advocate Foundation helped spread the word through rare disease and disability communities.

Narcolepsy is a neurological sleep disorder that affects some 200,000 Americans and 3 million adults and children worldwide. To learn more about narcolepsy, the Unite Narcolepsy initiative and the upcoming FDA meeting, please visit www.UniteNarcolepsy.org or www.WakeUpNarcolepsy.org. To complete the survey, please visit https://www.surveymonkey.com/s/unitenarcolepsy.

FDA-OOPD-May23-POSTING-000078