# Exhibit C



**DEPARTMENT OF HEALTH & HUMAN SERVICES**     Public Health Service

---

Office of Orphan Products Development
Food and Drug Administration
10903 New Hampshire Avenue
WO32-5295
Silver Spring, MD 20993

**AUG 2 3 2016**

The Weinberg Group, Inc.
1129 Twentieth Street, NW
Suite 600
Washington, DC 20036

Attention:   Marla Scarola, MS
             Senior Consultant

Re: Designation request # 16-5302
    Dated:      April 20, 2016
    Received:   April 20, 2016

Dear Ms. Scarola:

This letter responds to your request on behalf of Flamel Ireland Limited for orphan-drug designation submitted pursuant to section 526 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360bb), of sodium oxybate for extended-release oral suspension (FT218) for "treatment of cataplexy and excessive daytime sleepiness in narcolepsy."

The Office of Orphan Products Development (OOPD) has reviewed your request for orphan-drug designation and we are unable to grant your request at this time. While your population estimate and scientific rationale are adequate for the purposes of orphan drug designation, the concern with your request is described below.

The sponsor of a drug that is otherwise the same drug as an already approved drug may seek orphan-drug designation for the subsequent drug for the same rare disease or condition if they can provide a plausible hypothesis for the possible clinical superiority of the subsequent drug. The OOPD acknowledges that the proposed dosing regimen of FT218 is more convenient to the patient and/or caregivers than that of Xyrem®. However, based on your current submission, this reduction in dosing frequency is not considered as providing a major contribution to patient care. You have also not submitted a plausible hypothesis for superior efficacy or safety for your product over the approved product used per marketing label.

Further review of this application will be held in abeyance pending receipt of the above requested information. **Within 1 year of the date of this letter, please submit this additional information to OOPD or else submit a written request for an extension of time to respond.** Any extension request must include the reason(s) for the requested extension and the length of time of the requested extension. 21 CFR 316.24(a). Please

send such information or extension request to the following address and include reference to your designation request # 16-5302:

>Office of Orphan Products Development
>Food and Drug Administration
>WO32-5295
>10903 New Hampshire Avenue
>Silver Spring, MD  20993-0002

This will be your only notice of the 1-year deadline to respond to the identified deficiencies or request an extension of time to respond.  Failure to meet this deadline may result in OOPD considering your designation request voluntarily withdrawn.  21 CFR 316.24(a).

OOPD believes that you may benefit from a meeting with us to discuss your application.  Please refer to the FDA's guidance document titled "Draft Guidance for Industry, Researchers, Patient Groups, and Food and Drug Administration Staff – Meetings with the Office of Orphan Products Development."  This draft guidance is available at the following webpage: http://www.fda.gov/ForIndustry/DevelopingProductsforRareDiseasesConditions/OOPDNewsArchive/ucm350716.htm"]

21 C.F.R. 316.20(b)(7) requires the sponsor of an orphan-drug designation request to submit a "summary  of the regulatory status and marketing history of the drug."  To complete this summary, please certify whether or not you ever submitted a marketing application for the same active moiety for the same rare disease or condition prior to the time you submitted this designation request.  This information is relevant to confirm your drug meets the statutory and regulatory requirements for orphan drug designation.  See Section 526(a)(1) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360bb(a)(1)) ("A request for [orphan-drug] designation…shall be made before the submission of an application under section 505(b) for the drug.")  *See also* 21 CFR 316.23(a) ("A sponsor may request orphan-drug designation at any time in its drug development process prior to the time that sponsor submits a marketing application for the drug for the same rare disease or condition.")  Therefore, please self-certify that "Flamel Ireland Limited has not previously submitted a marketing application to the FDA for the same active moiety for the same rare disease or condition prior to the submission of this request for orphan drug designation #16-5302."  This certification should be included in the amendment addressing the deficiencies noted above if you intend on continuing to pursue orphan drug designation.

Flamel Ireland Limited 3

Should you have any questions, please contact Jeff Fritsch, RPh in this Office at 301-796-8682 or alternatively at 301-796-8660.

Sincerely,

Gayatri R. Rao, MD, JD
Director
Office of Orphan Products Development

Flamel Ireland Limited 4

cc:

OOPD/File # 16-5302
OOPD/Chron

History:
J. Fritsch 8/18/16
G. Liu
G. Rao

DEFICIENCY