# Exhibit D

**MEMORANDUM**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

---

**Division of Neurology 1
Office of Neuroscience
Center for Drug Evaluation and Research**

**Date: August 30, 2021**

**From: Eric Bastings, MD
         Division Director (Acting)**

**Subject:** <u>**Office of Orphan Products Development Consult Request #16-5302**</u>
**NDA 214755:
Lumryz (Sodium Oxybate Extended-Release for Oral Suspension [FT218])
Request for Orphan Drug Exclusivity**

**To: Director
     Office of Orphan Products Development**

**Document Type: Consult**

---

**Enclosed is the Division's response to your request**

# Review and Evaluation of Clinical Data

| | |
|---|---|
| **NDA:** | **214755** |
| **Sponsor:** | **Avadel** |
| **Product:** | **Lumryz*** |
| **Proposed Indication:** | **Narcolepsy** |
| **Material Submitted:** | **Consultation Request** |
| **Date Of Request:** | **7/6/21** |
| **Date Request Received By Reviewer:** | **7/6/21** |
| **Date Review Completed:** | **8/30/21** |
| **Reviewer:** | **Ranjit B. Mani, M.D.** |

*Sodium Oxybate Extended-Release for Oral Suspension (FT218)

## 1. Background

This consultation request has been received from the Office of Orphan Products Development (OOPD), and pertains to a request from the sponsor for <u>orphan drug exclusivity</u> for Sodium Oxybate Extended-Release for Oral Suspension (FT218), which carries the proprietary name "Lumryz™." This request for orphan drug exclusivity for Lumryz™ was submitted on December 15, 2020.

An original New Drug Application (NDA), #214755, seeking the approval of Lumryz™ for the treatment of cataplexy and excessive daytime sleepiness in narcolepsy is currently under review by the Agency. That application was also submitted on December 15, 2020, and included a copy of the request for orphan drug exclusivity that was submitted on the same date.

A supplement to the main request (dated December 15, 2020) for orphan drug exclusivity for Lumryz™ was submitted on July 14, 2021, and is also currently under review by OOPD. That supplement was also submitted to NDA 214755 and its contents will also be addressed in this consultative review. That supplement is entitled "*Exclusivity Claim – Supplemental Information in Demonstration of Clinical Superiority of FT218.*"

Currently, two products are approved for the treatment of cataplexy or excessive daytime sleepiness, (both products) in patients 7 years and older with narcolepsy. These are Xyrem® (sodium oxybate oral solution) and Xywav™ (a low-sodium oxybate oral solution formulation containing a mixture of calcium, magnesium, potassium, and sodium oxybates); the manufacturer of both formulations is Jazz Pharmaceuticals, Inc. Generic formulations of sodium oxybate oral solution have also been approved for the treatment of cataplexy and excessive daytime sleepiness in narcolepsy.

**While the currently-approved formulations of sodium oxybate, Xyrem® and Xywav™, are liquids, Sodium Oxybate for Extended-Release Oral Suspension (FT218) is a powder for oral suspension. Whereas the**

**approved formulation Xyrem® is administered in two separate doses nightly, separated by an interval of 2.5 to 4.0 hours, the sponsor anticipates that Sodium Oxybate for Extended-Release Oral Suspension (FT218) will be administered once nightly.**

In this review, the names "Lumryz™," "Sodium Oxybate Extended-Release for Oral Suspension," and "FT218," will be used interchangeably. The term "applicant" has also been interchangeably with sponsor.

## 2. Text Of Main Consultation Request

The full text of this consultation request, dated July 6, 2021, is copied verbatim below in purple font. That text is both comprehensive and self-explanatory.

<u>Background:</u>
The Office of Orphan Products Development (OOPD) granted orphan drug designation to sodium oxybate extended-release oral suspension on 1/08/2018 for the treatment of narcolepsy.  With input from the review division (consult dated 11/24/17), this designation was granted based on a plausible hypothesis that the drug may be clinically superior to the same drug that was already approved for the same indication because it "may be more safe due to the ramifications associated with the dosing regimen for the previously approved sodium oxybate in treating patients with narcolepsy."  On 12/15/2020, the sponsor, Avadel, submitted a marketing application for sodium oxybate extended-release oral suspension, with the proposed trade name Lumryz, for the treatment of cataplexy and excessive daytime sleepiness in adults with narcolepsy (NDA 214755).

Another sponsor, Jazz, has received marketing approval for the same active moiety, oxybate, for use in the treatment of narcolepsy.  Specifically, Xywav (calcium, magnesium, potassium, and sodium oxybates) was approved on 7/21/2020 and has orphan-drug exclusivity (ODE) until 7/21/2027 for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy. In addition, Xyrem (sodium oxybate) was previously approved for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy.  Xyrem has ODE only for the portion of the indication pertaining to pediatric patients until 10/26/2025.

In order for Lumryz to receive marketing approval for the treatment of cataplexy and EDS in adults with narcolepsy, it must be clinically superior, as defined in the orphan drug regulations, to the previously approved same drugs, Xywav and Xyrem, for the same indication.  If Lumryz is clinically superior to Xywav and Xyrem, it may also be eligible for its own 7-year period of ODE.  For the purpose of orphan drug exclusivity, clinical superiority can be based on greater effectiveness, greater safety in a substantial portion of the target population, or a major contribution to patient care (MCTPC), with

all else being equal (see definition below).  Please note that for orphan drug exclusivity purposes we apply the definition of clinical superiority from the regulations below and do not apply the substantial evidence standard as is required for a labeling claim.

Avadel submitted a request to the OOPD on 12/15/20 for orphan drug exclusivity for Lumryz based on clinical superiority over Xyrem and Xywav.  The same request was also submitted to the NDA on the same date (see NDA 214755 eCTD Sequence Number 0001).  In this document, the sponsor contends that Lumryz is clinically superior to Xyrem and Xywav with respect to safety and it also provides a major contribution to patient care (MCTPC).  Appendix 2 of Avadel's submission contains several letters from Key Opinion Leaders in the field of narcolepsy and patient advocacy groups which support Avadel's arguments.

Safety:
Avadel notes that both Xyrem and Xywav require a twice-nightly dosing regimen, once at bedtime and once again 2.5-4 hours later.  In contrast, Lumryz is an extended-release formulation of sodium oxybate that is given once nightly and therefore obviates the need for awakening to take a second dose.  Avadel argues that this provides a safety advantage for Lumryz because it reduces the risk of nighttime falls.  This is due to the fact that patients that forcibly wake after receiving one dose of Xyrem may get out of bed, ambulate, and fall because of a drug-induced groggy or stuporous state.  Also, because of the rapid onset of effects, patients are at risk of falls or other accidental injuries if the second dose of Xyrem is not consumed while they are in bed.  To support their argument, Avadel has provided an analysis of cases of falls in patients receiving Xyrem that were reported to the FDA Adverse Event Reporting System (FAERS) database.  Avadel indicates that for the time period from 1/01/03 to 6/30/20, there were 2,056 cases that reported a reaction of fall in patients receiving Xyrem, and they have reviewed 120 of these cases.  Of these, there were 14 (11.67%) in which a patient experienced a fall after the second dose of Xyrem.  Injuries reported include lacerations and various broken bones.  In some cases following these injuries, Xyrem was discontinued or the dose was reduced.

In addition, Avadel indicates that PK differences between these drugs result in Lumryz having lower rates of well-known adverse events compared to Xyrem.  They have provided a summary of reported rates of nausea, vomiting, dizziness, somnolence, and tremor for Lumryz and Xyrem.  Although it does not appear that these two drugs were compared in a head-to-head manner, and the orphan drug regulations do not necessarily require head-to-head studies to support clinical superiority based on safety, generally, the rates of nausea, vomiting, and dizziness provided appear to be lower with Lumryz versus Xyrem.

Avadel also indicates that there is a risk of misuse associated with the second dose of Xyrem because patients are supposed to measure out both nightly doses prior to

bedtime and place the second dose near the bed.  They note that a child could consume the second dose if the child-resistant container is not used, the second dose could be stolen, or patients could accidently consume both doses.

Another argument presented by Avadel related to safety concerns, illicit use and diversion.  They note that Lumryz will be formulated as white granules while Xyrem is a clear to slightly opalescent oral solution.  Avadel states that Lumryz will be cloudy in solution and both its appearance and gritty consistency should alert individuals if it has been added to their drink.  They also note that Lumryz tastes salty and bitter; however, they do not describe the taste of Xyrem or Xywav, and they do not describe the appearance of Xywav.

Avadel's last argument regarding safety concerns sodium content in Lumryz, Xyrem, and Xywav.  Lumryz contains a similar amount of sodium as Xyrem.  Avadel argues that the reduced sodium in Xywav does not render Xywav clinically superior to Xyrem.  These arguments have already been evaluated in DN1 consult responses to OOPD dated 11/27/20 and 3/08/21 regarding Xywav.  Avadel concludes that overall, the safety, efficacy, and quality of life issues related to the second dose of twice-nightly sodium oxybate present a greater risk to patients than sodium content, and each of these greater risks is significantly improved and addressed with the once-nightly formulation of Lumryz.

Major Contribution to Patient Care:
Avadel provides other arguments that appear to be aimed at making a case for Lumryz providing a MCTPC.  The OOPD notes that a MCTPC can only be considered in cases where greater effectiveness or greater safety have not been demonstrated.  To support their argument, Avadel references a survey of 1,350 individuals impacted by narcolepsy, the results of which were distributed at the September 24, 2013 FDA Meeting on Drug Development for Narcolepsy.  This survey found that patients' ideal therapy was "a drug that would provide consistent and adequate control of the daytime sleepiness without the hard crash and one that would require one dose taken at bedtime resulting in 8 hours of restorative sleep."  Avadel also conducted a study using publicly available digital Xyrem and narcoleptic-related data from 9/01/17 to 10/15/19.  Sources included things such as blogs, forums, message boards, social media outlets, and OpenFDA.  Data are provided from this study regarding the volume and type of quality of life issues that are associated with the need for a second nightly dose of Xyrem, such as trouble waking up to take the second dose.

Avadel also indicates that there is a food effect which appears to be more pronounced with Xyrem and Xywav compared to Lumryz.  They note that both the Xyrem and Xywav labels instruct patients to take the first nightly dose at least two hours after eating.  Examples are mentioned of patients reporting reduced effectiveness after taking Xyrem too close to a meal.  Avadel states that Lumryz's reduced food effect and subsequent impact on blood levels, could result in greater efficacy and improved quality of life.

In addition, Avadel conducted a Discrete Choice Experiment (DCE) to quantitatively characterize the preferred treatment attributes of narcolepsy patients.  This consisted of a 30-minute web-based survey of 75 narcolepsy patients that were past or current Xyrem users.  This survey found that dosing frequency (once nightly vs. twice nightly) was the single most important attribute when selecting a narcolepsy treatment, and the most common reasons for overall product preference were lack of need to wake up in the middle of the night to take a second dose (48%), fewer side effects (46%), and ease of taking/handling (32%).

The OOPD notes that most of the arguments provided regarding a MCTPC, suggest that Lumryz would provide greater convenience than Xyrem and Xywav, and that patients may prefer it over these other oxybate products.  Improved convenience and patient preference alone may not rise to the level to support a claim of clinical superiority for the purpose of orphan drug exclusivity.  However, given that narcolepsy is a chronic sleep disorder and requires long-term therapy, the impact that Lumryz's once-nightly dosing may have on patient quality of life may be substantial enough to constitute a MCTPC.  In addition, the fact that there is no second nightly dose for patients to potentially miss and effect the efficacy of the drug may also render Lumryz as a MCTPC compared to Xyrem and Xywav.

In summary, one of the definitions of clinical superiority that is stated in the orphan drug regulations is greater safety in a substantial portion of the target populations.  "Substantial" is not defined in the regulations.  Thus, it is not necessary for a drug to provide greater safety in all of the indicated population in order for it to be considered clinically superior.  This definition also recently served as the basis for finding Xywav clinically superior to Xyrem since the differences in the sodium content of these two products at the recommended doses will be clinically meaningful in reducing cardiovascular morbidity in a substantial proportion of patients for whom the drug is indicated.  Among the arguments provided by Avadel, the OOPD finds most persuasive the argument for greater safety due to reduced fall potential with Lumryz compared to Xyrem and Xywav.  It appears that there may be a substantial portion of the indicated population of adult patients with narcolepsy that may achieve greater safety with Lumryz due to its once nightly dosing compared to the twice nightly dosing required for Xyrem and Xywav.

**Consult Questions:**
1. Is there any evidence to suggest that the efficacy of Lumryz may be substantially different from Xyrem or Xywav?  If so, please elaborate.

2. Does the review division agree that Lumryz provides greater safety in a substantial portion of the target population when compared to Xyrem and Xywav?  If so, what safety advantage does Lumryz provide?  Please elaborate.  (As a reminder, the orphan drug regulations do not require head-to-head studies for safety.)

3.  Does the review division agree with the sponsor that Lumryz has less potential for illicit use and diversion compared to Xyrem and Xywav?  Please explain.

4.  Does the review division consider Lumryz to provide a major contribution to patient care (MCTPC) compared to Xyrem and Xywav?  If so, on what basis?

5. Are there any other issues not addressed above that the review division would like the OOPD to consider in its determination of eligibility for orphan-drug exclusivity for Lumryz?

**Regulations:**

21 CFR 316.3(b)(3) defines clinical superiority as follows:
> (3) Clinically superior means that a drug is shown to provide a significant therapeutic advantage over and above that provided by an approved drug (that is otherwise the same drug) in one or more of the following ways:
> (i) Greater effectiveness than an approved drug (as assessed by effect on a clinically meaningful endpoint in adequate and well controlled clinical trials). Generally, this would represent the same kind of evidence needed to support a comparative effectiveness claim for two different drugs; in most cases, direct comparative clinical trials would be necessary; or
> (ii) Greater safety in a substantial portion of the target populations, for example, by the elimination of an ingredient or contaminant that is associated with relatively frequent adverse effects. In some cases, direct comparative clinical trials will be necessary; or
> (iii) In unusual cases, where neither greater safety nor greater effectiveness has been shown, a demonstration that the drug otherwise makes a major contribution to patient care.

## 3.  Contents Of Review

The contents of this consultative review will be in the same consecutive order as below.

- Request for priority review designation for Lumryz™.

- Response to questions in original OOPD consultation request of July 6, 2021.

- Supplement to request for orphan exclusivity: July 14, 2021.

- Summary comments.

## 4. Request For Priority Review Designation For Lumryz™

A request for priority review designation accompanied the original submission of NDA 214755. That request was denied by the Agency after full review of its contents. As many components of that request are pertinent to the current consultation, the Agency's criteria for priority review designation, the contents of that request, and the Agency's action in response to that request are further summarized below.

The full text of the applicant's priority review request is available at the following link

\\CDSESUB1\evsprod\nda214755\0001\m1\us\12-cov-let\priority-review-request.pdf

### *4.1 Criteria For Granting Priority Review Designation*

The core criteria for granting priority review designation to a marketing application for a drug or biologic are as follows:

1. The product is intended to treat a serious condition.

2. The product if approved would provide a significant improvement in safety or effectiveness

These criteria are discussed in more detail in an Agency Guidance for Industry publication entitled "*Expedited Programs for Serious Conditions – Drugs and Biologics*" (May 2014) available at:

https://www.fda.gov/media/86377/download

### *4.2 Summary Basis For Applicant's Request For Priority Review Designation*

The applicant's request for priority review designation for Lumryz™ was based on the following overall conclusion: the once-nightly dosing regimen for that product would provide a significant improvement in safety and effectiveness in the treatment of cataplexy and excessive daytime sleepiness in narcolepsy compared to currently available therapies, including Xyrem® and Xywav™.

The above overall conclusion was based in turn on the following summary assertions (for which additional data was provided in the request).

- A once-nightly dosing regimen, as with Lumryz™ would remove the anxiety and sleep disruption resulting from the need to awaken to take a second dose (as is the case with Xyrem® and Xywav™).

- A once-nightly dosing regimen would be less likely to result in missed doses, and would thus improve effectiveness and quality of life, as compared with a twice-nightly regimen.

- The need to awaken at night to take a second dose (as with Xyrem® and Xywav™) increases the risk of adverse events, such as falls. Since the $C_{max}$ of oxybate products may correlate with other adverse events such as nausea and vomiting, a second $C_{max}$ as occurs the twice-nightly formulations make increase the risk of those adverse events, too.

- Data from the key efficacy study of Lumryz™ (Study CLFT218-1501; REST-ON) indicate that the better known adverse events associated with sodium oxybate are less frequent with Lumryz™ than with Xyrem®.

- Data from a patient survey indicate a preference for a once-nightly dosing regimen (i.e., with Lumryz™) than for the twice-nightly regimen used for Xyrem® and Xywav™.

It is readily apparent that the arguments used by the applicant in support of the priority review designation request for Lumryz™ were very similar to those used in support of the current request for orphan exclusivity currently under review.

### *4.3  Agency Action In Response To Request For Priority Review Designation*

The Agency was not persuaded by the arguments used in support of the applicant's request for priority review designation and in a letter dated February 26, 2021, assigned this application a standard review.

## 5.  Response To Questions In Original OOPD Consultation Request Of July 6, 2021

Please note that our responses to the question are based in part on our preliminary review of data submitted with NDA 214755, the review of which is ongoing, and of the available data for Xyrem® and Xywav™.

*Question 1. Is there any evidence to suggest that the efficacy of Lumryz may be substantially different from Xyrem or Xywav?  If so, please elaborate.*

**Division of Neurology 1 Response to Question 1**
There is no evidence suggesting that the efficacy of Lumryz™ is substantially different from that of Xyrem® or Xywav™.

Ranjit B. Mani, MD, HFD-120 Medical Review                                    Page 10 of 12
NDA 214755, Lumryz™, Consultation            8/30/21

*Question 2. Does the review division agree that Lumryz provides greater safety in a substantial portion of the target population when compared to Xyrem and Xywav? If so, what safety advantage does Lumryz provide? Please elaborate. (As a reminder, the orphan drug regulations do not require head-to-head studies for safety.)*

**Division of Neurology 1 Response to Question 2.**
The available data do not indicate that Lumryz™ provides greater safety in a substantial proportion of patients in the target population (i.e., patients who have narcolepsy with cataplexy and/or excessive daytime sleepiness) than Xyrem® or Xywav™, despite the arguments provided by the applicant. Very limited conclusions, if any, can be drawn from the comparison of the frequency of specific individual adverse events seen with Lumryz™ with those seen with Xyrem® that has been presented by the sponsor. That comparison is flawed for a number of readily-evident reasons. In broad terms, the safety profiles of all 3 products (Lumryz™, Xyrem®, and Xywav™) are not substantially different.

*Question 3. Does the review division agree with the sponsor that Lumryz has less potential for illicit use and diversion compared to Xyrem and Xywav? Please explain.*

**Division of Neurology 1 Response to Question 3**
We are not persuaded by the applicant's arguments that Lumryz™ has meaningfully less potential for illicit use and diversion compared with Xyrem® and Xywav™, based either on the appearance and taste of each these products, or on the administration of a once-nightly dose of Lumryz™ versus two nightly doses of Xyrem® and Xywav™.

*Question 4. Does the review division consider Lumryz to provide a major contribution to patient care (MCTPC) compared to Xyrem and Xywav? If so, on what basis?*

**Division of Neurology 1 Response to Question 4**
While the once-nightly regimen of Lumryz™ will be more convenient for patients than a twice-nightly regimen, that attribute cannot be considered a major contribution to patient care.

*Question 5. Are there any other issues not addressed above that the review division would like the OOPD to consider in its determination of eligibility for orphan-drug exclusivity for Lumryz?*

**Division of Neurology 1 Response to Question 5**

From the perspective of this Division, there are no other issues that appear to warrant further consideration by OOPD when determining the eligibility of Lumryz™ for the grant of orphan drug exclusivity,

## 6. Supplement To Request For Orphan Exclusivity: July 14, 2021

As noted earlier, this supplement to the original request for orphan exclusivity for Lumryz™ is being primarily reviewed by OOPD. However, this Division has been asked to review and comment on this supplement in conjunction with the response to the original consultation request of July 6, 2021.

### 6.1  Summary Of Supplement To Original Request For Orphan Exclusivity

As already noted, this supplement is entitled "*Exclusivity Claim – Supplemental Information in Demonstration of Clinical Superiority of FT218*."

A full link to the contents of this supplement is available at the link below:

\\CDSESUB1\evsprod\nda214755\0022\m1\us\13-admin-info\exclusivity-ode.pdf

The key observations and assertions made by the applicant in this supplement are as follows.

- A proportion of the 67 patients who transitioned from twice-nightly Xyrem® or Xywav™ to once-nightly Lumryz™ in an interim analysis of an ongoing open-label uncontrolled study CLFT218-1901 reported the following while receiving the twice-nightly regimen: falls while taking the second nightly dose (6%), nausea and/or vomiting after taking the second nightly dose (23%), missing the second nightly dose at least once over a 3-month (85%), and "anxiety related to the second nightly dose" (21%). 28 out of 30 patients who had completed 3 months of stable dosing with FT218 preferred the once-nightly regimen of Lumryz™ to the twice nightly regimen of either Xyrem® or Xywav™.

- A market analysis of physicians experienced in prescribing Xyrem® and Xywav™ may have suggested that a once-nightly regimen may be preferred to a twice-nightly regimen by patients.

- Poor sleep quality, sleep interruption, short sleep duration, and other sleep disturbances may all be associated in themselves with an increased cardiovascular risk based on a review of the medical literature (further details are provided in this submission). A once-nightly dosing regimen, as with Lumryz™, is less likely to interrupt sleep than a twice-nightly regimen, as with Xyrem® and Xywav™, which cannot result a normal sleep pattern. Data from the efficacy study CLFT218-1501 included in NDA 214755 indicate that patients receiving Lumryz™ have an improvement in several

parameters that measure nocturnal sleep. Thus Lumryz™ has the potential to provide a cardiovascular safety benefit, unlike Xyrem® and Xywav™ which may be associated with an increased cardiovascular risk on account of the interruption in nighttime sleep associated with the need to taking a second dose.

### 6.2  Division Of Neurology 1 Comments

The contents of this supplement suggest, not unexpectedly, that patients may prefer a once-nightly dosing regimen (as with Lumryz™) to a twice-nightly dosing regimen (as with Xyrem® and Xywav™).

Any conclusions that Lumryz™ may have the potential for being associated with a lower cardiovascular risk than Xyrem® or Xywav™ on account of being administered only once-nightly are at best highly speculative.

### 7.  Summary Comments

In this Division's opinion, no evidence has been provided by the applicant that Lumryz™ is clinically superior to Xyrem® or Xywav™ as defined in the orphan drug regulations [21 CFR 316.3(b)(3)].

*Ranjit B. Mani -S*

Digitally signed by Ranjit B. Mani -S
DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People, cn=Ranjit B. Mani -S, 0.9.2342.19200300.100.1.1=1300122852
Date: 2021.08.31 12:13:34 -04'00'

Ranjit B. Mani, M.D.
Medical Reviewer

*Eric P. Bastings -S*

Digitally signed by Eric P. Bastings -S
DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People, 0.9.2342.19200300.100.1.1=1300158815, cn=Eric P. Bastings -S
Date: 2021.08.31 14:01:43 -04'00'

Eric Bastings, M.D.
Division Director (Acting)

cc:
HFD-120
IND