# Exhibit E

**MEMORANDUM**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PUBLIC HEALTH SERVICE**
**FOOD AND DRUG ADMINISTRATION**

**Division of Neurology 1 (DN1)**
**Office of Neuroscience (ON)**
**Center for Drug Evaluation and Research**

**Date: May 1, 2023**

**From: Ranjit Mani, MD**
**Clinical Reviewer, DN1**

**Teresa Buracchio, MD**
**Deputy Director, ON[1]**

**Subject:** **Office of Orphan Products Development Consult Request #16-5302**
**NDA 214755**
**Lumryz (Sodium Oxybate Extended-Release for Oral Suspension [FT218])**
**Request for Orphan Drug Exclusivity**

**To: Director**
**Office of Orphan Products Development**

**Document Type: Consult**

**Enclosed is the Division's response to your request**

---

[1] This consult memo was substantially reviewed and prepared by Teresa Buracchio in her former capacity as Director of the Division of Neurology 1. In her current capacity as Deputy Director of the Office of Neuroscience, she continues to be involved in the review and preparation of this consult and is authorized to sign this consult, among other things, for Lumryz.

# Review and Evaluation of Clinical Data

| | |
|---|---|
| **NDA (Serial Number)** | **214755** |
| **Sponsor:** | **Avadel** |
| **Product:** | **Lumryz*** |
| **Proposed Indication:** | **Narcolepsy** |
| **Reviewer:** | **Ranjit B. Mani, M.D.** |

*Sodium Oxybate Extended-Release for Oral Suspension (FT218)

## 1. Background

Avadel submitted an original New Drug Application (NDA), #214755, for Sodium Oxybate Extended-Release for Oral Suspension (FT218), which carries the proprietary name "Lumryz," on December 15, 2020. This NDA seeks approval of Lumryz for the treatment of cataplexy and excessive daytime sleepiness in narcolepsy. The issue currently before the agency is whether Lumryz is clinically superior (as defined in the orphan-drug regulations) to Jazz's approved oxybate-containing product, Xywav, as well as Jazz's other oxybate-containing product, Xyrem. The answer to this question will inform whether Lumryz can be approved and whether Lumryz is eligible for its own term of orphan-drug exclusivity (ODE). Jazz, Avadel, and their counsel have made multiple submissions to the agency regarding ODE and Lumryz's approvability. This memorandum memorializes responses to questions posed by the Office of Orphan Products Development (OOPD) to the Division since NDA 214755 was submitted on December 15, 2020, regarding Lumryz and responses to those questions.

Whether Lumryz is clinically superior to Xywav and Xyrem was previously addressed by this Division in a consultation memorandum completed on August 31, 2021 (appended to this memorandum). This current memorandum updates and supersedes that August 31, 2021 response after further refinement of OOPD and the Division's thinking based on careful consideration of the legal, regulatory, and scientific issues raised by this question; information submitted by the sponsors of Lumryz and Xywav/Xyrem; and the agency's own scientific expertise and precedent.

The following provides additional background information:

- Currently, two products are approved for the treatment of cataplexy or excessive daytime sleepiness in patients 7 years and older with narcolepsy. These are Xyrem (sodium oxybate oral solution) and Xywav (a low-sodium oxybate oral solution formulation containing a mixture of calcium, magnesium, potassium, and sodium oxybates); the manufacturer of both formulations is Jazz Pharmaceuticals, Inc. Generic formulations of sodium oxybate oral solution have also been approved for the treatment of cataplexy or excessive daytime sleepiness in narcolepsy.

- Lumryz was granted a tentative approval on July 18, 2022, for the treatment of cataplexy or excessive daytime sleepiness in adults with narcolepsy.

- While the currently-approved formulations of sodium oxybate, Xyrem and Xywav, are liquids, Sodium Oxybate for Extended-Release Oral Suspension (FT218; Lumryz) is a powder for oral suspension. Whereas the approved formulation Xyrem is administered in two separate doses nightly, separated by an interval of 2.5 to 4.0 hours, Sodium Oxybate for Extended-Release Oral Suspension (FT218) is administered once nightly.

- The maximum recommended doses of Xyrem and Xywav are each 9 grams per night, as is the maximum recommended dose of Lumryz. The sodium content of the 9-gram doses of Xyrem, Xywav, and Lumryz is 1640 mg, 131 mg, and 1640 mg, respectively.

## 2. OOPD Questions and DN1 Responses

1. **Is there any evidence to suggest that the efficacy of Lumryz may be different from Xyrem or Xywav? If so, please elaborate.**

**DN1 Response**
There is no evidence suggesting that the efficacy of Lumryz is different from that of Xyrem or Xywav.

2. **Is there any evidence, including in Avadel's submissions, to support that Lumryz provides greater safety in a substantial portion of the target population when compared to Xyrem or Xywav?**

**DN1 Response**
The available data do not indicate that Lumryz provides greater safety in a substantial proportion of patients in the target population (i.e., patients who have narcolepsy with cataplexy and/or excessive daytime sleepiness) than Xyrem or Xywav, despite the arguments provided by the applicant. In broad terms, the safety profiles of all 3 products (Lumryz, Xyrem, and Xywav) are not substantially different, but the sodium content of Lumryz is higher than that of an equivalent dose of Xywav and the same as that of an equivalent dose of Xyrem. To address this safety concern, Lumryz's labeling includes a warning (similar to Xyrem's labeling), which states: "LUMRYZ has a high sodium content. In patients sensitive to sodium intake (e.g., those with heart failure, hypertension, or renal impairment), consider the amount of daily sodium intake in each dose of LUMRYZ."  We note that available safety data for Lumryz do not indicate that the higher sodium content of each dose of that drug is reflected in a greater incidence of adverse events than is observed with equivalent doses of Xywav, which has a lower sodium content. The safety profile of Lumryz meets the Agency's standards for approval.

### 3. Does the review division consider Lumryz to be clinically superior based on a major contribution to patient care (MCTPC)?

**DN1 Response**

In a prior consultation dated August 31, 2021, DN1 stated: "While the once-nightly regimen of Lumryz will be more convenient for patients than a twice-nightly regimen, that attribute cannot be considered a [MCTPC]." Following that consultation, DN1 has reconsidered its conclusion in light of several factors, including scientific, legal, and regulatory considerations raised by OOPD and the expert opinion of FDA's sleep team, which is also memorialized in a separate consult response.[2] OOPD has clarified that MCTPC determinations include consideration of factors such as reduced treatment burden, advances in ease of drug administration, and longer periods between doses; that the orphan-drug regulations do not require a drug to be clinically superior for all patients for whom the drug is indicated; and that a drug does not need to have comparable safety to another drug to make a MCTPC over the other drug. OOPD has also made the Division aware of a previous MCTPC determination with delayed release cysteamine (Procysbi) for the treatment of cystinosis. In that case, FDA determined that Procysbi met the MCTPC standard based on dosing every 12 hours compared to dosing every 6 hours for immediate release cysteamine. The need to awaken the patient to maintain an every 6-hour dosing regimen with cysteamine and the chronic nature of the disease were important considerations in that MCTPC determination.

Previously, in its August 31, 2021 response, the Division did not fully consider the issues raised in the paragraph above. The Division has since carefully reconsidered whether Lumryz's once-nightly dosing may rise to the level of a MCTPC in the setting of a chronic disease such as narcolepsy and now concludes that awakening to take medication on a nightly basis for a long duration of treatment (e.g., every night for the remainder of the patient's life, because narcolepsy is a chronic condition) would have a significant negative impact on patient care and counteract the purpose of oxybate therapy. In particular, we note that FDA's sleep team, based on a robust scientific review of the literature and their own scientific expertise, have explained that Lumryz provides an opportunity for narcolepsy patients to achieve normal sleep architecture, which is not a possibility for a patient on Xyrem or Xywav who must either wake up to take a second dose (disrupting sleep architecture) or allow the drug to wear off after 2.5-4 hours (reverting patients back to their naturally occurring, disrupted sleep architecture). We agree with this conclusion. The delayed release cysteamine exclusivity memo also informs our reassessment of MCTPC. For that decision FDA considered that less frequent dosing eliminated the need to awaken to take a dose in a situation where the timing of the dose was critical to achieving the drug's intended benefit.

---

[2] *See generally* Mahadevappa Hunasikatti MD FCCP and Nargues Weir MD FCCP FAASM ATSF, *Consult request on Lumryz* (Apr. 29, 2023) ("Sleep Expert Consult").

The Division also acknowledges the sodium content of Lumryz raises the same safety concern that was present for Xyrem and that is not present for Xywav. However, it is our opinion that the benefit of Lumryz's once-nightly dosing outweighs the safety concern raised by its increased sodium content for a substantial number of narcolepsy patients. Although it is widely accepted that individuals generally should limit sodium intake, the warning in Lumryz's labeling regarding sodium is directed only at patients sensitive to sodium intake such as those with heart failure, hypertension, or renal impairment. For narcolepsy patients who are not sensitive to sodium intake, it is our opinion that a once-nightly dosed oxybate drug will provide a significant therapeutic advantage. It is true that patients who are not sensitive to sodium could also benefit from a reduction in sodium, but it is our opinion that the benefit offered by once-nightly dosing outweighs the risk of increased sodium intake in such patients because, for example, having to wake up to take a second dose is antithetical to oxybate's goal of improving sleep, and there are other ways such patients may reduce sodium in their diet.[3] For narcolepsy patients who are sensitive to sodium, healthcare practitioners would need to weigh the benefits of once-nightly dosing against the severity of the patient's sodium sensitivity and the nature of their comorbidities to determine whether, in the practitioners' judgment, use of Lumryz or Xywav was appropriate. For certain sodium-sensitive patients with narcolepsy, the benefit offered by once-nightly dosing would outweigh the risk of increased sodium intake for the same reasons (e.g., having to wake up to take a second dose is antithetical to oxybate's goal of improving sleep, and there are other ways such patients may reduce sodium in their diet).

Taking all of these factors into consideration and for the reasons explained above, DN1 has reconsidered its prior assessment dated August 31, 2021, and now concludes that Lumryz provides a MCTPC over Xywav and Xyrem.

4. **Risk of Falls. Can you address the arguments Jazz raised in its letter dated September 16, 2021 ("Jazz's September 2021 Letter") on pages 12-13 that Lumryz may increase the risk of falls over Xywav? Specifically, is there any basis for thinking, as Jazz speculates, that "nocturnal awakenings and falls increase due to FT218's extended-release formulation"? Is there any basis for thinking that "FT218 patients who get out of bed will have sustained therapeutic blood levels of oxybate throughout the night, potentially putting them at higher risk of falls than with…Xywav's immediate release formulations" or that "FT218's apparently higher rates of enuresis may lead to more falls"?**

---

[3] We note that the sleep expert consult explains that disrupting sleep contributes to chronic sleep loss, which is well known to cause reduced performance, increased risk for accidents and death, and detrimental effects on both psychological and physical health.

**DN1 Response**
This is entirely speculative. We are unaware of data to support these statements. We note that our clinical superiority recommendation is not based on a claim of superior safety for Lumryz.

5. **Adherence. Can you address the arguments on pages 13-15 of Jazz's September 2021 Letter that "one can equally speculate that FT218's extended-release formulation will result in reduced adherence compared to…Xywav"?**

    a. **Is there any basis for thinking that Lumryz will result in reduced adherence compared to Xywav? Is there any basis for thinking that patients will be more likely to forgo taking Lumryz compared to Xywav in situations where they do not expect to be able to sleep for 8-10 hours, or if they had not been limiting fluid intake or had been ingesting alcohol?**

        **DN1 Response**
        This is also a speculative argument. We have no scientifically valid evidence to suggest that adherence should be different between the two drugs. Additionally, use of alcohol with oxybate is contraindicated in the PI.

        We also note that adherence did not factor into the Division's clinical superiority determination described above.

    b. **Is there any basis for thinking that "[p]atients who take their FT218 with less than 8-10 hours to spend in bed before arising the next morning will be at greater risk of next-day impairment [over Xywav]"? And is there any basis for thinking that "patients who do not follow Avadel's recommendation to limit fluid intake for 'several hours before dosing,' or who ingest alcohol, will be at greater risk of enuresis, bed exits, falls, serious respiratory depression, and death"?**

        **DN1 Response**
        This is again a speculative argument. There should not be a significant difference in the risks cited between Lumryz and Xywav/Xyrem, if those drugs are used as recommended in labeling.

6. **Diversion. Can you address the arguments on page 15 of Jazz's September 2021 Letter that there is an increased risk of diversion and abuse with Lumryz compared to Xywav? Is there any basis for thinking that it is easier to conceal and transport Lumryz sachets and that it would lead to more diversion compared to Xywav? Is there any basis for thinking that combining multiple Lumryz**

**sachets is easier than creating an equivalent dose of Xywav and that will lead to a greater risk of diversion and abuse?**

**DN1 Response**
This is also a speculative argument. The Division is not making a clinical superiority recommendation for Lumryz based on superiority with regard to diversion. There is no evidence to suggest that Lumryz would be any different from Xywav in that regard. There is no reason to think that a sachet would be any easier to divert than a solution. Vials can be as easily transported as sachets, and a powder poured into a drink may dissolve less rapidly and be more noticeable than a solution.

7. **Dose Adjustment**.  **Can you address the arguments on pages 19-20 of Jazz's September 2021 Letter that Lumryz is less safe than Xyrem and Xywav because patients cannot dose adjust Lumryz?**

**DN1 Response**
Lumryz comes in four dosage strengths: 4.5 g, 6 g, 7.5 g, and 9 g, and thus the dose of Lumryz can be adjusted to those four strengths.  Xyrem and Xywav are oral solutions, in concentrations of 0.5 g per mL, and administered using a dosing syringe that measures dosing increments of 0.25 g.  Jazz argues that the limited ability to dose adjust Lumryz makes it less safe than Xyrem and Xywav for patients who would need to adjust the dose, including patients taking the anti-epileptic medication divalproex, patients taking other central nervous system ("CNS") depressants, and patients who are hepatically impaired.  We do not agree with these arguments.

Regarding patients taking divalproex sodium, no significant pharmacokinetic interaction between Lumryz and divalproex sodium was observed in a drug-drug interaction study conducted by Avadel, so Lumryz's labeling does not include a specific dose reduction recommendation when Lumryz is co-administered with divalproex sodium.  Therefore, a specific dose reduction recommendation, such as that present in Xyrem and Xywav's labeling related to Xyrem and Xywav patients taking divalproex sodium, is not necessary for Lumryz patients also taking divalproex sodium.  Although FDA concluded that a pharmacodynamic interaction between Lumryz and divalproex sodium cannot be ruled out given that both Lumryz and divalproex sodium are CNS depressants, it has determined that the description of the general risks associated with use of CNS depressants in section 5.1 of Lumryz's labeling is sufficient to inform healthcare prescribers of the risks associated with using Lumryz with other CNS depressants, including divalproex sodium.[4]

We note that the labeling for Xyrem, Xywav, and Lumryz have a contraindication for the use of some central nervous system (CNS) depressants (i.e., alcohol and

---

[4] See Clinical Pharmacology Review, NDA 214755 (October 14, 2021); see Addendum to Clinical Pharmacology Review, NDA 214755 (May 24, 2022).

sedative hypnotics) with each of those drugs. Aside from those CNS depressants contraindicated, Section 7.1 describes a potential pharmacodynamic effect where other CNS depressants may potentiate the CNS-depressant effects of Xyrem, Xywav, or Lumryz. Section 5.1 in the labeling for Xyrem, Xywav, and Lumryz state that "[i]f use of these CNS depressants in combination with" Xyrem. Xywav, or Lumryz "is required, dose reduction or discontinuation of one or more CNS depressants" including Xyrem, Xywav, or Lumryz "should be considered." Therefore, a patient taking Xyrem or Xywav and another CNS depressant has the option to reduce the dose of Xyrem/Xywav or the other CNS depressant (along with the option to discontinue Xyrem/Xywav or the other CNS depressant). A patient taking Lumryz and another CNS depressant has the option to reduce the dose of Lumryz to one of the set doses below the maximum of 9 g (4.5 g, 6 g, 7.5 g) or reduce the dose of the other CNS depressant (along with the option to discontinue Lumryz or the other CNS depressant). A patient taking Xyrem or Xywav and another CNS depressant may have more options for dose adjustment than a patient taking Lumryz and another CNS depressant, but this does not mean that Lumryz is less safe than Xywav and Xyrem in patients taking another CNS depressant. Lumryz's labeling mitigates the risk posed by concurrent use of another CNS depressant by providing the same warning in section 5.1 as provided by Xyrem and Xywav. Lumryz patients have the option to reduce the dose of Lumryz to one of the set doses or reduce the dose of the other CNS depressant. Patients who cannot reduce the dose of the other CNS depressant and need to reduce the dose of oxybate below 4.5 g or at more precise increments than 1.5 g might not be able to use Lumryz but may be able to use Xyrem and Xywav. This in theory could be a disadvantage of Lumryz for this very particular set of patients (i.e., patients taking oxybate and another CNS depressant who cannot reduce the dose of the other CNS depressant and need to reduce the dose of oxybate below 4.5 g or at more precise increments than 1.5 g), but Jazz has provided no evidence to support and FDA is not aware of any such evidence that this population even exists.

The safety of these oxybate products in patients with hepatic impairment is addressed in Section 8.6 of their respective labeling. The labeling for Xyrem and Xywav recommends that the starting dose should be reduced by half, whereas the labeling for Lumryz states that Lumryz should not be initiated in patients with hepatic impairment because appropriate dosage adjustments for initiation of Lumryz cannot be made with the available dosage strengths. The labeling for Lumryz also states that patients with hepatic impairment who have been titrated to a maintenance dosage of another oxybate product can be switched to Lumryz if the appropriate dosage strength is available. Therefore, Lumryz is labeled for use by some patients with hepatic impairment but not all such patients. Patients with narcolepsy have not been reported to have coexisting hepatic impairment, and Lumryz should not be less safe than Xyrem or Xywav in patients with hepatic impairment because when used as labeled, Lumryz should not be used in patients with hepatic impairment who cannot be switched to Lumryz.

For the reasons described above, Lumryz is not less safe than Xywav for reasons related to dose adjustment.

## 3. Summary Comments

Our conclusion is that Lumryz provides a major contribution to patient care over Xywav. The basis for that opinion is explained above.

Ranjit B. Mani, M.D.
Medical Reviewer, DN1

Teresa Buracchio, M.D.
Deputy Director, ON

rbm
cc:
HFD-120
NDA 214755