# Exhibit F

| | |
|---|---|
| **Date:** | April 29, 2023 |
| **From:** | Mahadevappa Hunasikatti, MD FCCP |
| | Nargues Weir, MD FCCP FAASM ATSF |
| | Sleep Team/DSRA/OHT1/CDRH |
| **Through:** | Rachana Visaria Ph.D. |
| | Assistant Director/Sleep Team/DSRA/OHT1/CDRH |
| **To:** | Sandra Retzky DO, JD, MPH |
| | Director, Office of Orphan Product Development |
| **OPCR:** | DRU 16-5302 |
| **Subject:** | Consult request on Lumryz (extended-release sodium oxybate) administered as an oral solution once at bedtime for treatment of cataplexy or excessive daytime sleepiness associated with narcolepsy. |

OOPD ("you") have consulted the Sleep Team/DSRA/OHT1/CDRH for input on whether Lumryz (extended-release sodium oxybate), with once nightly administration, is "clinically superior" to Xywav and Xyrem based on being a "major contribution to patient care" or MCTPC. Specifically, you seek our opinion, as board certified sleep specialists, on whether Lumryz, with once nightly dosing, makes a MCTPC over Xywav and Xyrem, both with twice nightly dosing, and if so, why. We understand that other factors may also inform the agency's MCTPC determination, and this memo considers solely Lumryz's once nightly dosing.

**Summary Response**

It is our opinion that Lumryz is clinically superior because it provides a significant therapeutic advantage over and above that of Xywav and Xyrem. The underpinning of our rationale is that patients with narcolepsy, a sleep disorder, will not need to awaken from sleep to take a second dose of Lumryz—which is dosed only once at bedtime—unlike Xywav and Xyrem, which are both labeled for twice nightly dosing.[1] From a therapeutic perspective, it is highly desirable to eliminate, or at least minimize, nocturnal arousals from sleep—especially for patients who have

---

[1] *See* Section 2.1, *Adult Dosing Information*, Xyrem labeling, (accessed at https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=926eb076-a4a8-45e4-91ef-411f0aa4f3ca); *See* Section 2.1 *Dosing Information in Adult Patients with Narcolepsy*, Xywav labeling (accessed at https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=1e0ae43a-037f-42af-8e23-a0e51d75abe8).

1

a sleep disorder and seek treatment.[2] A nocturnal arousal from sleep to take a second dose of sleep medication will fragment sleep and disrupt sleep architecture.[3, 4, 5]

The goal of treatment for all sleep disorders—including narcolepsy—is to restore a normal sleep pattern. To that end, not awakening the patient to take a second dose of sleep medication is highly preferable from a clinical standpoint. Therefore, a once nightly dose of oxybate, makes a MCTPC because Lumryz, as compared to Xywav and Xyrem, avoids an arousal from sleep and will help to minimize sleep disruption.

**Normal sleep**

Adequate sleep is essential for humans as it physically and psychologically restores bodily functions.[6] Without adequate sleep, humans function poorly and may die prematurely.[7] Chronic sleep loss, sometimes called sleep debt, is well known to cause reduced performance, increased risk for accidents and death, and detrimental effects on both psychological and physical health.[8]

---

[2] The American Academy of Sleep Medicine (AASM) defines "arousal" as a finding on a sleep study using an electroencephalogram (EEG) to view brain wave patterns. An arousal leads to wakefulness and is a type of sleep disturbance in which the person awakens, or shifts to lighter sleep, preventing progression to deeper more restorative sleep. Richard Berry, et. al, *The AASM Manual for the Scoring of Sleep and Associated Events (ver 2.6)* American Academy of Sleep Medicine *(Jan 2020)* at 46 (describing rules in adults that define arousals by certain EEG wave patterns and behavioral cues, e.g., eyes open, chin movement, etc. Arousals shift sleep stages, N2, N3, and R, back to stage N1 or stage Wake, and this fragments and disrupts sleep.). Awakening to take a second dose of oxybate, and having to set an alarm to do so (*see* fn 5 on AASM terminology defining arousal by Berry; *see* fn 27 on Xyrem and Xywav labeling) will cause sleep disruption and negatively impact sleep consolidation which is important for restorative sleep.

[3] Douglas Kirsch, *Stages and architecture of normal sleep*, UpToDate (Sep 12, 2022) (explaining that "[s]coring of sleep stages occurs in 30-second epochs based on current American Academy of Sleep Medicine (AASM) scoring rules."). *See* Richard Berry, et. al, *Arousal rule*, *The AASM Manual for the Scoring of Sleep and Associated Events, Rules, Terminology and Technical Specifications*, American Academy of Sleep Medicine (2020), version 2.6 at 46.

[4] Richard Berry, et. al, *Arousal rule*, *The AASM Manual for the Scoring of Sleep and Associated Events, Rules, Terminology and Technical Specifications*, American Academy of Sleep Medicine (AASM) (2020), version 2.6 at 46 (explaining that arousals are defined with EEG criteria during stages N1, N2, N3, or R and are based on "an abrupt shift of EEG frequency . . . that lasts at least 3 seconds, with at least 10 seconds of stable sleep preceding this stage."). When an individual awakens to take a second dose of medicine an "arousal" occurs because "behavioral cues, including open eyes [and] movement . . . demonstrates alertness"—a change in consciousness. *See* Douglas Kirsch, *Stages and architecture of normal sleep,* UpToDate (Sep 12 , 2022). These behavioral cues inevitably occur in order to take a second dose of medicine, and even if the awakening is not remembered, nonetheless, it will fragment or disrupt sleep and is counterproductive to the treatment of narcolepsy.

[5] Douglas Kirsch, *Stages and architecture of normal sleep*, UpToDate (Sep 12, 2022) (stating that: "[s]leep is a rapidly reversible state of reduced responsiveness, motor activity, and metabolism. It is a phenomenon observed in all animals in some form; this universality suggests that the act of sleeping likely has some evolutionary relevance. Humans spend approximately one-third of their life, or about eight hours per night, sleeping. The purpose of sleeping is poorly understood, however, and multiple theories exist. These theories include restoration, energy conservation, and memory consolidation.") (internal citation omitted).

[6] Kiran Maski, *Insufficient sleep: evaluation and management*, UpToDate (May 23, 2022) at https://www.uptodate.com/contents/insufficient-sleep-evaluation-and-management?search=sleep&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1).

[7] Chiara Cirelli, *Insufficient sleep: Definition, epidemiology, and adverse outcomes*, UpToDate (Oct 10, 2022) at https://www.uptodate.com/contents/insufficient-sleep-definition-epidemiology-and-adverse-outcomes). (explaining that "individuals may experience reduced performance, increased risk for accidents and death, and detrimental effects on both psychological and physical health.").

[8] *Id*.

2

Normal sleep architecture is characterized in adults as a progression of 90 to 120 minute sleep cycles starting with non-REM Stage 1 sleep (NREM or N1 sleep), then non-REM Stage 2 (NREM or N2) sleep, then non-REM Stage 3 (NREM or N3) sleep, and ending in Rapid Eye Movement (REM or stage R) sleep.[9] "Stage R is characterized by the presence of rapid eye movements and . . . is a unique time of the night in that dreaming occurs during Stage R sleep."[10] After Stage R, the normal adult has a very brief return to stage Wake (stage W), in the transition of going from cycle to cycle, though this awakening is not typically remembered, is normal and does not contribute to sleep fragmentation, sleep loss, or daytime sleepiness.[11, 12] It is part of the normal structure of sleep.[13] The normal sleep cyclical pattern repeats 4-5 times per night allowing sufficient time for all the purposes of sleep to be met.[14] Cycling progression through these stages is the basic structural organization of normal sleep and is called "sleep architecture."[15]

Each sleep stage has unique features. Stage N1 sleep is light sleep (easily arousable), Stage N2 sleep is intermediate in depth (less light sleep), and Stage N3 is deep sleep, otherwise known as restorative sleep, slow-wave sleep (SWS), or delta sleep.[16] Brain activity is low during Stage N3 sleep, and importantly, many recovery functions in the body occur only in this stage of sleep.[17] "For an average individual in their second decade, Stage N1 is 2–5% of the total sleep

---

[9] Douglas Kirsch, *Stages and architecture of normal sleep*, UpToDate (Sep 12, 2022) (accessed at https://www.uptodate.com/contents/stages-and-architecture-of-normal-sleep?source=history_widget) (stating that "[s]coring of sleep stages occurs in 30-second epochs based on current American Academy of Sleep Medicine (AASM) scoring rules." Figure 10 portrays a hypnogram [sleep study] of a 36-year-old man in a sleep laboratory and it "represents the movement of a patient through various sleep cycles over the course of a single night . . . .").
[10] James A. Rowley & M. Safwan Badr, *Normal Sleep* at 3-5 in Chapter 1, *Essentials of Sleep Medicine a Practical Approach to Patients with Sleep Complaints*, (Meir Kryger et al. eds., 6th ed. 2017)
[11] *See* Figure 1.2, James A. Rowley & M. Safwan Badr, *Normal Sleep* at 5 in Chapter 1, *Essentials of Sleep Medicine a Practical Approach to Patients with Sleep Complaints*, (Meir Kryger et al. eds., 6th ed. 2017) (depicting normal sleep architecture which includes 4-5 sleep cycles per night with five progressive stages, beginning at stage W and ending in stage R before the cycle begins anew).
[12] Douglas Kirsch, *Stages and architecture of normal sleep*, UpToDate (Sep 12, 2022) (explaining that: "[t]he polysomnogram is the primary tool for assessing sleep in the laboratory for both clinical and research purposes. During a polysomnogram, electroencephalography (EEG) and other sensors are used to categorize sleep in discrete stages.").
[13] M. A. Carskadon & W. C. Dement. *Monitoring and staging human sleep*, Chapter 2, in *Principles and practice of sleep medicine*, (Meir Kryger, et. al eds., 5th ed. 2011) at 12 (accessed at http://apsychoserver.psych.arizona.edu/jjbareprints/psyc501a/readings/Carskadon%20Dement%202011.pdf) (explaining that "[b]rief episodes of wakefulness tend to intrude later in the night, usually near REM sleep transitions, and they usually do not last long enough to be remembered in the morning".)
[14] C. S. Nayak, et. al, *EEG Normal Sleep*. (accessed at https://www.ncbi.nlm.nih.gov/books/NBK537023/) (explaining that "[i]n normal adults, each cycle lasts for about 90 to 120 minutes, and there are about 4 to 5 such cycles that occur during a normal 8 hour night sleep.").
[15] James A. Rowley and M. Safwan Badr, *Normal Sleep*, Chapter 1 at 3-5 in *Essentials of Sleep Medicine A Practical Approach to Patients with Sleep Complaints,* 2e (M. Safwan Badr ed., 2022) (describing sleep architecture as "the organization of the sleep stages over the course of the night.").
[16] M. A. Carskadon & W. C. Dement. *Monitoring and staging human sleep*, Chapter 2, in *Principles and practice of sleep medicine*, (Meir Kryger, et. al eds., 5th ed. 2011) (accessed at http://apsychoserver.psych.arizona.edu/jjbareprints/psyc501a/readings/Carskadon%20Dement%202011.pdf) at 11 (explaining that "[i]nvestigators often refer to the combined stages 3 and 4 sleep as slow-wave sleep [SWS], delta sleep, or deep sleep."). In the most current sleep terminology, Stage 4 is now part of Stage 3 and is no longer considered an independent sleep stage.
[17] D-J Dijk, et. al, *Regulation and functional correlates of slow wave sleep*, Journal of Clinical Sleep Medicine (2009) (accessed at https://pubmed.ncbi.nlm.nih.gov/19998869/ at 1 (stating that "[d]eep nonrapid eye movement

time, Stage N2 is 45–55%, Stage N3 13–23%, and Stage R is 20–25%."[18] Normally, the sleep cycles progress through the night with increasing time in Stage N3 during initial sleep cycles and increasing REM sleep in each later sleep cycle during the night.[19]

Stage N3 sleep has a unique and important role in restoring the mind and body.[20] With sleep loss or deprivation or interruption, one enters Stage N3 sleep earlier and with increased quantity during the night.[21] Thus, the body attempts to achieve sleep equilibrium by rapidly restoring this critical stage of sleep.  On polysomnography (PSG)—a diagnostic full sleep study with an electroencephalogram (EEG)—REM sleep is a time of active brain EEG waves and physiological instability characterized by somewhat irregular heart rate and breathing patterns.[22,23] REM is associated with paralysis of all muscles except the essential respiratory muscles (the diaphragm).[24]

---

(NREM) sleep, also known as slow wave sleep (SWS), is considered to be the most restorative sleep stage and to be associated with sleep quality and maintenance of sleep.").

[18] James A. Rowley and M. Safwan Badr, *Normal Sleep*, Chapter 1 at 3-5 in *Essentials of Sleep Medicine A Practical Approach to Patients with Sleep Complaints* (M. Safwan Badr, ed., 2nd ed. 2022). The second decade of life is often used as a standard or heuristic in sleep medicine literature.  The percent of time spent in each sleep stage declines with age when adulthood is reached. *See, also*, *Kirsch* (explaining how "[s]leep architecture also varies across the lifespan."); Figure 11: graphic representation of the changes of sleep as humans age. The graph portrays "age-related trends for stage 1 sleep, stage 2 sleep, slow wave sleep, rapid eye movement sleep, wake after sleep onset, and sleep latency (in minutes)."

[19] *See* fn 13, Figure 2-7 at 11 (picturing a sleep histogram with the progression of sleep stages across a single night in a normal young adult). The text describes the ideal or average pattern of time spent per stage.

[20] Lixia Chen, *et. al*, *The association between sleep architecture, quality of life, and hypertension in patients with obstructive sleep apnea*,  Sleep and Breathing   (2023) (accessed at https://doi.org/10.1007/s11325-022-02589-z at 192 (explaining  that "N3 or SWS sleep is considered the most 'restorative' type of sleep  . . . .").

[21] Douglas Kirsch, *Stages and architecture of normal sleep* UpToDate (Sep 12, 2022) (accessed at https://www.uptodate.com/contents/stages-and-architecture-of-normal-sleep?search=stage%20N3%20sleep%20and%20sleep%20loss&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1 (explaining "[p]rior acute or chronic sleep deprivation may cause increases in stage N3 sleep and REM sleep."). *See also* M.A Carskadon and W. C. Dement Monitoring and staging human sleep, Chapter 2, in *Principles and Practice of Sleep Medicine*, (Meir Kryger, et. al eds., 5th ed. 2011) accessed at http://apsychoserver.psych.arizona.edu/jjbareprints/psyc501a/readings/Carskadon%20Dement%202011.pdf) at 12, 15 (stating that "[t]he SWS pattern reflects the homeostatic sleep system, highest at sleep onset and diminishing across the night as sleep pressure wanes. . . . Therefore, with total sleep loss, SWS tends to be preferentially recovered compared with REM sleep, which tends to recover only after the recuperation of SWS".).

[22] Ye Zhang, *Polysomnographic nighttime features of narcolepsy: A systematic review and meta-analysis*, Sleep Medicine Reviews (Aug 2021) at 1 (stating that: [p]olysomnography . . . is the gold standard for objectively assessing sleep quantity and sleep quality."). See also Carley, et. al *Physiology of Sleep* at 6 (explaining that: "[p]hysiologically, the gold standard for assessment of sleep and wake states is the laboratory polysomnogram (PSG)" and further describing the numerous noninvasive sensors are attached to a subject).

[23] Douglas Kirsch, *Stages and architecture of normal sleep*, UpToDate UpToDate (Sep 12, 2022) (accessed at https://www.uptodate.com/contents/stages-and-architecture-of-normal-sleep?search=stage%20N3%20sleep%20and%20sleep%20loss&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=10; M. A. Carskadon & W. C. Dement. *Monitoring and staging human sleep*, Chapter 2, in *Principles and practice of sleep medicine*, (Meir Kryger, et. al eds., 5e. 2011) (accessed at http://apsychoserver.psych.arizona.edu/jjbareprints/psyc501a/readings/Carskadon%20Dement%202011.pdf) at 3-4 (explaining that REM sleep is characterized by bursts of rapid eye movements, muscle twitches and cardiorespiratory irregularities. "The mental activity of human REM sleep is associated with dreaming, based on vivid dream recall reported after approximately 80% of arousals from this state of sleep. . . . A shorthand definition of REM sleep, therefore, is an activated brain in a paralyzed body.").

[24] *See* James A. Rowley & M. Safwan Badr, *Normal Sleep*, Chapter 1 in *Essentials of Sleep Medicine A Practical Approach to Patients with Sleep Complaints,* (ed. M. Safwan Badr, 2nd ed. 2022) at 5.

4

**Arousals**

When an arousal occurs, e.g., to take medication during the night after falling asleep, there is a shift in an EEG pattern—one that leads to a longer stage W with alertness or consciousness, even if not remembered.[25] Both Xyrem and Xywav labeling explain that after a dose, it usually takes at least 5 to 15 minutes to fall asleep, which means it usually takes at least 5 to 15 minutes to fall back asleep after taking the second dose.[26] Awakening to take a second dose necessarily disrupts sleep and causes fragmented sleep.[27, 28] That duration of time in stage W is prolonged and will adversely impact a clinical measure called Wake After Sleep Onset (WASO)—a metric of how much wakefulness happens in a night of sleep.[29] In treating sleep disorders, including

---

[25] Douglas Kirsch, *Stages and architecture of normal sleep*, UpToDate UpToDate (Sep 12, 2022) (accessed at https://www.uptodate.com/contents/stages-and-architecture-of-normal-sleep?search=stage%20N3%20sleep%20and%20sleep%20loss&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=10) (explaining that arousals "bring[] the individual from deeper to lighter sleep or to wakefulness." *See also* Pierre Philip, et. al, *Sleep Fragmentation in Normals: A Model for Sleepiness Associated with Upper Airway Resistance Syndrome.* Sleep (Apr 1994) at 244-245 (explaining that in an experiment simulating arousals in healthy young volunteers, "the mean duration of an EEG arousal was 11 seconds. Sleep architecture was significantly modified after sleep fragmentation [using the external stimulation]. There was a significant increase in stage 1 NREM sleep from a mean of $10.4 \pm 8\%$ to $23 \pm 6\%$. . . . [D]espite prolongation of sleep to avoid sleep deprivation and a protocol set up to obtain sleep fragmentation with transient arousals only, the sleep architecture was significantly altered compared to the baseline night."). This study demonstrates that even short arousals will significantly increase wakefulness and disrupt sleep leading to sleep fragmentation resulting with new daytime complaints of sleepiness. The authors state: "[t]his investigation thus indicates a progressive increase in daytime sleepiness from morning to evening after 1 night of sleep fragmentation."

[26] Section 2.3 *Important Administration Instructions for All Patients*, Xyrem, (accessed at https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=926eb076-a4a8-45e4-91ef-411f0aa4f3ca) (the product labeling stating that "[p]atients will often fall asleep *within 5 minutes of taking Xyrem, and will usually fall asleep within 15 minutes*, though the time it takes any individual patient to fall asleep may vary from night to night. Patients may need to set an alarm to awaken for the second dose. Rarely, patients may take up to 2 hours to fall asleep.) (emphasis added); Section 2.4 *Important Administration Instructions for All Patients*, Xywav, (accessed at https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=1e0ae43a-037f-42af-8e23-a0e51d75abe8) (explaining that "[p]atients will often *fall asleep within 5 minutes of taking XYWAV, and will usually fall asleep within 15 minutes*, though the time it takes any individual patient to fall asleep may vary from night to night." (emphasis added).

[27] The term "arousal" is based on PSG—a test used to diagnose sleep disorders—which is performed at night and "nocturnal arousals" are those arousals that occur at night. The definition of "arousal" is derived from the AASM Scoring Manual v 2.6, page 19 and fn 3 *supra*, defines wakefulness as Stage Wake. Arousals will lead to wakefulness or lighter stage sleep. Wakefulness also refers to a clinical term of the state of not being asleep with varying degrees of consciousness. *See* Jonathan R.L. Schwartz & Thomas Roth, *Neurophysiology of Sleep and Wakefulness: Basic Science and Clinical Implications*, Current Neuropharmacology (2008) at 367, 370 (accessed at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2701283) (describing the states of sleep and wake as an "on-off switch" between these behaviors, called a "sleep-wake switch." Per Schwartz and Roth: "[t]hese findings suggest that when the self-reinforcing properties of the circuitry are weakened, individuals shift back and forth between sleep and wakefulness more frequently as well." *See, also* Figure 3 at 370—a schematic diagram of the "flip-flop switch model." This scientific explanation means that sleep and wake are two distinct states, when one is "on" the other must be "off." Arousals, like that for taking a second dose of oxybate, flips the switch from "off" to "on" and this undoubtedly will disrupt sleep, cause fragmented sleep, and sleep loss.

[28] *See* fn 2 for the American Academy of Sleep Medicine's definition of "arousal."

[29] *What Is Wakefulness After Sleep Onset (WASO)?* Sleep Foundation (accessed at https://www.sleepfoundation.org/sleep-studies/wakefulness-after-sleep-onset#:~:text=Wakefulness%20after%20sleep%20onset%20is,their%20WASO%20is%2025%20minutes) (explaining that "[w]akefulness after sleep onset [WASO] is a measurement used to assess a person's sleep. It is the total number of minutes that a person is awake after having initially fallen asleep. For example, if someone wakes up once during the night and is awake for 25 minutes, their WASO is 25 minutes.").

narcolepsy, the goal is to maximize the time in sleep and minimize wake time. i.e., minimize WASO.

Disruption of sleep leads to the inability to enter Stage N3, or disruption of N3, and such individuals will revert back to Stage W and subsequently progress to Stage N1 sleep and so forth.[30] The disruption changes sleep architecture and will increase WASO. This disruption is something to be avoided in the narcoleptic patient, if possible.

**Narcolepsy**

Narcolepsy is a disorder of REM intrusion into wakefulness.[31] Sudden REM sleep onset during wakefulness causes loss of motor tone (sleep paralysis) along with a dream like state called cataplexy.[32] REM intrusion can also occur during sleep, disrupting the normal sleep architecture described above.[33] Individuals with narcolepsy "generally fall asleep rapidly but can spontaneously awaken several times during the night and have difficulty returning to sleep. This sleep maintenance insomnia seems paradoxical in a disorder characterized by daytime sleepiness, and it may reflect a low threshold to transition from sleep to wakefulness."[34] REM intrusion shifts sleep stages and prevents sleep continuity (also called sleep consolidation), fragments normal sleep architecture, and prevents sufficient deep sleep (prevents N3 restorative sleep from occurring because the sleep stages keep shifting to lighter sleep).[35] Often Stage N1 increases at the debt of Stage N3 sleep given the increased number of shifts between sleep stages.[36] This is seen in many sleep disorders, including narcolepsy.[37] This results in daytime sleepiness with the

---

[30] Richard Berry, et. al, *Arousal rule*, The AASM Manual for the Scoring of Sleep and Associated Events, Rules, Terminology and Technical Specifications, American Academy of Sleep Medicine (AASM) (2020), version 2.6 at 22-32.

[31] Thomas E. Scammell, *Clinical features and diagnosis of narcolepsy in adults*, UpToDate (Jul 12, 2022) (accessed at https://www.uptodate.com/contents/clinical-features-and-diagnosis-of-narcolepsy-in-adults?search=narcolepsy%20&source=search_result&selectedTitle=1~120&usage_type=default&display_rank=1).

[32] Thomas E. Scammell, *Clinical features and diagnosis of narcolepsy in adults*, UpToDate (Jul 12, 2022).

[33] Imran Ahmed & Michael Thorpy, *Narcolepsy and Idiopathic Hypersomnia,* at 328 in Chapter 15 in *Essentials of Sleep Medicine* (M. Safwan Badr et. al, eds., 2nd ed. 2022) (explaining that "[t]he effects of narcolepsy can be considered a manifestation of REM sleep dissociation, with features of REM sleep that intrude into [the NREM stages of] sleep and wakefulness" , instead of progressing normally).

[34] Thomas E. Scammell, *Clinical features and diagnosis of narcolepsy in adults*, UpToDate (Jul 12, 2022).

[35] Michelle T. Cao, et. al, *Narcolepsy: Diagnosis and Management* (explaining that "[n]arcolepsy disrupts the maintenance and orderly occurrence of wake and sleep stages."); Ye Zhang, *Polysomnographic nighttime features of narcolepsy: A systematic review and meta-analysis*, Sleep Medicine Reviews (Aug 2021) (accessed at https://pubmed.ncbi.nlm.nih.gov/33934047/) at 11 (stating that: "nighttime PSG changes . . . demonstrate[] poor sleep continuity and altered sleep architecture in narcolepsy. It has been suggested that some PSG changes in narcolepsy such as frequent SS [stage shifts] and short bouts of wakefulness occur primarily in the second NREM sleep episode which hinders slow wave activity and provides inadequate NREM intensity."). Slow wave sleep only occurs in N3 and when SWS does not occur with enough intensity, an individual does not get restorative sleep. *See* fn 18 (explaining that: "[d]eep nonrapid eye movement (NREM) sleep, also known as slow wave sleep (SWS), is considered to be the most restorative sleep stage and to be associated with sleep quality and maintenance of sleep.").

[36] Ye Zhang, *Polysomnographic nighttime features of narcolepsy: A systematic review and meta-analysis*. Sleep Med Reviews. (Aug 2021) (accessed at https://pubmed.ncbi.nlm.nih.gov/33934047/) at 1 (stating "[m]eta-analyses revealed significant reductions in sleep latency, sleep efficiency**,** *slow wave sleep percentage*, rapid eye movement sleep (REM) latency, cyclic alternating pattern rate, and increases in total sleep time, *wake time after sleep onset (WASO), awakening numbers (AWN) per hour, stage shift (SS) per hour, N1 percentage*, apnea hypopnea index, and periodic limb movement *index in narcolepsy patients* compared with [healthy controls]") (emphasis added).

[37] *Zhang* at 4 (explaining that a "meta-analysis revealed significantly decreased . . . SWS% . . . and increased . . . N1 percentage" in narcolepsy compared with healthy controls.").

consequences of sleep fragmentation or sleep deprivation, i.e., altered sleep architecture which may affect daytime performance.[38]

EDS is the most common and chronic symptom of narcolepsy.[39] Per Scammell: "[t]he sleepiness may be so severe that patients with narcolepsy can rapidly doze off with little warning; these episodes are commonly referred to as 'sleep attacks.'"[40] Another symptom of narcolepsy, cataplexy, is an "emotionally-triggered transient muscle weakness" that can cause a patient to collapse.[41]

**Xyrem, Xywav, and Lumryz**

The FDA-approved labeling for Xyrem and Xywav instructs patients to awaken to take a second dose approximately 2.5 to 4 hours after initial administration and falling asleep.[42] If patients do not intentionally awaken to take the second dose (e.g., by setting an alarm), the effects of the drug will wear off, and the patients may awaken anyway and need the second dosing to return to sleep. It is our opinion that awakening to take a second dose of sleep medication, such as Xywav or Xyrem, is not optimally supportive of the continual sleep necessary to restore sleep architecture and daytime alertness with more normal functioning.

Lumryz combines both short-acting and long-acting salts of sodium oxybate allowing once nightly dosing.[43] Lumryz provides "a proprietary drug delivery technology . . . [and this] technology provides an early single peak, following a gradual decline in [oxybate] concentration . . . The premeasured dosing packets contain a mix of immediate-release and controlled-release microparticles of [oxybate]."[44] This formulation of oxybate provides a novel dosing characteristic of once nightly dosing, which in our expert opinion provides a MCTPC over the immediate-release formulations alone, i.e., Xyrem and Xywav.

As stated above, Xyrem and Xywav are both dosed twice nightly, which means patients experience a nocturnal arousal to take the medication.[45] Such arousals lead to awakening, i.e., consciousness, and this awakening disrupts sleep with the detrimental and harmful consequences that are known to occur with sleep loss.[46] Even with a single nocturnal arousal, there can be

---

[38] *Id*. at 1 (stating "[n]arcolepsy . . . is one of the most common causes of excessive daytime sleepiness (EDS) and is associated with an increased risk of car accidents, occupational problems, and injuries.").
[39] Thomas E. Scammell, *Clinical features and diagnosis of narcolepsy in adults*, UpToDate (Jul 12, 2022).
[40] *Id*.
[41] *Id*.
[42] Section 2.1, *Dosage and administration*, Xyrem labeling, (accessed at https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=926eb076-a4a8-45e4-91ef-411f0aa4f3ca); Section 2.1, *Dosage and administration*, Xywav labeling (accessed at https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=1e0ae43a-037f-42af-8e23-a0e51d75abe8).
[43] Clete A. Kushida, et. al, *Once-nightly sodium oxybate (FT218) demonstrated improvement of symptoms in a phase 3 randomized clinical trial in patients with narcolepsy*, Sleep (Jun 2022) at 2 (accessed at https://pubmed.ncbi.nlm.nih.gov/34358324/).
[44] Clete A. Kushida, et. al, *Once-nightly sodium oxybate (FT218) demonstrated improvement of symptoms in a phase 3 randomized clinical trial in patients with narcolepsy*. Sleep (Jun 2022) at 2 (accessed at https://pubmed.ncbi.nlm.nih.gov/34358324/).
[45] It is self-evident that an arousal occurs upon taking the second dose of Xyrem or Xywav because some degree of consciousness or alertness is needed for the voluntary movements involved in taking medicine.
[46] *See* fn 3, 5 *supra*.

impairment of alertness and decline in cognitive performance the following day.[47] It is known that disrupting sleep, even briefly, changes sleep architecture—the normal pattern of NREM and REM cycles requisite for daily restoration.[48] Nocturnal arousals should be avoided—especially in those with sleep disorders—as the goal of treatment is to restore normal sleep architecture.[49]

It is incorrect to assume that a person with disrupted sleep can simply return to sleep and resume their normal sleep cycle. Rather, upon taking a second dose of Xyrem or Xywav, it may take at least 5-15 minutes to return to sleep—and such sleep does not resume where the patient left off to take their medication.  Rather a new cycle of sleep must begin anew.[50] Thus, this disruption to take a second dose of Xyrem or Xywav should be avoided, if possible. An oxybate product that is dosed once nightly provides an opportunity for narcolepsy patients to achieve normal sleep architecture, which is not a possibility for a patient on Xyrem or Xywav who must either wake up to take a second dose (disrupting sleep architecture) or allow the drug to wear off after 2.5-4 hours (reverting patients back to their naturally occurring, disrupted sleep architecture)."[51]

**Conclusion**

In summary, in our opinion, Lumryz provides a MCTPC over Xyrem and Xywav due to its once nightly dosing because, in treating a sleep disorder, it is best to eliminate or minimize nocturnal arousals to improve sleep quality and sleep architecture. This is a significant therapeutic advantage over the short-acting oxybate products. We defer to OOPD and the DN1 to determine

---

[47] Chiara Cirelli, Insufficient sleep: Definition, epidemiology, and adverse outcomes, UpToDate (Oct 10, 2022) at https://www.uptodate.com/contents/insufficient-sleep-definition-epidemiology-and-adverse-outcomes) (stating that: "[s]leep has two dimensions: duration (quantity) and depth (quality). When individuals fail to obtain adequate duration or quality of sleep, daytime alertness and function suffer. In response to sleep deprivation, sleep is often both longer and deeper. In many cases, however, sleep intensity can change without major changes in sleep duration. Sleep duration alone is therefore not a good indicator of how much sleep is needed to feel refreshed in the morning and function properly. . . . Sleep insufficiency exists when sleep is insufficient to support adequate alertness, performance, and health, either because of reduced total sleep time (decreased quantity) or *fragmentation of sleep by brief arousals (decreased quality)*") (emphasis added).
[48] *See* fn 26 *supra*. Once an arousal occurs, falling back to sleep begins at N1, not where the person left off in their sleep cycle prior to the arousal, and therefore, arousals will change sleep architecture.
[49] Thomas E. Scammell, *Treatment of narcolepsy in adults*, UpToDate (Nov 14, 2022) accessed at https://www.uptodate.com/contents/treatment-of-narcolepsy-in-adults?source=history_widget (explaining that "[m]anagement of narcolepsy is symptomatic, and there are no disease-modifying therapies yet available. . . . Sleep deprivation [including nocturnal arousals] may worsen narcolepsy symptoms, and therefore patients should be counseled to maintain a regular and adequate sleep schedule.").
[50] This is because once arousal occurs, falling back to sleep begins at N1, not where the person left off in their sleep cycle prior to the arousal—a missed opportunity to get into deep sleep (N3) which is restorative sleep.
[51] *See* Figure 1, Emmanuel Mignot, et. al, *Sleep problems in narcolepsy and the role of hypocretin/orexin deficiency* in Steiner MA, (eds): The Orexin System. Basic Science and Role in Sleep Pathology, Frontiers in Neurol Neuroscience (2021) at 105 (depicting a 24-hour hypnogram (a sleep study which is read from left to right). Panels 1(a) and 1(b) are hypnograms from the same patient suffering from narcolepsy. In Figure (a), the patient is close to onset of disease; Figure (b) is the same patient 6 months after diagnosis. Figure c is a control (person with no sleep disease). Figures 1(a) and 1(b) represent the natural state of narcolepsy. During the day, the patient is falling asleep and has periods of daytime REM sleep (blue bars). The fine needle like projections during nighttime sleep (after 8pm) shows cycling between N1 and wake representing fragmented sleep. This is not restorative sleep because rapid cycling to wake and N1 prevent stable progression to deeper stages of restorative sleep. The patient will be impacted the following day because their sleep has been disrupted—even if they do not awaken during the night—and this is what occurs when oxybate wears off.).

whether and how considerations other than those considered in this consult may factor into the agency's MCTPC analysis.