THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>ROBERT M. CALIFF, Commissioner of Food and Drugs<br><br>U.S. FOOD AND DRUG ADMINISTRATION<br><br>Defendants,<br><br>and<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Proposed Defendant-Intervenor | Case No. 23-cv-01819 |

## CORPORATE DISCLOSURE STATEMENT OF PROPOSED DEFENDANT-INTERVENOR AVADEL CNS PHARMACEUTICALS, LLC

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Proposed Defendant-Intervenor Avadel CNS Pharmaceuticals, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Avadel CNS Pharmaceuticals, LLC, which have any outstanding securities in the hands of the public:

Avadel CNS Pharmaceuticals, LLC is a wholly owned subsidiary of Avadel US Holdings, Inc., which is a wholly owned subsidiary of Avadel Pharmaceuticals plc. Avadel Pharmaceuticals plc is a publicly traded company with no parent corporation and no other publicly traded company owning more than 10% of its stock.

Dated: June 27, 2023

/s Philip J. Perry
Philip J. Perry (DC Bar No. 434278)
Andrew D. Prins (DC Bar No. 998490)
John R. Manthei (DC Bar No. 447123)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: philip.perry@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910 7300
Fax: (737) 910.7301

*Attorneys for Proposed Defendant-Intervenor Avadel CNS Pharmaceuticals, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties through the Court's CM/ECF system and mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Xavier Becerra
Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

U.S. Department of Health And Human Services
200 Independence Avenue, SW
Washington, DC 20201

Robert Califf,
Commissioner of Food and Drugs
10903 New Hampshire Avenue
Silver Spring, MD 20993

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

Noah T. Katzen
U.S. Department Of Justice
450 5th St., N.W.
Washington, DC 20530

Isaac Belfer
U.S. Department Of Justice
P.O. Box 386
Washington, DC 20044-0386

Merrick Garland
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Civil Process Clerk
U.S Attorney's Office
555 Fourth Street NW
Washington, D.C. 20530

Kwaku A. Akowuah
Sean C. Griffin
Christopher S. Ross
Peter A. Bruland
Sidley Austin LLP
1501 K Street N.W.
Washington, DC 20005

*/s/Philip J. Perry*
Philip J. Perry