THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>ROBERT M. CALIFF, Commissioner of Food and Drugs<br><br>U.S. FOOD AND DRUG ADMINISTRATION<br><br>Defendants,<br><br>and<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Proposed Defendant-Intervenor | Case No. 23-cv-01819 |

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION TO INTERVENE OF
AVADEL CNS PHARMACEUTICALS, LLC.**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, and upon consideration of Avadel CNS Pharmaceutical, LLC's ("Avadel") unopposed motion to intervene, it is hereby

**ORDERED** that Avadel's motion is **GRANTED**. Avadel may intervene as of right as a Defendant in this action.  Intervenor-Defendant Avadel shall file its responsive pleading on the same day as the Federal Defendants.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                                                                          Honorable _____
                                                                                          United States District Judge