# CERTIFICATION OF RECORDS

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Aaron Friedman, Associate Director for Policy, Office of Orphan Products Development, United States Food and Drug Administration, whose Declaration is attached, has custody of the records relating to orphan products and related human drugs on file with the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provisions of Title 42, United States Code, Section 3505, and FDA Staff Manual Guide 1410.23, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this 11th day of August, 2023.

Meredith J. Schlaifer -S
Digitally signed by Meredith J. Schlaifer -S
Date: 2023.08.11 07:44:10 -04'00'

Meredith Schlaifer
FOIA Officer
Office of the Commissioner
United States Food and Drug Administration

By Direction of the Secretary of
Health and Human Services

## DECLARATION OF AARON FRIEDMAN

Aaron Friedman declares as follows.

1. I am the Associate Director for Policy in the Office of Orphan Products Development, United States Food and Drug Administration (FDA).

2. In this capacity, I have custody of certain records relating to orphan products and related human drugs on file with FDA.

3. Attached is a copy of the Index of Administrative Record for *Jazz Pharmaceuticals, Inc. v. Becerra, et al.*, Case No. 1:23-cv-1819 (APM) (D.D.C.).

4. Each of the documents referred to in paragraph 3 is part of the official records of FDA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2023

Aaron R. Friedman -S
Digitally signed by Aaron R. Friedman -S
Date: 2023.08.11 09:16:43 -04'00'

Aaron Friedman

# ADMINISTRATIVE RECORD INDEX
*Jazz Pharmaceuticals, Inc. v. Becerra, et al.,*
No. 1:23-CV-01819-APM (D.D.C.)

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| LUMRYZ NDA | | | |
| 1 | Dec. 15, 2020 | NDA 214755, Exclusivity Claim | FDA-Jazz-000001 - FDA-Jazz-000045 |
| 2 | Dec. 15, 2020 | NDA 214755, Request for Priority Review Designation | FDA-Jazz-000046 - FDA-Jazz-000069 |
| 3 | Jul. 14, 2021 | NDA 214755, Exclusivity Claim – Supplemental Information in Demonstration of Clinical Superiority of FT218 | FDA-Jazz-000070 - FDA-Jazz-000080 |
| 4 | Oct. 14, 2021 | NDA 214755, Clinical Pharmacology Review | FDA-Jazz-000081 - FDA-Jazz-000096 |
| 5 | May 24, 2022 | NDA 214755, Addendum to Clinical Pharmacology Review | FDA-Jazz-000097 - FDA-Jazz-000101 |
| 6 | Jul. 18, 2022 | NDA 214755, Tentative Approval Letter, including enclosures | FDA-Jazz-000102 - FDA-Jazz-000245 |
| 7 | May 1, 2023 | NDA 214755, Review and Evaluation of Clinical Data | FDA-Jazz-000246 - FDA-Jazz-000257 |
| 8 | May 1, 2023 | NDA 214755, Approval Letter, including enclosures | FDA-Jazz-000258 - FDA-Jazz-000401 |
| 9 | May 2, 2023 | NDA 214755, Final Labeling | FDA-Jazz-000402 - FDA-Jazz-000438 |
| LUMRYZ Consults, Reviews, and Memoranda | | | |
| 10 | Aug. 8, 2016 | Review of Request for Orphan Drug Designation | FDA-Jazz-000439 - FDA-Jazz-000450 |
| 11 | Dec. 20, 2017 | Memorandum from Billy Dunn, Division Director, Division of Neurology Products, to Director, Office of Orphan Products Development | FDA-Jazz-000451 - FDA-Jazz-000460 |
| 12 | Dec. 26, 2017 | Review of Amended Request for Orphan Drug Designation | FDA-Jazz-000461 - FDA-Jazz-000470 |
| 13 | Aug. 31, 2021 | Memorandum from Eric Bastings, Acting Division Director, Division of Neurology 1, to Director, Office of Orphan Products Development | FDA-Jazz-000471 - FDA-Jazz-000482 |
| 14 | Jul. 8, 2022 | Memorandum from Ranjit Mani and Teresa Buracchio, Division of Neurology 1, to File | FDA-Jazz-000483 - FDA-Jazz-000485 |
| 15 | Apr. 28, 2023 | Memorandum from CDER Exclusivity Board to File | FDA-Jazz-000486 - FDA-Jazz-000503 |

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 16 | Apr. 29, 2023 | Consult from Mahadevappa Hunasikatti and Nargues Weir, Sleep Team | FDA-Jazz-000504 - FDA-Jazz-000512 |
| 17 | May 1, 2023 | Memorandum from Ranjit Mani and Teresa Buracchio, Division of Neurology 1, to Director, Office of Orphan Products Development | FDA-Jazz-000513 - FDA-Jazz-000521 |
| 18 | May 1, 2023 | Exclusivity Memorandum | FDA-Jazz-000522 - FDA-Jazz-000596 |
| 19 | May 2, 2023 | Memorandum from Division of Regulatory Operations for Neuroscience, Neurology 1, to File | FDA-Jazz-000597 - FDA-Jazz-000599 |
| **LUMRYZ Correspondence** | | | |
| 20 | Apr. 20, 2016 | Letter from Marla Scarola, The Weinberg Group Inc., on behalf of Flamel Ireland Limited dba Avadel Ireland, to Gayatri R. Rao, Director, Office of Orphan Products Development, FDA, including enclosures | FDA-Jazz-000600 - FDA-Jazz-000613 |
| 21 | Aug. 23, 2016 | Letter from Gayatri R. Rao, Director, Office of Orphan Products Development, FDA, to Marla Scarola, Senior Consultant, The Weinberg Group, Inc., on behalf of Flamel Ireland Limited | FDA-Jazz-000614 - FDA-Jazz-000617 |
| 22 | Oct. 13, 2017 | Letter from Marla Scarola, The Weinberg Group Inc., on behalf of Flamel Ireland Limited dba Avadel Ireland, to Gayatri R. Rao, Director, Office of Orphan Products Development, FDA, including enclosures | FDA-Jazz-000618 - FDA-Jazz-000835 |
| 23 | Jan. 8, 2018 | Letter from Debra Y. Lewis, Acting Director, Office of Orphan Products Development, FDA, to Marla Scarola, Senior Consultant, The Weinberg Group, Inc., on behalf of Flamel Ireland Limited | FDA-Jazz-000836 - FDA-Jazz-000837 |
| 24 | Feb. 26, 2021 | Letter from Eric Bastings, Acting Director, Division of Neurology 1, Office of Neuroscience, Center for Drug Evaluation and Research, FDA, to Marla Scarola, The Weinberg Group, Avadel CNS Pharmaceuticals, LLC | FDA-Jazz-000838 - FDA-Jazz-000845 |
| 25 | Jul. 21, 2021 | Letter from Jerad G. Seurer, Vice President, Legal Affairs, Avadel CNS Pharmaceuticals, LLC, to Nicole Wolanski, Acting Director, Office of Orphan Products Development, and Mark Raza, Acting Chief Counsel, Office of the Chief Counsel, FDA | FDA-Jazz-000846 - FDA-Jazz-000850 |

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 26 | Sep. 16, 2021 | Letter from Dennis Ahern, Vice President, Global Regulatory Affairs, Jazz Pharmaceuticals, Inc., to Sandra Retzky, Director, Office of Orphan Products Development, FDA, including Exhibits 1-11 | FDA-Jazz-000851 - FDA-Jazz-001021 |
| 27 | Oct. 25, 2021 | Letter from John R. Menthei, Latham & Watkins, LLP, on behalf of Avadel CNS Pharmaceuticals, LLC, to Elizabeth Dickinson, Senior Deputy Chief Counsel, FDA, including Attachments A-F | FDA-Jazz-001022 - FDA-Jazz-001132 |
| 28 | Aug. 30, 2022 | Letter from Jennifer Gudeman, Vice President, Clinical & Medical Affairs, Avadel CNS Pharmaceuticals, LLC, to Sandra Retzky, Director, Office of Orphan Products Development, FDA, including attachments | FDA-Jazz-001133 - FDA-Jazz-001202 |
| 29 | Nov. 29, 2022 | Letter from Maria Picone, CEO, TREND Community, to FDA | FDA-Jazz-001203 - FDA-Jazz-001239 |
| 30 | Dec. 6, 2022 | Letter from Sean C. Griffin and Kwaku A. Akowuah, Sidley Austin LLP, on behalf of Jazz Pharmaceuticals, Inc., to Shoshana Hutchinson, Assistant Deputy Chief Counsel, Office of the Chief Counsel, FDA, including Exhibits A-D | FDA-Jazz-001240 - FDA-Jazz-001288 |
| 31 | Jan. 3, 2023 | Letter from Clete A. Kushida, Division Chief and Medical Director, Stanford Sleep Medicine, to Sandra Retzky, Director, Office of Orphan Products Development, FDA | FDA-Jazz-001289 - FDA-Jazz-001290 |
| 32 | Jan. 18, 2023 | Sean Griffin et al., Sidley Austin LLP, Presentation to the Office of Chief Counsel, FDA, on behalf of Jazz Pharmaceuticals, Inc. | FDA-Jazz-001291 - FDA-Jazz-001342 |
| 33 | May 1, 2023 | Letter from Sandra S. Retzky, Director, Office of Orphan Products Development, FDA, to Sean C. Griffin and Kwaku A. Akowuah, Sidley Austin LLP, Counsel to Jazz Pharmaceuticals, Inc. | FDA-Jazz-001343 - FDA-Jazz-001384 |
| 34 | May 1, 2023 | Letter from Sandra S. Retzky, Director, Office of Orphan Products Development, FDA, to Marla Scarola, US Agent for Flamel Ireland Limited dba Avadel Ireland, ProPharma Group | FDA-Jazz-001385 - FDA-Jazz-001427 |
| 35 | May 1, 2023 | Letter from Sandra S. Retzky, Director, Office of Orphan Products Development, FDA, to Marla Scarola, US Agent for Flamel Ireland Limited dba Avadel Ireland, | FDA-Jazz-001428 - FDA-Jazz-001430 |

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| | | ProPharma Group, *Orphan-drug designation DRU-2019-7038* | |
| **Miscellaneous NDAs, Memoranda, Reviews, and Correspondence** | | | |
| 36 | Apr. 16, 1996 | Memorandum from Director, Office of Orphan Products Development, to OOPD Application | FDA-Jazz-001431 - FDA-Jazz-001432 |
| 37 | Jan. 21, 1997 | Memorandum from Thomas J. Lynch, Division of Hematology, to File #96-1048 | FDA-Jazz-001433 - FDA-Jazz-001437 |
| 38 | Mar. 7, 2002 | Memorandum from Marlene E. Haffner, Director, Office of Orphan Products Development, to Jay Siegel, Director, Office of Therapeutics Research and Review, and BLA STN 10378 / 0 File | FDA-Jazz-001438 - FDA-Jazz-001442 |
| 39 | Mar. 7, 2002 | Memorandum from C. Rask et al., Division of Clinical Trial Design and Analysis, to BLA STN 10378 / 0 File | FDA-Jazz-001443 - FDA-Jazz-001465 |
| 40 | Sep. 2, 2005 | Review of Request for Orphan-Drug Designation from Tan T. Nguyen and Marlene E. Haffner, Office of Orphan Products Development | FDA-Jazz-001466 - FDA-Jazz-001471 |
| 41 | Oct. 16, 2006 | Review of Request for Orphan-Drug Designation from Peter L. Vaccari and Marlene E. Haffner, Office of Orphan Products Development | FDA-Jazz-001472 - FDA-Jazz-001476 |
| 42 | Oct. 24, 2006 | Letter from Marlene E. Haffner, Director, Office of Orphan Products Development, FDA, to Ranjan Dohil, Associate Professor in Pediatrics, University of California, San Diego | FDA-Jazz-001477 - FDA-Jazz-001478 |
| 43 | Jun. 23, 2008 | Letter from Ted Daley, President, Bennu Pharmaceuticals, to Timothy Cote, Director, Office of Orphan Products Development, including attachments | FDA-Jazz-001479 - FDA-Jazz-001493 |
| 44 | Mar. 3, 2009 | Memorandum from Peter L. Vaccari to Orphan Drug Application 06-2310 | FDA-Jazz-001494 - FDA-Jazz-001495 |
| 45 | Jun. 13, 2013 | Review of an Amended Request for Orphan Drug Designation from Erica K. McNeilly and Henry H. Startzman III, Office of Orphan Products Development | FDA-Jazz-001496 - FDA-Jazz-001507 |
| 46 | Feb. 20, 2019 | Letter from Janet Maynard, Director, Office of Orphan Products Development, to Applicants for Certain Products Containing Bendamustine | FDA-Jazz-001508 - FDA-Jazz-001517 |

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 47 | Apr. 3, 2019 | Exclusivity Memorandum to File # 09-2887 | FDA-Jazz-001518 - FDA-Jazz-001521 |
| 48 | Jan. 10, 2020 | Exclusivity Memorandum to File # 12-3825 | FDA-Jazz-001522 - FDA-Jazz-001528 |
| 49 | Apr. 24, 2020 | Letter from Arthur Merlin d'Estreux, Director, Regulatory Affairs Neurosciences, Jazz Pharmaceuticals, Inc., to Janet Maynard, Director, Office of Orphan Products Development, FDA | FDA-Jazz-001529 |
| 50 | Apr. 24, 2020 | Request for Recognition of Orphan-Drug Exclusivity for JZP-258 (NDA 212690) | FDA-Jazz-001530 - FDA-Jazz-001553 |
| 51 | Jun. 11, 2020 | Orphan Products Consult Request | FDA-Jazz-001554 - FDA-Jazz-001558 |
| 52 | Jul. 21, 2020 | NDA 212690, Clinical Review | FDA-Jazz-001559 - FDA-Jazz-001632 |
| 53 | Oct. 14, 2020 | Exclusivity Memorandum to File # 14-4675 | FDA-Jazz-001633 - FDA-Jazz-001636 |
| 54 | Oct. 19, 2020 | Exclusivity Memorandum to File # 15-5130 | FDA-Jazz-001637 - FDA-Jazz-001640 |
| 55 | Nov. 30, 2020 | Memorandum from Eric Bastings, Division Director, Division of Neurology 1, to Director, Office of Orphan Products Development | FDA-Jazz-001641 - FDA-Jazz-001651 |
| 56 | Dec. 8, 2020 | Letter from Jennifer Gudeman, Vice President, Clinical & Medical Affairs, Avadel CNS Pharmaceuticals, LLC, to Janet Maynard, Director, Office of Orphan Products Development, FDA | FDA-Jazz-001652 - FDA-Jazz-001662 |
| 57 | Mar. 8, 2021 | Memorandum from Eric Bastings, Division Director, Division of Neurology 1, to Director, Office of Orphan Products Development | FDA-Jazz-001663 - FDA-Jazz-001674 |
| 58 | Apr. 19, 2021 | Letter from Robert Iannone, Executive Vice President, Research and Development and Chief Medical Officer, Jazz Pharmaceuticals, Inc., to Janet Maynard, Director, Office of Orphan Products Development, FDA, including attachment | FDA-Jazz-001675 - FDA-Jazz-001701 |
| 59 | Jun. 24, 2021 | Letter from Nicole Wolanski, Director, Office of Orphan Products Development, FDA, to Arthur Merlin d'Estreux, US Agent for Jazz Pharmaceuticals Ireland Limited | FDA-Jazz-001702 - FDA-Jazz-001704 |
| 60 | Jun. 24, 2021 | Letter from Nicole Wolanski, Director, Office of Orphan Products Development, FDA, to | FDA-Jazz-001705 - FDA-Jazz-001708 |

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| | | Jennifer Gudeman, Vice President, Clinical & Medical Affairs, Avadel CNS Pharmaceuticals, LLC | |
| 61 | Sep. 30, 2021 | Exclusivity Memorandum to File # DRU-1994-858 | FDA-Jazz-001709 - FDA-Jazz-001714 |
| | | **References** | |
| 62 | | Imran Ahmed & Michael Thorpy, *Narcolepsy and Idiopathic Hypersomnia*, in Essentials of Sleep Medicine (M. Safwan Badr & Jennifer L. Martin eds., 2d ed. 2022) | FDA-Jazz-001715 - FDA-Jazz-001741 |
| 63 | | Richard B. Berry et al., The AASM Manual for the Scoring of Sleep and Associated Events (version 2.6 2020) | FDA-Jazz-001742 - FDA-Jazz-001755 |
| 64 | | Michelle T. Cao & Christian Guilleminault, *Narcolepsy: Diagnosis and Management*, in Neurologic Disorders (2021) | FDA-Jazz-001756 - FDA-Jazz-001770 |
| 65 | | David W. Carley & Sarah S. Farabi, *Physiology of Sleep*, 29(1) Diabetes Spectrum 5 (2016) | FDA-Jazz-001771 - FDA-Jazz-001775 |
| 66 | | Mary A. Carskadon & William C. Dement, *Monitoring and staging human sleep*, in Principles and practice of sleep medicine (5th ed. 2011) | FDA-Jazz-001776 - FDA-Jazz-001796 |
| 67 | | Lixia Chen et al., *The association between sleep architecture, quality of life, and hypertension in patients with obstructive sleep apnea*, 27 Sleep & Breathing 191 (2023) | FDA-Jazz-001797 - FDA-Jazz-001809 |
| 68 | | Chiara Cirelli, *Insufficient sleep: Definition, epidemiology, and adverse outcomes*, UpToDate (2023), https://www.uptodate.com/contents/insufficient-sleep-definition-epidemiology-and-adverse-outcomes/print | FDA-Jazz-001810 - FDA-Jazz-001836 |
| 69 | | Derk-Jan Dijk, *Regulation and Functional Correlates of Slow Wave Sleep*, Supp. to 5(2) J. Clinical Sleep Medicine S6 (2009) | FDA-Jazz-001837 - FDA-Jazz-001846 |
| 70 | | Douglas Kirsch, *Stages and Architecture of Normal Sleep*, UpToDate (2023), https://www.uptodate.com/contents/stages-and-architecture-of-normal-sleep | FDA-Jazz-001847 - FDA-Jazz-001873 |
| 71 | | Clete A. Kushida et al., *Once-nightly sodium oxybate (FT218) demonstrated improvement of symptoms in a phase 3 randomized clinical* | FDA-Jazz-001874 - FDA-Jazz-001884 |

6

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| | | *trial in patients with narcolepsy*, 45(6) Sleep 1 (2022) | |
| 72 | | Kiran Maski, *Insufficient sleep: Evaluation and management*, UpToDate (2023), https://www.uptodate.com/contents/insufficient-sleep-evaluation-and-management/print | FDA-Jazz-001885 - FDA-Jazz-001925 |
| 73 | | Kiran Maski et al., *Treatment of central disorders of hypersomnolence*, 17(9) J. Clinical Sleep Medicine 1881 (2021) | FDA-Jazz-001926 - FDA-Jazz-001938 |
| 74 | | Emmanuel Mignot et al., *Sleep Problems in Narcolepsy and the Role of Hypocretin/Orexin Deficiency*, 45 Frontiers Neurology & Neuroscience 103 (2021) | FDA-Jazz-001939 - FDA-Jazz-001952 |
| 75 | | Timothy I. Morgenthaler et al., *Practice parameters for the treatment of narcolepsy and other hypersomnias of central origin*, 30(12) Sleep 1705 (2007) | FDA-Jazz-001953 - FDA-Jazz-001959 |
| 76 | | Chtean S. Nayak et al., EEG Normal Sleep (StatPearls Publ'g 2023) | FDA-Jazz-001960 - FDA-Jazz-001967 |
| 77 | | Pierre Philip et al., *Sleep Fragmentation in Normals: A Model for Sleepiness Associated With Upper Airway Resistance Syndrome*, 17(3) Sleep 242 (1994) | FDA-Jazz-001968 - FDA-Jazz-001973 |
| 78 | | James A. Rowley & M. Safwan Badr, *Normal Sleep, in* Essentials of Sleep Medicine (M. Safwan Badr & Jennifer L. Martin eds., 2d ed. 2022) | FDA-Jazz-001974 - FDA-Jazz-001995 |
| 79 | | Thomas E. Scammell, *Clinical features and diagnosis of narcolepsy in adults*, UpToDate (2023), https://www.uptodate.com/contents/clinical-features-and-diagnosis-of-narcolepsy-in-adults/print | FDA-Jazz-001996 - FDA-Jazz-002023 |
| 80 | | Thomas E. Scammell, *Treatment of narcolepsy in adults*, UpToDate (2023), https://www.uptodate.com/contents/treatment-of-narcolepsy-in-adults/print | FDA-Jazz-002024 - FDA-Jazz-002062 |
| 81 | | Jonathan R.L. Schwartz & Thomas Roth, *Neurophysiology of Sleep and Wakefulness: Basic Science and Clinical Implications*, 6 Current Neuropharmacology 367 (2008) | FDA-Jazz-002063 - FDA-Jazz-002074 |
| 82 | | Eric Suni, *Wakefulness After Sleep Onset*, Sleep Foundation (Jan. 18, 2023), | FDA-Jazz-002075 - FDA-Jazz-002087 |

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
|  |  | https://www.sleepfoundation.org/sleep-studies/wakefulness-after-sleep-onset |  |
| 83 |  | Ye Zhang et al., *Polysomnographic nighttime features of narcolepsy: A systematic review and meta-analysis*, 58 Sleep Medicine Reviews (2021) | FDA-Jazz-002088 - FDA-Jazz-002103 |
| 84 |  | *10 Tips for a Better Night's Sleep*, National Sleep Foundation, https://www.thensf.org/sleep-tips/ | FDA-Jazz-002104 - FDA-Jazz-002105 |
| 85 |  | *About Sodium*, Centers for Disease Control & Prevention, https://www.cdc.gov/salt/food.htm [https://web.archive.org/web/20230419092154/https://www.cdc.gov/salt/food.htm] | FDA-Jazz-002106 - FDA-Jazz-002107 |
| 86 |  | *Clinical Superiority Findings*, U.S. Food & Drug Admin., https://www.fda.gov/industry/designating-orphan-product-drugs-and-biological-products/clinical-superiority-findings | FDA-Jazz-002108 - FDA-Jazz-002115 |
| 87 |  | *How to sleep better*, American Academy of Sleep Medicine, https://aasm.org/resources/pdf/products/howtosleepbetter_web.pdf | FDA-Jazz-002116 - FDA-Jazz-002123 |
| 88 |  | U.S. Food & Drug Admin., Guidance for Industry, Expedited Programs for Serious Conditions – Drug and Biologics (May 2014) | FDA-Jazz-002124 - FDA-Jazz-002163 |
| 90 |  | U.S. Food & Drug Admin., Guidance for Industry, Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products — Content and Format (Oct. 2011) | FDA-Jazz-002164 - FDA-Jazz-002178 |
| 91 |  | U.S. Food & Drug Admin., *Review Designation Policy: Priority (P) and Standard (S), in* Manual of Policies and Procedures 6020.3 Rev. 2 (Jun. 2013) | FDA-Jazz-002179 - FDA-Jazz-002185 |
| 92 |  | U.S. Food & Drug Admin., *Processing and Evaluation of Orphan Exclusivity, in* Standard Operating Procedures and Policies SOPP 440 (Apr. 13, 2020) | FDA-Jazz-002186 - FDA-Jazz-002194 |
| 93 |  | Xyrem FDA-Approved Labeling (Apr. 2023), https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/021196s042lbl.pdf | FDA-Jazz-002195 - FDA-Jazz-002229 |

| INDEX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 94 | | Xywav FDA-Approved Labeling (Apr. 2023), https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/212690s011lbl.pdf | FDA-Jazz-002230 - FDA-Jazz-002271 |