# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAZZ PHARMACEUTICALS, INC.,

    *Plaintiff*,

v.

XAVIER BECERRA, *et al.*,

    *Defendants,*

and

AVADEL CNS PHARMACEUTICALS, LLC,

    *Intervenor-Defendant.*

Case No. 1:23-cv-01819-APM

## SCHEDULING ORDER

For good cause shown, and pursuant to the parties' agreement, it is ORDERED that the parties shall adhere to the following schedule for dispositive motions in this case:

- **August 11, 2023**: Federal Defendants shall file with the Court an index of the certified Administrative Record and transmit the record to all parties' counsel, under the terms of the Stipulated Protective Order (Dkt. 30).

- **August 25, 2023**: Plaintiff shall file any amended complaint.

- **September 15, 2023**: Plaintiff shall file its motion for summary judgment.

- **September 19, 2023**: Any *amicus curiae* supporting Plaintiff shall move for leave to participate in this action, which motion shall include the proposed amicus brief.

- **October 20, 2023**: Federal Defendants and Intervenor-Defendant shall each file combined oppositions to Plaintiff's motion for summary judgment and cross-motions for summary judgment.

- **October 24, 2023**: Any *amicus curiae* supporting Defendants shall move for leave to participate in this action, which motion shall include the proposed amicus brief.

- **November 15, 2023**: Plaintiff shall file its combined reply in support of its motion for summary judgment and opposition to the cross-motions for summary judgment filed by the Federal Defendants and Intervenor-Defendant.

- **December 15, 2023**: Federal Defendants and Intervenor-Defendant shall each file replies in support of their cross-motions for summary judgment.

- **December 22, 2023**: The parties shall file a Joint Appendix containing the portions of the Administrative Record relied upon by any party. Plaintiff shall take lead on preparing the Joint Appendix.

- Argument on the parties' cross-motions for summary judgment shall be heard on a date and time to be determined.

It is further ORDERED that the deadlines for the Federal Defendants and Intervenor-Defendant to respond to the Complaint shall be suspended pending the Court's resolution of the parties' cross-motions for summary judgment.

DATE: _____

_____
AMIT P. MEHTA
United States District Judge