# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAZZ PHARMACEUTICALS, INC.,

        *Plaintiff,*

    v.

XAVIER BECERRA, *et al.*,

        *Defendants,*

and

AVADEL CNS PHARMACEUTICALS, LLC,

        *Intervenor-Defendant.*

Case No. 1:23-cv-01819-APM

## SCHEDULING ORDER

For good cause shown, and pursuant to the parties' agreement, it is ORDERED that the parties shall adhere to the following schedule for briefing on any Motion to Strike the Griffin Declaration, including attachments and exhibits thereto, ECF Nos. 35, 36, and for further briefing on Plaintiff's Motion for Judicial Notice, ECF No. 37:

- **October 20, 2023**: Federal Defendants and Intervenor-Defendant shall file any Motion to Strike the Griffin Declaration, as well as any opposition to Plaintiff's Motion for Judicial Notice.

- **November 15, 2023**: Plaintiff shall file any opposition to a Motion to Strike the Griffin Declaration and any reply in support of its Motion for Judicial Notice.

- **December 15, 2023**: Federal Defendants and Intervenor-Defendant shall file any reply in support of a Motion to Strike the Griffin Declaration.

DATE: _____


_____
AMIT P. MEHTA
United States District Judge