# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., *Plaintiff*, v. XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT CALIFF, Commissioner of Food and Drugs; U.S. FOOD AND DRUG ADMINISTRATION, *Defendants*, AVADEL CNS PHARMACEUTICALS, LLC, *Intervenor-Defendant*. | No. 1:23-cv-1819-APM |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 26.1 of this Court, I, the undersigned, counsel of record for 22 Narcolepsy Patients, Public Interest Organizations, Medical Professionals, and Professors of Law, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries affiliates, or companies which own at least 10% of the stock of the aforementioned parties which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: October 24, 2023

/s/ Charles Duan
CHARLES DUAN (D.C. Bar No. 1013998)
AMERICAN UNIVERSITY WASHINGTON COLLEGE OF LAW
4300 Nebraska Avenue NW
Washington, DC 20016
(202) 274-4124
notices.ecf@cduan.com

*Counsel for amici curiae*

Rev. d3c2f59a