# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., *Plaintiff*, v. XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT CALIFF, Commissioner of Food and Drugs; U.S. FOOD AND DRUG ADMINISTRATION, *Defendants*, AVADEL CNS PHARMACEUTICALS, LLC, *Intervenor-Defendant.* | No. 1:23-cv-1819-APM |

## ERRATUM TO MOTION FOR LEAVE TO FILE A BRIEF OF *AMICI CURIAE* (DOC. NO. 50)

On October 24, 2023, the undersigned counsel filed a motion for leave to file a brief as *amici curiae* in this case (Doc. No. 50). Subsequent to that filing, counsel for Plaintiff Jazz Pharmaceuticals requested that the motion be clarified to reflect Jazz's precise position on the motion, which it provided in correspondence with Movants' counsel on October 4, 2023, in which Jazz stated that it would "take no position on your motion at this time, but will review your proposed brief when the motion is filed and may take a position thereafter."

Accordingly, this erratum to the motion is being filed. Specifically, please add in the first paragraph after "no position on this motion" the text "at this time, but intends to review the proposed brief when the motion is filed and may take a position thereafter."

Rev. 2007fcdf

                                                    Respectfully submitted,

Dated: October 27, 2023                */s/ Charles Duan*
                                                    Charles Duan (D.C. Bar No. 1013998)
                                                    American University Washington College of Law
                                                    4300 Nebraska Avenue NW
                                                    Washington, DC 20016
                                                    (202) 274-4124
                                                    notices.ecf@cduan.com

                                                    *Counsel for amici curiae*