**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT CALIFF, Commissioner of Food and Drugs; U.S. FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants*, <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> *Intervenor-Defendant*. | Case No. 1:23-cv-1819-APM |

**SECOND DECLARATION OF SEAN C. GRIFFIN**

Pursuant to 28 U.S.C. § 1746 and Local Civil Rule 5.1(f) of the United States District Court for the District of Columbia, I declare as follows:

1. I am one of the attorneys representing Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") in this action. I submit this declaration in further support of Jazz's motion for summary judgment (ECF No. 38) and Jazz's motion for judicial notice (ECF No. 37), in opposition to the Defendants' motions to strike (ECF Nos. 42 and 47), and in support of Jazz's protective motion to complete and/or supplement the administrative record.

2. The purpose of this declaration is two-fold. I first respond to certain comments made by the Intervenor-Defendant related to the drug Sinequan® (doxepin HCl). I then enclose as Exhibits copies of certain materials cited in Jazz's briefs related to the above motions.

**Sinequan**

3. In my prior declaration dated September 15, 2023, I included a chart of information derived from FDA's database, Drugs@FDA.

4. The Intervenor-Defendant has described the chart as "inaccurate." Avadel Opp'n to Mot. for Judicial Notice at 6 (Oct. 20, 2023), ECF No. 43. Avadel states that information identifying "'the Approving FDA Unit'" for the drugs listed on the chart "is not listed on the Drugs@FDA page." *Id.* at 6 n.3. Avadel also states that the approval letters for the drug Sinequan "are unavailable on Drugs@FDA" and states that I was "relying instead on the division involved in sending other letters many decades later." *Id.*

5. I disagree with Avadel's characterization. Below, I explain how the information in the chart related to Sinequan was derived from the Drugs@FDA database. A similar process was repeated for each drug listed on the chart.

6. The Drugs@FDA database is a searchable database that is publicly available on the internet at https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm (last visited Nov. 14, 2023).

7. The search options available directly from the landing page include searches by drug name, active ingredient, or application number. For instance, one can type in "Sinequan" and simply click "Search" as shown below:



8.      A search for Sinequan returns one drug entry:



9.      Clicking on the word Sinequan reveals two NDA entries:



10.      The two NDA entries are for NDA 16798 and NDA 17516. Clicking on the latter reveals the entry for that NDA:



11. The entry includes an "Approval Date(s) and History, Letters, Labels, Reviews" section linking to the review files from 1974, which can be accessed by clicking on "Review (PDF)." Doing so opens a PDF file that is 48 pages in length and is available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/pre96/017516_OriginalApprovalPackage.pdf. A true and correct copy of that PDF is attached to this declaration as **Exhibit 40**.[1] The approval letter for NDA 17-516, dated March 11, 1974, starts at page 5 of the PDF. Chemistry reviews performed by the "Division of Neuropharmacological Drug Products" can be found starting at page 22 of the PDF. The "Summary Basis of Approval NDA 17-516" prepared by the "Division of Neuropharmacological Drug Products" can be found starting at page 29 of the PDF.

**Exhibits Related to Jazz's Motion for Judicial Notice,
Defendants' Motions to Strike, and Jazz's Protective Motion**

12. Attached as **Exhibit 41** is a true and correct copy of the efficacy review of NDA 21196 for Xyrem® (sodium oxybate) prepared by Dr. Ranjit Mani of FDA, which was obtained from the Drugs@FDA entry for Xyrem.

13. Attached as **Exhibit 42** is a true and correct copy of a Type C meeting briefing package Jazz submitted to the Review Division on September 22, 2020 to the investigational new drug ("IND") file associated with Xywav®.

14. Attached as **Exhibit 43** is a true and correct copy of an article titled *Implications of Oxybate Dosing Regimen for Sleep, Sleep Architecture, and Disrupted Nighttime Sleep in Patients with Narcolepsy: A Commentary*, and published on September 27, 2023. The article is available at https://link.springer.com/article/10.1007/s40120-023-00543-z (last visited Nov. 10, 2023).

---

[1] To reduce the potential for confusion, I am continuing the exhibit numbering from my prior declaration.

**Additional Exhibits Related to Jazz's Motion for Summary Judgment**

15. Attached as **Exhibit 44** is a true and correct copy of the Office of Orphan Products Development's Review of Request (Amended) for Orphan-Drug Designation for Application No. 05-2035 (Apr. 6, 2009), which was cited in the administrative record at AR1549.

16. Attached as **Exhibit 45** is a true and correct copy of the Office of Orphan Products Development's Exclusivity Memorandum for Application No. 05-2035 (May 1, 2013), which was cited in the administrative record at AR1549-50.

17. Attached as **Exhibit 46** is a true and correct copy of a letter sent by the Office of Orphan Products Development on March 23, 2016 regarding the drug Orenitram® (treprostinil).

18. Attached as **Exhibit 47** is a true and correct copy of FDA's response to the citizen petition in Docket No. FDA-2019-P-5121, dated January 10, 2020. The docket is available at https://www.regulations.gov/search/docket?filter=FDA-2019-P-5121 (last visited Nov. 14, 2023).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of November, 2023 at Washington, District of Columbia.

Sean C. Griffin