# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>XAVIER BECERRA, *et al.,*<br><br>*Defendants,*<br><br>and<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>*Intervenor-Defendant.* | Case No. 1:23-cv-01819-APM |

## JOINT MOTION FOR MODIFIED SCHEDULING ORDER

On November 15, 2023, Plaintiff Jazz Pharmaceuticals, Inc. filed its Protective Motion to Complete and Supplement the Record, ECF No. 61. The parties have met and conferred and have agreed that the parties should follow a modified version of the schedule set by the Court on September 28, 2023. *See* ECF No. 40. The parties thus respectfully move for an order adopting the following modified briefing schedule. *See* Fed. R. Civ. P. 6(b); Local Civ. R. 7.

- **December 22, 2023**: Federal Defendants and Intervenor-Defendant Avadel CNS Pharmaceuticals, LLC shall file (i) their replies in support of their cross-motions for summary judgment, (ii) their replies in support of their motions to strike, and (iii) any oppositions to Plaintiff's protective motion.

- **January 5, 2024**: Plaintiff shall file any reply in support of its protective motion.

- **January 12, 2024**: The parties shall file a joint appendix containing the portions of the administrative record relied upon by any party. Plaintiff shall take the lead on preparing the joint appendix.

The parties further agree that they will be available and prepared for oral argument as early as February 2024. The parties request that oral argument be scheduled as early as the week of February 5, 2024, or as the Court's schedule allows. Counsel for the Federal Defendants note that they are not available for oral argument on February 9, 2024 or February 12, 2024.

A proposed Order is attached.

November 29, 2023

Respectfully submitted,

/s/ Kwaku A. Akowuah (with permission)
Kwaku A. Akowuah (D.C. Bar No. 992575)
Sean C. Griffin (D.C. Bar No. 499536)
Tobias S. Loss-Eaton
   (D.C. Bar No. 1019749)
Peter A. Bruland (D.C. Bar No. 1600717)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
kakowuah@sidley.com
sgriffin@sidley.com
tlosseaton@sidley.com
pbruland@sidley.com

*Attorneys for Plaintiff*

/s/ Noah T. Katzen
Noah T. Katzen (D.C. Bar No. 1006053)
Isaac C. Belfer (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386

(202) 305-2428 (Katzen)
(202) 305-7134 (Belfer)
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Andrew D. Prins (with permission)
Philip J. Perry (DC Bar No. 434278)
Andrew D. Prins (DC Bar No. 998490)
John R. Manthei (DC Bar No. 447123)
Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
philip.perry@lw.com
andrew.prins@lw.com
john.manthei@lw.com
nicholas.schlossman@lw.com

*Attorneys for Intervenor-Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAZZ PHARMACEUTICALS, INC.,

     *Plaintiff,*

  v.

XAVIER BECERRA, *et al.,*

     *Defendants,*

and

AVADEL CNS PHARMACEUTICALS, LLC,

     *Intervenor-Defendant.*

Case No. 1:23-cv-01819-APM

**[PROPOSED] SCHEDULING ORDER**

  For good cause shown, and pursuant to the parties' agreement, it is ORDERED that the parties shall adhere to the following schedule for briefing in this matter:

- **December 22, 2023**: Defendants and Intervenor-Defendant Avadel CNS Pharmaceuticals, LLC shall file (i) their replies in support of their cross-motions for summary judgment, (ii) their replies in support of their motions to strike, and (iii) any oppositions to Plaintiff's protective motion.

- **January 5, 2024**: Plaintiff shall file any reply in support of its protective motion.

- **January 12, 2024**: The parties shall file a joint appendix containing the portions of the administrative record relied upon by any party. Plaintiff shall take the lead on preparing the joint appendix.

DATE: _____

_____
AMIT P. MEHTA
United States District Judge