## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> XAVIER BECERRA, *et al.,* <br><br> *Defendants,* <br><br> and <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> *Intervenor-Defendant.* | Case No. 1:23-cv-01819-APM |

### CONSENT MOTION FOR EXTENSION OF TIME

On May 16, 2024, this Court denied the parties' motions for leave to file under seal and ordered them to refile their briefs and the Joint Appendix with only redactions that are justified by the factors in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980). Based on their review of the Joint Appendix, Federal Defendants' have identified limited redactions of non-party confidential information in Tabs 32, 34, 36, 37, and 41 of the Joint Appendix. Federal Defendants therefore intend to file a motion identifying those redactions and explaining why that non-party confidential information should remain redacted. To ensure sufficient time for Plaintiff and Intervenor-Defendant to assess identified redactions and meet and confer as needed, Federal Defendants respectfully move this Court to extend the parties' deadline to refile the Joint Appendix to June 4,

2024. This short extension will not prejudice any party and will not affect the parties' deadline to refile their briefs by May 30.[1]

Alternatively, this Court may unseal the previously filed Joint Appendix. The redactions described above were all applied in the Administrative Record that Federal Defendants produced to Plaintiff and Intervenor-Defendant and were not added for the purpose of filing the Joint Appendix. The redacted material is thus not part of the Administrative Record. To the extent the parties are not required to justify such redactions under *Hubbard*, the previously filed Joint Appendix may be unsealed.

Counsel for Plaintiff and Intervenor-Defendant have informed undersigned counsel that they consent to the request for an extension, as well as the alternative request to unseal the previously filed Joint Appendix.

A proposed Order is attached.

---

[1] Federal Defendants do not intend to redact or seal their briefs, or any portion thereof.

May 30, 2024                                    Respectfully submitted,

                                                /s/ Noah T. Katzen
                                                Noah T. Katzen (D.C. Bar No. 1006053)
                                                Isaac C. Belfer (D.C. Bar No. 1014909)
                                                Trial Attorneys
                                                Consumer Protection Branch
                                                Civil Division
                                                U.S. Department of Justice
                                                P.O. Box 386
                                                Washington, DC 20044-0386
                                                (202) 305-2428 (Katzen)
                                                (202) 305-7134 (Belfer)
                                                (202) 514-8742 (fax)
                                                Noah.T.Katzen@usdoj.gov
                                                Isaac.C.Belfer@usdoj.gov

                                                *Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAZZ PHARMACEUTICALS, INC.,

              *Plaintiff,*

    v.

XAVIER BECERRA, *et al.,*

              *Defendants,*

and

AVADEL CNS PHARMACEUTICALS, LLC,

              *Intervenor-Defendant.*

Case No. 1:23-cv-01819-APM

## [PROPOSED] ORDER

For good cause shown, Federal Defendants' Consent Motion for Extension of Time is GRANTED. The parties shall meet and confer and refile the Joint Appendix by June 4, 2024, with only redactions justified by the *Hubbard* factors. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980). The parties shall file a joint motion that explains why the *Hubbard* factors warrant sealing.


DATE: _____


_____
AMIT P. MEHTA
United States District Judge