UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., *Plaintiff*, v. XAVIER BECERRA, *et al.*, *Defendants*, and AVADEL CNS PHARMACEUTICALS, LLC, *Intervenor-Defendant*. | Case No. 1:23-cv-01819-APM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Federal Defendants respectfully notify the Court of the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024), which overruled the deference framework of *Chevron U.S.A. Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837 (1984). *Loper Bright*, however, "d[id] not call into question prior cases that relied on the *Chevron* framework." *Id.* at 2273. And it reaffirmed that an "agency's 'body of experience and informed judgment'" can be persuasive and informative when a court interprets a statute administered by that agency. *Id.* at 2259 (quoting *Skidmore v. Swift & Co.*, 323 U.S. 134, 139-40 (1944)).

*Loper Bright* does not bear on the threshold statutory interpretation arguments raised by Federal Defendants in their opening brief. *See, e.g.,* ECF No. 93 at 13-15, 17-21.

As Federal Defendants explained, the best reading of 21 U.S.C. § 360cc(a)—after employing traditional tools of statutory interpretation, such as legislative ratification and the old-soil principle—is that "same drug" does not include a clinically superior drug.

Although *Chevron* deference no longer applies, the Court may instead consider FDA's longstanding and consistent interpretation for its "power to persuade." *Loper Bright*, 144 S. Ct. at 2259. Federal Defendants also pointed out that FDA first proposed its interpretation of the statute in 1991, 56 Fed. Reg. 3338, 3341-42 (Jan. 29, 1991), finalized it in 1992, *see* 57 Fed. Reg. 62076, 62078 (Dec. 29, 1992), and has consistently applied it. ECF No. 93 at 2, 6, 14; ECF No. 95 at 4.

Federal Defendants are prepared to further address the impact of *Loper Bright* at the Court's request.

July 18, 2024

Respectfully submitted,

/s/ Noah T. Katzen
Noah T. Katzen (D.C. Bar No. 1006053)
Isaac C. Belfer (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428 (Katzen)
(202) 305-7134 (Belfer)
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Federal Defendants*