UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT CALIFF, Commissioner of Food and Drugs; U.S. FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants,* <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> *Intervenor-Defendant.* | Case No. 1:23-cv-1819-APM |

**THIRD DECLARATION OF SEAN C. GRIFFIN**

Pursuant to 28 U.S.C. § 1746 and Local Civil Rule 5.1(f) of the United States District Court for the District of Columbia, I declare as follows:

1. I am one of the attorneys representing Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") in this action, and I submit this declaration in connection with Jazz's notice of a supplemental exhibit.

2. On or about May 2, 2024, FDA updated its Clinical Superiority Findings website to include a listing for the drug Mycapssa® (octreotide).

3. On May 4, 2024, counsel for Jazz caused a request to be submitted to FDA by a third-party service provider pursuant to the Freedom of Information Act ("FOIA") seeking "a copy of the disclosable portions of the orphan drug exclusivity memorandum(a) (or equivalent decisional decisions if no exclusivity memoranda exist) for Mycapssa …."

4. The request was assigned FDA FOIA Control # 2024-4162.

5. FDA made a FOIA production for FDA FOIA Control # 2024-4162 on July 18, 2024, which included a memorandum prepared by the Office of Orphan Product Development ("OOPD"). The production was sent via email but was not addressed to the employee of the service provider who had submitted the FOIA request. Instead, the production email was sent to a different employee of the same service provider.

6. The person who received the email production from FDA did not forward the email to the correct recipient until August 28, 2024. The email production was then forwarded to counsel for Jazz on August 29, 2024.

7. Attached as Exhibit 48[1] is a true and correct copy of the OOPD memorandum that FDA produced in response to FDA FOIA Control # 2024-4162.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of September, 2024 at Washington, District of Columbia.

_____
Sean C. Griffin

---

[1] I have continued the exhibit numbering from my prior declarations in this matter.