# EXHIBIT 48



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Public Health Service**
**Food and Drug Administration**
**Office of Orphan Products Development**

# Exclusivity Memorandum

| | |
|---|---|
| **Date:** | See electronic signature date |
| **From:** | Theodore Garnett, PhD, Health Science Administrator |
| **Through:** | Roberta Szydlo, RPh, Program Management Officer  Roberta T. Szydlo -S *Digitally signed by Roberta T. Szydlo -S Date: 2024.05.01 10:54:56 -04'00'*  Henry Startzman III, MD, Director, Orphan Drug Designation Program  Henry H. Startzman -S *Digitally signed by Henry H. Startzman -S Date: 2024.05.01 14:06:01 -04'00'*  Aaron Friedman, Associate Director for Policy  Aaron R. Friedman -S *Digitally signed by Aaron R. Friedman -S Date: 2024.05.01 14:31:33 -04'00'* |
| **To File #:** | 10-3093 |
| **Name of drug or biologic:** | Mycapssa (octreotide) |
| **Orphan designation:** | For the oral treatment of acromegaly |
| **Designation date:** | 6/17/2010 |
| **Sponsor name:** | Chiesi USA, Inc. |
| **NDA #:** | 208232 |
| **Approval date:** | 6/26/2020 |

| Approved indication: | Mycapssa is indicated for long-term maintenance treatment in acromegaly patients who have responded to and tolerated treatment with octreotide or lanreotide. | | |
|---|---|---|---|
| **Is the approval within scope of designation?** | **Yes** ☒   **No** ☐ | | |
| **Comments:** | Mycapssa (octreotide) is marketed as delayed-release capsules for oral use. The approval of Mycapssa for the indication above is within the scope of orphan drug designation #10-3093 for the oral treatment of acromegaly. | | |
| **Has a drug or biologic containing the same active moiety or same principal molecular structural features been previously approved?** | **Yes** ☒   **No** ☐ | **Is the drug or biologic a New Molecular Entity (NME) or New Biological Entity (NBE)?** | **Yes** ☐   **No** ☒ |
| **Comments:** | According to DARRTS and Drugs@FDA, drugs containing octreotide, the active moiety in Mycapssa, have previously been approved as an injectable drug for use in the treatment of acromegaly, diarrhea/flushing episodes associated with certain tumors, and profuse watery diarrhea associated with vasoactive intestinal peptide secreting tumors (NDA 019667 (Sandostatin®); NDA 021008 (Sandostatin® LAR Depot)).  Therefore, Mycapssa (octreotide) is not a new molecular entity. | | |
| **Has a drug or biologic containing the same active moiety or same principal molecular structural features already been approved for the same indication?** | **Yes** ☒   **No** ☐ | | |
| **Comments:** | Prior to the approval of Mycapssa, there were two FDA-approved drugs containing octreotide for the treatment of acromegaly[1]:<br>• Sandostatin (octreotide acetate) injection (NDA 019667 and several generic equivalents): approved to reduce blood levels of growth hormone and IGF-I (somatomedin C) in acromegaly patients who have had inadequate response to or cannot be treated with surgical | | |



|  | resection, pituitary irradiation, and bromocriptine mesylate at maximally tolerated doses; and<br><br>• Sandostatin LAR Depot (octreotide acetate) for injectable suspension, for gluteal intramuscular use (NDA 021008): approved for long-term maintenance therapy in acromegalic patients who have had an inadequate response to surgery and/or radiotherapy, or for whom surgery and/or radiotherapy, is not an option.<br><br>The indication for Mycapssa is not coextensive with, but falls entirely within, the indications for Sandostatin and Sandostatin LAR. First, the part of Sandostatin's indication stating "to reduce blood levels of growth hormone and IGF-1 (somatomedin C) in acromegaly patients" means the same thing clinically as the part of Mycapssa's indication that states for "maintenance treatment in acromegaly patients."[2] Further, while Mycapssa is approved for "long-term" maintenance, the Sandostatin indication is silent on the length of use and may be used short or long term. Next, Mycapssa is approved only for patients "who have responded to and tolerated treatment with octreotide or lanreotide" (i.e., non-naïve acromegaly patients), while the indications for Sandostatin and Sandostatin LAR are silent on this restriction and therefore could also be used in naïve and non-naïve acromegaly patients. Lastly, the Sandostatin and Sandostatin LAR indications restrict use to patients for whom surgery and radiotherapy are not an option. Although Mycapssa's indication does not state this restriction, because Mycapssa can only be used in patients who have responded to and tolerated treatment with octreotide or lanreotide, and all other octreotide or lanreotide products are restricted to use in patients for whom surgery and radiotherapy are not an option, by default Mycapssa also can only be used in patients for whom surgery and radiotherapy are not an option. In sum, the indication for Mycapssa is entirely within the indications for Sandostatin and Sandostatin LAR. |
| **Has clinical superiority been demonstrated?** | **Yes ☒   No ☐   Not applicable ☐** |
| **Comments:** | OOPD granted orphan-drug designation for Mycapssa for treatment of acromegaly based on a plausible hypothesis of clinical superiority.[3] Specifically, OOPD found that an oral dosage form of octreotide would potentially provide a major contribution to patient care over the injectable octreotide products. |

[2] The primary efficacy endpoint in the study used for the approval of Mycapssa's indication was the somatostatin dose-adjusted proportion of patients who maintained their biochemical response, defined as an IGF-1 levels less than or equal to the upper limit of normal (ULN) at the end of 9 months of treatment.
[3] A sponsor of a drug that is "otherwise the same as an already approved drug may seek and obtain ODD for the subsequent drug for the same rare disease or condition if it can present a plausible hypothesis that its drug may be clinically superior to the first drug." 21 CFR § 316.20(a).

Page | 3

| | |
|---|---|
| | Now that FDA has approved Mycapssa, Mycapssa must be clinically superior to the octreotide products listed above to be eligible for orphan-drug exclusivity (ODE). Sec. 527(c)(1) of the FD&C Act; 21 CFR 316.34(c).  Clinical superiority means that a drug is shown to provide a significant therapeutic advantage over and above that provided by an approved drug (that is otherwise the same drug) through greater effectiveness, greater safety in a substantial portion of the target population, or in unusual cases, by making a major contribution to patient care (MCTPC). Sec. 527(c)(2) of the FD&C Act; 21 CFR 316.3(b)(3).  As further explained below, Mycapssa is clinically superior because it provides a MCTPC over these drugs for the treatment of acromegaly.<br><br>The sponsor submitted a letter on January 16, 2020, providing arguments to support its assertion that Mycapssa provides a MCTPC over the previously approved octreotide injection products.  The OOPD consulted with the Division of General Endocrinology (DGE) to help determine if Mycapssa is clinically superior to the octreotide products that were previously approved for the same indication.  DGE responded with a consult dated April 5, 2024.  OOPD considered all relevant materials, including the sponsor's letter and the DGE consult and has determined that Mycapssa provides a MCTPC over the previously approved octreotide injection products for the treatment of acromegaly, as explained below.<br><br>**Effectiveness:**<br>In their consult, DGE stated the following regarding efficacy:<br>  Based on the data provided in the NDA, the proportion of patients who maintained biochemical control of acromegaly on Mycapssa (58% of patients) based on normal IGF-1 level at the end of the trial is overall consistent with the historical response rate observed in patients treated with Sandostatin LAR who were previously treated with Sandostatin IR.<br><br>The consult response also pointed out that there have been no head-to-head studies comparing Mycapssa to the injectable octreotide drugs and comparison between results from different trials for these drugs are complicated because of various factors related to the way the studies were designed.  Therefore, there is not sufficient evidence to conclude that the effectiveness of Mycapssa is different than the effectiveness of either Sandostatin or Sandostatin LAR for the treatment of acromegaly.<br><br>Further, the sponsor does not claim that Mycapssa has greater effectiveness than the approved injectable octreotide drugs and stated that the effectiveness is "comparable."[4] |

---

[4] Sponsor letter at 6.

In sum, the sponsor has not demonstrated that Mycapssa has greater effectiveness than the approved injectable octreotide drugs.

**Safety:**
DGE's consult response stated that the safety data obtained from the clinical program for Mycapssa were consistent with the known safety profile of the approved injectable octreotide products.  Further, the sponsor does not claim that Mycapssa has greater safety than the approved injectable octreotide drugs and stated that the safety is "comparable."[5]  The sponsor also stated that Mycapssa "eliminates the injection site reactions that occur with parenteral administration of octreotide,"[6] but does not claim that this necessarily provides greater safety, as defined in the orphan drug regulations.  Overall, OOPD concludes that there is not sufficient evidence to support that Mycapssa provides greater safety than the approved injectable octreotide products.

**Major Contribution to Patient Care:**
When neither greater effectiveness nor greater safety has been shown, a drug may be clinically superior if it provides a major contribution to patient care (MCTPC).  A drug is not required to have comparable effectiveness or safety to the previously approved drugs in order to provide a MCTPC over those drugs, but relative effectiveness and safety of the drug may be relevant in assessing whether a drug makes a MCTPC.[7]   Regarding MCTPC, FDA has stated, "The following factors, when applicable to severe or life-threatening diseases, may in appropriate cases be taken into consideration when determining whether a drug makes a major contribution to patient care: convenient treatment location; duration of treatment; patient comfort; reduced treatment burden; advances in ease and comfort of drug administration; longer periods between doses; and potential for self-administration."[8]

In the preamble to the 1991 proposed orphan drug regulations, FDA identified that the development of an oral dosage form where the first drug

---

[5] *Id*.
[6] *Id*.
[7] OOPD acknowledges that the June 17, 2010, designation letter for Mycapssa erroneously stated, "In order to obtain market exclusivity for your product when a New Drug Application (NDA) for octreotide (oral) is approved, clinical studies submitted with the NDA must demonstrate that the oral formulation of octreotide is comparable in efficacy and safety to the approved parenteral formulation."  OOPD made similar statements in its consult request submitted to DGE on July 23, 2020. Despite these statements, OOPD is not aware of any past precedents that manifest application of such a policy upon approval when FDA is determining eligibility for ODE or when it is considering whether a drug may be approved in light of another sponsor's ODE.  To OOPD's knowledge, agency precedent is devoid of instances in which we refused to find a MCTPC for a drug based only on a failure to show comparable safety or efficacy. Relative effectiveness and safety of the drug may be relevant in assessing whether a drug makes a MCTPC, and a drug must meet FDA's safety and effectiveness standards to obtain approval, but nothing in the statute or regulation requires comparable effectiveness and safety.
[8] FDA, *Orphan Drug Regulations, Final Rule*, 78 Fed. Reg. 35117, 35125 (Jun. 12, 2013).

was available only in a parenteral dosage form is a potential MCTPC.[9]
One example of FDA finding an oral dosage form to provide a MCTPC
over a parenteral dosage form is Xatmep (methotrexate) oral solution
providing a MCTPC over methotrexate intravenous for the treatment of
lymphoblastic leukemia.[10]

According to the approved prescribing information (PI) for Sandostatin
injection (NDA 019667), the drug may be administered subcutaneously or
intravenously.  The dose most commonly found to be effective in patients
with acromegaly is 100 mcg given three times a day.  The PI states that
pain on injection was reported in 7.7% of patients receiving this drug.
Injection site hematoma was also reported in 1%-4% of patients.  To reduce
pain with subcutaneous administration, the PI recommends using the
smallest volume that will deliver the desired dose.  It also recommends
avoiding multiple subcutaneous injections at the same site within short
periods of time and to systematically rotate injection sites. With regard to
intravenous administration, the PI for Sandostatin injection contains several
recommendations concerning proper sterile technique to avoid microbial
contamination, as well as information about dose preparation, compatibility
issues, and the proper rate of infusion.

The PI for Sandostatin LAR Depot (NDA 021008) states that this product
should be administered intramuscularly in the gluteal region at 4-week
intervals by a trained healthcare provider.  Similar to the immediate-release
injectable octreotide, the PI for Sandostatin LAR Depot states that injection
sites should be rotated in a systematic manner "to avoid irritation."  Pain at
the injection site with Sandostatin LAR Depot was generally reported to be
mild-to-moderate and dose related, being reported by 2%, 9%, and 11% of
acromegalic patients receiving doses of 10 mg, 20 mg, and 30 mg,
respectively.  The skin infection, cellulitis, has also been reported in
postmarketing experience with this drug.

Mycapssa is available as enteric-coated capsules for oral use administered
twice daily.  The labeling instructs to take Mycapssa orally with a glass of
water on an empty stomach, at least 1 hour before a meal or at least 2 hours
after a meal.

Compared to parenteral forms of administration, oral administration
generally is more convenient,[11] improves patient comfort, reduces

---

[9] FDA, Orphan-Drug Regulations, Proposed Rule, 56 Fed. Reg. 3343 (Jan. 29, 1991).  This is not to say the development of
an oral dosage form where the first drug was available only in a parenteral dosage form will always be considered a MCTPC.
FDA evaluates clinical superiority on a case-by-case basis, considering the nature of the disease and the treatment.
[10] Exclusivity memorandum for Xatmep (methotrexate) oral solution, DRU-2015-4796 (7/03/17).
[11] DGE's consult provides the review division's thoughts regarding whether Mycapssa makes a MCTPC over Sandostatin
and Sandostatin LAR. OOPD's consult question to DGE did not specifically ask about MCTPC and DGE does not conduct a
complete MCTPC analysis.  Nevertheless, DGE's consult states, "oral octreotide formulation may be more convenient to the
patients with acromegaly as compared to injectable formulations, including the long-acting formulation of Sandostatin LAR

| | treatment burden, and advances the ease and comfort of drug administration. Specifically here, oral administration with Mycapssa avoids the pain and risk of infection associated with parenteral administration of the injectable forms of octreotide. Per the approved labeling for Sandostatin injection, pain on injection was reported in 7.7% of patients. It is administered as an injection up to three times per day, and therefore being able to administer octreotide orally twice per day avoids a significant amount of injections and, in some individuals, the pain associated with those injections. OOPD considers this to be a significant reduction in treatment burden. Sandostatin LAR Depot is administered once per month, but its labeling states that pain at the injection site occurred in up to 11% of acromegalic patients. Some patients have also experienced cellulitis, which can be a serious condition and typically requires treatment with oral or IV antibiotics.[12] OOPD also considers the ability to administer octreotide orally twice per day to be a significant reduction in treatment burden over the once-monthly injection, especially due to the risk of pain and infection associated with the injection. Further, Sandostatin LAR must be administered by a healthcare provider, while Mycapssa can be self-administered. This also contributes to Mycapssa making a MCTPC by providing a convenient treatment location and the ability to self-administer. All of these advantages of Mycapssa are particularly important from a clinical perspective because acromegaly is a chronic and severe disease that may require long-term treatment.[13] As stated above, relative effectiveness and safety of the drug may be relevant in assessing whether a drug makes a MCTPC, but here there is no data that would support a conclusion that there is a difference in the effectiveness or safety of Mycapssa compared to Sandostatin or Sandostatin LAR. In sum, Mycapssa is clinically superior based on a MCTPC over the octreotide injection products for the treatment of acromegaly. |
|---|---|
| **Recommendation:** | Approval of Mycapssa for the indication above is within scope of orphan drug designation #10-3093 for the oral treatment of acromegaly. Mycapssa is clinically superior to the previously approved octreotide injection products because it provides a MCTPC. Therefore, Mycapssa is eligible for ODE for *long-term maintenance treatment in acromegaly patients who have responded to and tolerated treatment with octreotide or lanreotide.* |

---

to maintain the disease control. However, Sandostatin LAR has long duration of action and can be administered monthly. Thus, the use of long-acting formulation of octreotide decreases inconvenience of daily injections and improves compliance." OOPD agrees with DGE that Mycapssa, as an oral formulation, may be more convenient than Sandostatin and Sandostatin LAR. DGE's statement that Sandostatin LAR's long-acting formulation "decreases inconvenience" of Sandostatin's daily injections does not mean that Mycapssa is not more convenient than both Sandostatin and Sandostatin LAR. Ultimately, convenience alone cannot support a MCTPC, and OOPD explains in this review why Mycapssa provides a MCTPC over both Sandostatin and Sandostatin LAR. OOPD's determination is not inconsistent with DGE's consult.

[12] *See* Centers for Disease Control, *Cellulitis: All You Need to Know*, available at: https://www.cdc.gov/groupastrep/diseases-public/Cellulitis.html#treatment.

[13] NDA 208232, Clinical Review at 14 (available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2020/208232Orig1s000MedR.pdf).

**Additional comments (optional):**