UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT CALIFF, Commissioner of Food and Drugs; U.S. FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants*, <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> *Intervenor-Defendant*. | Case No. 1:23-cv-1819-APM |

**NOTICE OF SUPPLEMENTAL EXHIBITS**

One of the issues in this case is whether FDA departed from a longstanding agency policy demanding proof of comparable safety and efficacy as a threshold requirement for a major contribution to patient care. Two weeks ago, Jazz filed a supplemental exhibit, obtained under the Freedom of Information Act ("FOIA"), in which employees of the Office of Orphan Product Development ("OOPD") described a 2010 letter and a 2020 consult request from OOPD reflecting that policy. *See* Jazz Notice (ECF No. 99); Third Griffin Decl. Ex. 48 (ECF No. 99). Since then, Jazz has received additional documents through FOIA, including the 2010 letter, which is submitted herewith as Fourth Griffin Declaration Exhibit 49 and states:

> Please note that octreotide (oral) was granted orphan-product designation on the basis that it will provide a major contribution to patient care pursuant to 21 CFR 316.3(a)(3)(iii). **In order to obtain market exclusivity for your product when a New Drug Application (NDA) for octreotide (oral) is approved**, clinical

studies submitted with the NDA **must demonstrate that the oral formulation of octreotide is comparable in efficacy and safety to the approved parenteral formulation**.

Exhibit 49 at 1 (emphasis added).

Jazz has not obtained, however, the 2020 consult request. FDA's FOIA office has stated that the agency does not retain such requests. *See* Fourth Griffin Decl. Ex. 50.

Instead, the FOIA office produced the response to the consult request from the Division of General Endocrinology ("DGE") dated April 5, 2024, which is submitted herewith as Fourth Griffin Declaration Exhibit 51. The 2024 response from DGE is titled "Assistance for determination of Major Contribution to Patient Care (MCTPC) for oral octreotide (Mycapssa) over the injectable octreotide (Sandostatin)." It states:

> On 23 July 2020, the Division of General Endocrinology (DGE) received a consult request from the Office of Orphan Products Development (OOPD) asking whether the review division is aware of **any significant differences in the efficacy or safety of Mycapssa** (oral octreotide) versus the previous injectable formulations **in order to determine whether Mycapssa (NDA 208232) meets the regulatory threshold** of orphan drug clinical superiority based on providing a major contribution to patient care (MCTPC) over other previously approved octreotide products.

Exhibit 51 at 1 (emphasis added). FDA previously conceded that the 2020 OOPD consult request made statements regarding comparable safety and efficacy that were "similar" in kind to the 2010 letter. *See* FDA Response to Notice at 3, ECF No. 100. Consistent with that concession, the DGE response shows that, as recently as April 2024—roughly a year after the decision challenged in this case—one of FDA's review divisions understood the comparable-safety requirement as a "regulatory threshold" for a finding of clinical superiority based on a major contribution to patient care. *Compare* Jazz Reply Br. at 27 (ECF No. 88) ("The comparable-safety requirement set a floor.").

Dated: September 20, 2024                    Respectfully submitted,

                                                                     */s/ Sean C. Griffin*
Sean C. Griffin (D.C. Bar No. 499536)
Kwaku A. Akowuah (D.C. Bar No. 992575)
Tobias S. Loss-Eaton (D.C. Bar No. 1019749)
Peter A. Bruland (D.C. Bar No. 1600717)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
sgriffin@sidley.com
kakowuah@sidley.com
tlosseaton@sidley.com
pbruland@sidley.com

*Counsel for Plaintiff Jazz Pharmaceuticals, Inc.*

3

## **CERTIFICATE OF SERVICE**

I certify that on September 20, 2024, I electronically filed this motion using the Court's CM/ECF system, which will send notice to all registered CM/ECF users.

Date: September 20, 2024                                       */s/ Sean C. Griffin*
                                                               Sean C. Griffin