UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT CALIFF, Commissioner of Food and Drugs; U.S. FOOD AND DRUG ADMINISTRATION,<br><br>*Defendants,*<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>*Intervenor-Defendant.* | Case No. 1:23-cv-1819-APM |

**FOURTH DECLARATION OF SEAN C. GRIFFIN**

Pursuant to 28 U.S.C. § 1746 and Local Civil Rule 5.1(f), I declare as follows:

1. I represent Plaintiff Jazz Pharmaceuticals, Inc. in this action, and I submit this declaration in connection with Jazz's notice of supplemental exhibits.

2. On September 4, 2024, Jazz filed a supplemental exhibit obtained under the Freedom of Information Act ("FOIA"). That exhibit described prior FDA documents, including an orphan-drug designation from 2010 and an orphan-drug exclusivity consult request from 2020.

3. Since then, FDA has made additional FOIA productions.

4. Attached as Exhibit 49 is a true and correct copy of the 2010 designation letter produced in response to FDA FOIA Control # 2024-7861.

5. Attached as Exhibit 50 is a true and correct copy of email correspondence from an FDA official to Jazz's third-party service provider explaining that the consult request from 2020 had not been retained.

6. Attached as Exhibit 51 is a true and correct copy of the 2024 response to the 2020 consult request.

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746. Executed this 20th day of September, 2024 at Washington, District of Columbia.

                                                                                 Sean C. Griffin