

**DEPARTMENT OF HEALTH & HUMAN SERVICES**  **Public Health Service**

FILE COPY

Office of Orphan Products Development
Food and Drug Administration
Building 32, Room 5271
10903 New Hampshire Avenue
Silver Spring, MD 20993

JUN 1 7 2010

Camargo Pharmaceutical Services, LLC
10151 Carver Road Suite 200
Cincinnati, Ohio 45242-4760

Attention:   Ruth E. Stevens, Ph.D., MBA
U.S. Resident Agent and Chief Scientific Officer, Executive VP

Re: Designation Request # 10-3093

Dear Dr. Stevens:

Reference is made to your request on behalf of Chiasma, Inc. for orphan-drug designation dated May 7, 2010, of octreotide acetate (trade name: Octreolin™) for (b) (4) ." Please also refer to our letter dated May 11, 2010.

Pursuant to section 526 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360bb), your request for orphan-drug designation of octreotide acetate is granted for *the **oral** treatment of acromegaly*. Please note that octreotide has received orphan drug designation for oral administration only and any parenteral formulation is not included in this designation.

Please note that octreotide (oral) was granted orphan-product designation on the basis that it will provide a major contribution to patient care pursuant to 21 CFR 316.3(a)(3)(iii). In order to obtain market exclusivity for your product when a New Drug Application (NDA) for octreotide (oral) is approved, clinical studies submitted with the NDA must demonstrate that the oral formulation of octreotide is comparable in efficacy and safety to the approved parenteral formulation.

Please note that if the above drug receives marketing approval for an indication broader than what is designated, it may not be entitled to exclusive marketing rights under section 527 (21 U.S.C. 360cc). Therefore, prior to final marketing approval, we request that you compare the drug's designated orphan indication with the proposed marketing indication, and submit additional information to amend the orphan-drug designation if warranted.

Camargo Pharmaceutical Services, LLC                                                                 2

Please submit to the Office of Orphan Products Development a brief progress report of drug development within 14 months after this date and annually thereafter until marketing approval (*see* 21 C.F.R. 316.30). Finally, please notify this Office within 30 days of a marketing application submission for the drug's designated use.

If you have questions regarding the development of your designated product, please feel free to contact John D. Milto, M.D. at (301) 796-8660. Please refer to this letter as official notification. Congratulations on obtaining your orphan-drug designation.

Sincerely yours,

Timothy R. Coté, M.D., M.P.H.
Director, Office of Orphan Products Development