| | |
|---|---|
| **From:** | Schlaifer, Meredith |
| **To:** | Kristen Sellers; Douglas-McKay, Sheryl |
| **Subject:** | RE: [EXTERNAL] FOIA Requests 2024-7689, 2024-7690, and 2024-7861 |
| **Date:** | Thursday, September 12, 2024 5:03:56 PM |
| **Attachments:** | image001.png |
| | image006.png |

Good afternoon,

FDA uses Sharepoint to collaborate on documents. Therefore, the consult request is on a Sharepoint document that is then filled in by the Center. No other versions are saved. The produced version of the consult (which includes the consult request) is the final version of the same document.

Thank you,

**Meredith J. Schlaifer, M.S., J.D.**

**FOIA Officer, Office of the Commissioner**
**Division of Freedom of Information**
**U.S. Food and Drug Administration**
Tel: 301-796-0583
meredith.schlaifer@fda.hhs.gov

**Reading Room Records**



  

---

**From:** Kristen Sellers <kristen@foiaprofessionalservices.com>
**Sent:** Thursday, September 12, 2024 4:57 PM
**To:** Schlaifer, Meredith <Meredith.Schlaifer@fda.hhs.gov>; Douglas-McKay, Sheryl <Sheryl.Douglas-McKay@fda.hhs.gov>
**Subject:** [EXTERNAL] FOIA Requests 2024-7689, 2024-7690, and 2024-7861

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Meredith and Sheryl,

Between yesterday and today we received responses to three FOIA requests related to Mycapssa (FOIA Control Nos. 2024-7689, 2024-7690, and 2024-7861).  Thank you for sending these on. We have follow-up questions regarding two of them.

We appreciate the response to request **2024-7689** and agree that the information provided for that request was responsive.

However, we are concerned that the information sent in response to requests **2024-7690** and **2024-7861** was not fully responsive and are seeking additional information about the responses as well as any additional responsive documents.

Regarding request **2024-7690**, the request to FDA as reflected in the initial acknowledgement letter was:

> *Please provide (i) a copy of the consult request sent by the Office of Orphan Drug Products (OOPD) to CDER's DGE Division regarding Mycapssa (octreotide) dated on or around July 23, 2020 or other date if that is not accurate and (ii) a copy of the Division's response to OOPD regarding Mycapssa (octreotide) (date unknown). Please provide the documents electronically if possible.*

We appreciate the copy of the DGE consult response dated April 5, 2024 that you sent. However, we did not receive a copy of the requested consult request from OOPD to DGE dated July 23, 2020, which was expressly requested and which is referenced both in the April 2024 DGE consult response and in a footnote to the May 2024 Mycapssa ODE memorandum (which was sent in response to a previous request as well as in the response to this request). Can you please explain why the requested outgoing June 2020 OOPD communication to DGE was not included in this response? Please provide it if possible.

Regarding request **2024-7861,** the request to FDA as reflected in the initial acknowledgement letter was:

> *Please provide copies of the disclosable portions of all Orphan Drug Designation (ODD) and Orphan Drug Exclusivity (ODE) request(s) and determinations, ODD- and ODE-related reviews and consults, any other exclusivity documents, and related internal and external correspondence for Mycapssa (octreotide) delayed-release capsules (NDA 208232, held by Chiesi USA, Inc.). We note that a similar request was submitted and assigned FOIA Control No. 2024-4163. The response to that request did not include the requested ODD or ODE documents, although it did include a link to the public review package. We appreciate your assistance with this matter. Please provide the documents electronically if possible.*

We appreciate the ODD- and ODE-related documents that you did send (*i.e.*, redacted copies of the ODD request letter and attachment, the related FDA acknowledgement letter, the ODD review summary, the ODD letter to the sponsor, and another copy of the May 2024 ODE memorandum).  However, the response did not include the communications between OOPD and DGE referenced above in the discussion of request **2024-7690**, which we believe are clearly within the scope of this request **2024-7861**.  Also, we noticed that there are nearly four years between the OOPD consult request to DGE in June 2020 and the consult response in April 2024.  Can you please confirm whether there are any other responsive communications that are within the scope of request **2024-7861** during that time period or more generally?  If there is and it is disclosable, please provide it.  If there is and it is not disclosable under one or more FOIA exemptions, please explain so and provide as much information about the withheld items as possible.  If there are no further responsive documents, please confirm that.

Thank you for your time and assistance.

Kind regards,

Kristen Sellers
FOIA Professional Services
2200 US Hwy 98, Suite 4 - #382
Daphne, AL 36526

877-264-8462
foiaprofessionalservices.com
Email: kristen@foiaprofessionalservices.com

