DEPARTMENT OF HEALTH AND HUMAN SERVICES

CONSULTATION

Public Health Service
Food and Drug Administration
Center for Drug Evaluation and Research

DATE:        April 5, 2024

FROM:        Marina Zemskova, MD, Clinical Team Leader
             Center for Drug Evaluation and Research
             Division of General Endocrinology (DGE)

THROUGH:     Theresa Kehoe, MD, Director, DGE

TO:          Theodore Garnett, Regulatory Project Manager,
             Office of Orphan Products Development (OOPD)

Subject:     Assistance for determination of Major Contribution to Patient Care (MCTPC) for
             oral octreotide (Mycapssa) over the injectable octreotide (Sandostatin).

**I.   Background and basis for consult:**

On 23 July 2020, the Division of General Endocrinology (DGE) received a consult request from the Office of Orphan Products Development (OOPD) asking *whether the review division is aware of any significant differences in the efficacy or safety of Mycapssa (oral octreotide) versus the previous injectable formulations* in order to determine whether Mycapssa (NDA 208232) meets the regulatory threshold of orphan drug clinical superiority based on providing a major contribution to patient care (MCTPC) over other previously approved octreotide products.

Mycapssa is a somatostatin analog (SSA), octreotide, formulated for oral administration. Mycapssa was approved on June 26, 2020 for long-term maintenance treatment in acromegaly patients who have responded to and tolerated treatment with octreotide or lanreotide.

The definition of clinical superiority that applies to orphan drug exclusivity purposes is provided in 21 CFR 316.3(b)(3). 21 CFR 316.3(b)(3) defines clinical superiority as follows: "(3) Clinically superior means that a drug is shown to provide a significant therapeutic advantage over and above that provided by an approved drug (that is otherwise the same drug) in one or more of the following ways: (i) Greater effectiveness than an approved drug (as assessed by effect on a clinically meaningful endpoint in adequate and well controlled clinical trials). Generally, this would represent the same kind of evidence needed to support a comparative effectiveness claim for two different drugs; in most cases, direct comparative clinical trials would be necessary; or (ii) Greater safety in a substantial portion of the target populations, for example,

by the elimination of an ingredient or contaminant that is associated with relatively frequent adverse effects. In some cases, direct comparative clinical trials will be necessary; or (iii) In unusual cases, where neither greater safety nor greater effectiveness has been shown, a demonstration that the drug otherwise makes a major contribution to patient care".

None of the studies conducted with octreotide formulations to date evaluated efficacy of oral and parenteral octreotide formulations on clinically meaningful endpoints; these drugs are approved for the acromegaly indication based on the biochemical control of the disease, *i.e.*, normalization of insulin-like growth factor-1 (IGF-1) and/or improvement in growth hormone (GH) levels.  In addition, no direct comparative studies evaluating the greater effectiveness or safety of Mycapssa in acromegalic patients compared to other octreotide formulations have been conducted to date.  Thus, in the absence of data obtained from studies directly comparing safety and/or effectiveness of Mycapssa with other octreotide formulations and demonstrating greater safety or effectiveness of Mycapssa over other octreotide products, OOPD considers whether the route of administration of oral octreotide constitutes a major contribution to patient care over octreotide formulations administered by injection for the treatment of acromegaly.

Summary of the Study with Mycapssa Relevant to This Consult Request:

Mycapssa (oral octreotide) was approved on June 26, 2020 (NDA 208232) for long-term maintenance treatment in acromegaly patients who have responded to and tolerated treatment with octreotide or lanreotide.  Mycapssa has the same active ingredient, *i.e.*, octreotide acetate, as the previously approved injectable formulations of octreotide [Sandostatin Immediate Release (IR) and Sandostatin Long-Acting Release (LAR) Depot].

To support the NDA for Mycapssa, Chiasma conducted a pivotal Phase 3 randomized, double-blind, placebo-controlled trial (OOC-ACM-303) in patients with acromegaly who previously have responded to and tolerated treatment with injectable octreotide or lanreotide.  The results of this study provided substantial evidence of effectiveness and safety of the drug in the proposed indication.  The study demonstrated the superiority of Mycapssa *versus* placebo in terms of maintenance IGF-1 levels ≤ 1 x upper limit of normal (ULN) compared to baseline.  The primary analysis demonstrated a statistically significant (p=0.008) greater proportion of responders in the group treated with Mycapssa (58%) *vs.* placebo group (19%) at the end of the double-blind, placebo-controlled period (week 34-36).  Responders were defined as patients who maintained the biochemical control at the end of the study.  Results of the secondary analysis evaluating the proportion of patients who maintained GH levels <2.5 ng/mL at the end of the double-blind placebo controlled (DPC) period were supportive for the conclusion drawn from the study's primary endpoint (*i.e.*, 78% of patients in Mycapssa group *vs.* 28% in the placebo group maintained GH level <2.5 ng/mL).

The overall safety data for Mycapssa obtained from clinical program were consistent with the known safety profile of the approved injectable octreotide acetate formulations.  The most common adverse events (AEs) that occurred in patients treated with oral octreotide in the 9-month treatment phase of study 303 were diarrhea (28.6% of patients), nausea (21.4%),

abdominal discomfort (14.3%), and vomiting (14.3%).  Hepatobiliary adverse reactions (cholecystitis and cholelithiasis) occurred in 2 patients, and hyperglycemia-related AEs in 5 patients.  The types and frequencies of these AEs seen in study 303 were expected based on the known safety profile of SSA drug class.   No new or unexpected risks were identified during the review of NDA 208232.

**II.**      Materials reviewed for consult

- NDA 208232 clinical review submitted to DARRTS on 06/09/2020.
- Sandostatin IR Prescribing Information
- Sandostatin LAR Depot Prescribing Information
- Literature search on effect and safety of octreotide use in patients with acromegaly.

**III.**     Consult Question and DGE Comments and Responses

Consult Question:

*Based on the data provided in the Mycapssa NDA to date, is the review division aware of any significant differences in the efficacy or safety of Mycapssa versus the previous injectable formulations or have other concerns?*

General Comment:

Mycapssa is one of five synthetic somatostatin analogs available in the US market. Somatostatin is an endogenous peptide produced in the hypothalamus; it inhibits synthesis and release of GH from the pituitary gland.  There are two indications for somatostatin analogs (SSAs) in acromegaly: treatment of acromegaly and treatment of acromegaly in patients who previously responded to and tolerated treatment with other SSA.  The SSAs currently approved for the acromegaly <u>treatment indication</u> are octreotide acetate immediate release (Sandostatin IR), lanreotide (Somatuline Depot),                                      (b) (4) The long-acting octreotide acetate (Sandostatin LAR Depot) and oral octreotide (Mycapssa) are approved for the treatment of only non-naïve patients with acromegaly who previously responded to and tolerated treatment with other SSAs.  However, all products are indicated for the long-term treatment in all patients with acromegaly regardless whether these patients are treatment-naïve or not.

It should be noted that the response rate to the treatment with somatostatin analog formulations is variable and depends on multiple factors including the type of biomarkers and threshold used to evaluate the response (GH ≤ 5 ng/mL, GH ≤ 2.5 ng/mL, IGF-1 normalization alone, IGF-1 normalization and GH ≤ 2.5 ng/mL, etc.); definition of disease control at baseline (partial control, GH ≤ 5 ng/mL, ≤ 2.5 ng/mL, etc.); and assays used to evaluate biomarkers.

DGE's responses to the consult question:

There are only two octreotide formulations that are approved for long-term use in non-treatment naïve patients  who previously responded to other SSAs products.  Mycapssa, oral formulation, is indicated for treatment of acromegaly in patients who have responded to and

tolerated treatment with octreotide and lanreotide.  Sandostatin-LAR Depot, injectable formulation of octreotide, is indicated for the treatment of acromegaly in patients who have responded to and tolerated Sandostatin Injection subcutaneous injection (Sandostatin IR).  No head-to-head studies were conducted comparing the oral octreotide formulation (Mycapssa) the injectable octreotide formulation (Sandostatin LAR Depot).  Based on the data provided in the NDA, the proportion of patients who maintained biochemical control of acromegaly on Mycapssa (58% of patients) based on normal IGF-1 level at the end of the trial is overall consistent with the historical response rate observed in patients treated with Sandostatin LAR who were previously treated with Sandostatin IR.

However, as discussed above, due to the factors that may affect the response rate, comparisons between results from different trials are complicated.  For example, the definition of acromegaly control at baseline in Mycapssa pivotal trial was based on normal IGF-1 levels; the definition of acromegaly control at baseline in Sandostatin LAR pivotal studies was based on GH levels (< 5 ng/ml), and not on IGF-1 levels, and partial responders were also allowed to participate in the trial (with GH < 10 ng/ml).  Thus, it remains unknown how many patients previously treated with Sandostatin IR achieved normal IGF-1 levels at baseline and maintained these levels while being treated with Sandostatin LAR.  It should be also noted, that the definition of the disease control solely based on single GH levels is less reliable and does not correlate with normal IGF-1 levels, since secretion of GH is pulsatile and there are wide variations in plasma GH levels during the day.  As such, patients with normal GH level still may have elevated IGF-1 levels in those studies.

The safety data of Mycapssa obtained from the clinical program are consistent with the known safety profile of the approved injectable octreotide acetate and other somatostatin analog formulations.  The types and frequencies of the AEs seen in study 303 were expected based on the known safety profile of SSA drug class.

DGE comment on a Major Contribution to Patient Care criteria:
In theory, oral octreotide formulation may be more convenient to the patients with acromegaly as compared to injectable formulations, including the long-acting formulation of Sandostatin LAR to maintain the disease control. However, Sandostatin LAR has long duration of action and can be administered monthly.  Thus, the use of long-acting formulation of octreotide decreases inconvenience of daily injections and improves compliance.

No data from well controlled trials have been provided to date demonstrating that the oral drug offers an improved compliance/adherence as one of the potential benefits of this product over injectable therapy with Sandostatin LAR or any other SSA.  The pivotal study was not designed or analyzed to compare directly the adherence between Mycapssa and any other preparations including Sandostatin LAR or to demonstrate that improved adherence improves biochemical control.

-----------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-----------------------------------------------------------------------------------

/s/

-----------------------------------------------------------

MARINA ZEMSKOVA
04/05/2024 01:01:53 PM

THERESA E KEHOE
04/05/2024 02:16:35 PM