# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., *Plaintiff*, v. XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT CALIFF; Commissioner of Food and Drugs; U.S. FOOD AND DRUG ADMINISTRATION, *Defendants*, AVADEL CNS PHARMACEUTICALS, LLC, *Intervenor-Defendant*. | Case No. 1:23-cv-1819-APM |

## NOTICE OF APPEAL

Plaintiff Jazz Pharmaceuticals, Inc. appeals to the United States Court of Appeals for the District of Columbia Circuit from the October 30, 2024 order (ECF No. 105) denying Jazz's motion for summary judgment and granting summary judgment to the Federal Defendants and Intervenor-Defendant Avadel CNS Pharmaceuticals, LLC.

Dated: November 15, 2024            */s/ Kwaku A. Akowuah*
                                                    Kwaku A. Akowuah (D.C. Bar No. 992575)
                                                    Sean C. Griffin (D.C. Bar No. 499537)
                                                      Tobias S. Loss-Eaton (D.C. Bar No. 1019749)
                                                      Peter A. Bruland (D.C. Bar No. 1600717)
                                                      SIDLEY AUSTIN LLP
                                                      1501 K Street N.W.
                                                      Washington, DC 20005
                                                      T: (202) 736-8000
                                                      F: (202) 736-8711
                                                      kakowuah@sidley.com
                                                      sgriffin@sidley.com
                                                      tlosseaton@sidley.com
                                                      pbruland@sidley.com

                                                      *Counsel for Plaintiff*
                                                      *Jazz Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on November 15, 2024, I electronically filed this Notice of Appeal using the Court's CM/ECF system, which will notify all registered CM/ECF users.

Dated: November 15, 2024

*/s/ Kwaku A. Akowuah*
Kwaku A. Akowuah

*Counsel for Plaintiff*
*Jazz Pharmaceuticals, Inc.*