APPEAL,CLOSED,TYPE−E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:23−cv−01819−APM</u>
## *Internal Use Only*

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC. v. BECERRA et al<br>Assigned to: Judge Amit P. Mehta<br>Cause: 05:702 Administrative Procedure Act | Date Filed: 06/22/2023<br>Date Terminated: 11/01/2024<br>Jury Demand: None<br>Nature of Suit: 899 Administrative<br>Procedure Act/Review or Appeal of<br>Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **JAZZ PHARMACEUTICALS, INC.** | represented by | **Christopher S. Ross**<br>SIDLEY AUSTIN LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>202−736−8458<br>Fax: 202−736−8711<br>Email: <u>chris.ross.87@gmail.com</u><br>*TERMINATED: 07/31/2023*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter A. Bruland**<br>SIDLEY AUSTIN LLP<br>1501 K Street, NW<br>Suite 600<br>Washington, DC 20005<br>202−736−8647<br>Email: <u>pbruland@sidley.com</u><br>*ATTORNEY TO BE NOTICED* |
| | | **Sean Christopher Griffin**<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC 20005<br>202−736−8107<br>Fax: 202−736−8711<br>Email: <u>sgriffin@sidley.com</u><br>*ATTORNEY TO BE NOTICED* |
| | | **Tobias S. Loss−Eaton**<br>SIDLEY AUSTIN LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>(202) 736−8427<br>Email: <u>tlosseaton@sidley.com</u><br>*ATTORNEY TO BE NOTICED* |

Kwaku A. Akowuah
SIDLEY AUSTIN LLP
1501 K street NW
Washington, DC 20005
202−736−8000
Email: kakowuah@sidley.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**XAVIER BECERRA**
*SECRETARY OF THE DEPARTMENT*
*OF HEALTH AND HUMAN SERVICES*

represented by   **Noah T. Katzen**
U.S. DEPARTMENT OF JUSTICE
450 5th St., N.W.
Washington, DC 20530
(202) 305−2428
Email: noah.t.katzen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Belfer**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, DC 20044−0386
202−305−7134
Email: Isaac.C.Belfer@usdoj.gov
*TERMINATED: 09/13/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF HEALTH**
**AND HUMAN SERVICES**

represented by   **Noah T. Katzen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Belfer**
(See above for address)
*TERMINATED: 09/13/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT CALIFF**
*COMMISSIONER OF FOOD AND*
*DRUGS*

represented by   **Noah T. Katzen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Belfer**
(See above for address)
*TERMINATED: 09/13/2024*

2

*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. FOOD AND DRUG
ADMINISTRATION**

represented by **Noah T. Katzen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Belfer**
(See above for address)
*TERMINATED: 09/13/2024*
*ATTORNEY TO BE NOTICED*

**Movant**

**AVADEL CNS
PHARMACEUTICALS, LLC**

represented by **Philip Jonathan Perry**
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004−1304
202−637−2200
Fax: 202−637−2201
Email: philip.perry@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew D. Prins**
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004−1304
202−637−2200
Fax: 202−637−2201
Email: andrew.prins@lw.com
*ATTORNEY TO BE NOTICED*

**John Richard Manthei**
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004−1304
(202) 637−2200
Fax: (202) 637−2201
Email: john.manthei@lw.com
*ATTORNEY TO BE NOTICED*

**Nicholas L Schlossman**
LATHAM & WATKINS
300 Colorado Street
Suite 2400
Austin, TX 78701
737−910−7300

Fax: 737−910−7301
Email: nicholas.schlossman@lw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**GENERATION PATIENT**            represented by   **Charles Duan**
AMERICAN UNIVERSITY
WASHINGTON COLLEGE OF LAW
4300 Nebraska Avenue, NW
Washington, DC 20016
202−525−5717
Email: notices.ecf@cduan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**U.S. PIRG**                     represented by   **Charles Duan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CHARLES DUAN**                  represented by   **Charles Duan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**S. SEAN TU**                    represented by   **Charles Duan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MICHAEL A. CARRIER**            represented by   **Charles Duan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**STACEY M. LANTAGNE**            represented by   **Charles Duan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**BERNARD CHAO**                  represented by   **Charles Duan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**KRISTINA HENRY**                 represented by  **Charles Duan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Amicus**

**AMANDA SHAH**                    represented by  **Charles Duan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Amicus**

**WENDY E. BRAUN**                 represented by  **Charles Duan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Amicus**

**JENNIFER YEATTS**                represented by  **Charles Duan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Amicus**

**KRISTEN GOUTHRO**                represented by  **Charles Duan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Amicus**

**MARY H. BELL**                   represented by  **Charles Duan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Amicus**

**SARAH REIFF**                    represented by  **Charles Duan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Amicus**

**DANIEL LISS**                    represented by  **Charles Duan**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Amicus**

**ANDREA K. GUNTER**                    represented by   **Charles Duan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**KATIE O'CONNELL**                     represented by   **Charles Duan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**DEBRA TURK**                          represented by   **Charles Duan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**TARA O'CONNOR**                       represented by   **Charles Duan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**HELAINE KASTNER KINSLOW**             represented by   **Charles Duan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**JANE E. POWELL**                      represented by   **Charles Duan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**THOMAS STERN**                        represented by   **Charles Duan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/22/2023 | 1 | COMPLAINT against XAVIER BECERRA, ROBERT CALIFF, FOOD AND DRUG ADMINISTRATION, U.S. DEPARTMENT OF HEALTH AND HUMAN |

| | | |
|---|---|---|
| | | SERVICES ( Filing fee $ 402 receipt number ADCDC−10158104) filed by JAZZ PHARMACEUTICALS, INC.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Summons XAVIER BECERRA, # 10 Summons ROBERT CALIFF, # 11 Summons FOOD AND DRUG ADMINISTRATION, # 12 Summons U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES)(Akowuah, Kwaku) (Entered: 06/22/2023) |
| 06/22/2023 | 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by JAZZ PHARMACEUTICALS, INC. (Akowuah, Kwaku) (Entered: 06/22/2023) |
| 06/22/2023 | 3 | NOTICE OF RELATED CASE by JAZZ PHARMACEUTICALS, INC.. Case related to Case No. 1:22−cv−2159. (Akowuah, Kwaku) (Entered: 06/22/2023) |
| 06/22/2023 | 4 | NOTICE of Appearance by Sean Christopher Griffin on behalf of JAZZ PHARMACEUTICALS, INC. (Griffin, Sean) (Entered: 06/22/2023) |
| 06/22/2023 | 5 | NOTICE of Appearance by Christopher S. Ross on behalf of JAZZ PHARMACEUTICALS, INC. (Ross, Christopher) (Entered: 06/22/2023) |
| 06/22/2023 | 6 | NOTICE of Appearance by Peter A. Bruland on behalf of JAZZ PHARMACEUTICALS, INC. (Bruland, Peter) (Entered: 06/22/2023) |
| 06/23/2023 | 7 | REQUEST FOR SUMMONS TO ISSUE by JAZZ PHARMACEUTICALS, INC. filed by JAZZ PHARMACEUTICALS, INC..(Akowuah, Kwaku) (Entered: 06/23/2023) |
| 06/26/2023 | | Case Assigned to Judge Amit P. Mehta. (zsl) (Entered: 06/26/2023) |
| 06/27/2023 | 8 | SUMMONS (2) Issued Electronically as to U.S. Attorney and U.S. Attorney General. (Attachment: # 1 Notice and Consent)(zed) (Entered: 06/27/2023) |
| 06/27/2023 | | MINUTE ORDER to Show Cause. Plaintiff Jazz Pharmaceuticals, Inc. has designated this matter as "related" to Avadel CNS Pharmaceuticals, LLC v. Becerra et al., 22−cv−2159 (APM), pursuant to Local Civil Rule 40.5(a)(4). ECF No. 3. Under that rule, civil cases are related where "a case is dismissed, with prejudice or without, and a second case is filed involving the same parties and relating to the same subject matter." LCvR 40.5(a)(4). In the Avadel matter, the court granted the Federal Defendants' and the Intervenor Defendant's motions for summary judgment and entered judgment in their favor. Thus, it would appear that the earlier Avadel matter was not "dismissed" as that term is used in Local Civil Rule 40.5(a)(4). See Wilderness Soc'y v. Bernhardt, No. 20−cv−1176 (BAH), 2020 WL 2849635, at *2 (D.D.C. June 2, 2020) (holding that the entry of summary judgment in favor of the defendants in an earlier case does not constitute a "dismissal" for purposes of Rule 40.5(a)(4)). Accordingly, Plaintiff shall show cause by no later than July 7, 2023, why this matter should not be forwarded to the Calendar Committee for random reassignment. Signed by Judge Amit P. Mehta on 06/27/2023. (lcapm1) (Entered: 06/27/2023) |
| 06/27/2023 | 9 | Unopposed MOTION to Intervene by AVADEL CNS PHARMACEUTICALS, LLC. (Attachments: # 1 Corporate Disclosure Statement, # 2 Text of Proposed Order)(Perry, Philip) (Entered: 06/27/2023) |
| 06/27/2023 | 10 | NOTICE of Appearance by Philip Jonathan Perry on behalf of AVADEL CNS PHARMACEUTICALS, LLC (Perry, Philip) (Entered: 06/27/2023) |

| 06/27/2023 | 11 | NOTICE of Appearance by John Richard Manthei on behalf of AVADEL CNS PHARMACEUTICALS, LLC (Manthei, John) (Entered: 06/27/2023) |
|---|---|---|
| 06/27/2023 | 12 | NOTICE of Appearance by Andrew D. Prins on behalf of AVADEL CNS PHARMACEUTICALS, LLC (Prins, Andrew) (Entered: 06/27/2023) |
| 06/27/2023 | 13 | NOTICE of Appearance by Nicholas L Schlossman on behalf of AVADEL CNS PHARMACEUTICALS, LLC (Schlossman, Nicholas) (Entered: 06/27/2023) |
| 06/27/2023 | 14 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AVADEL CNS PHARMACEUTICALS, LLC identifying Corporate Parent AVADEL US HOLDINGS, INC., Corporate Parent AVADEL PHARMACEUTICALS PLC. for AVADEL CNS PHARMACEUTICALS, LLC. (See Docket Entry 9 to view document). (zed) (Entered: 06/28/2023) |
| 06/28/2023 | 15 | ORDER granting 9 Motion to Intervene. Avadel may intervene as of right as a Defendant in this action. Intervenor−Defendant Avadel shall file its responsive pleading on the same day as the Federal Defendants. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 06/28/2023. (lcapm1) (Entered: 06/28/2023) |
| 06/29/2023 | 16 | RESPONSE TO ORDER TO SHOW CAUSE re Order,,,,, *DIRECTING JAZZ TO SHOW CAUSE THAT ITS RELATED CASE DESIGNATION IS PROPER* filed by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 06/29/2023) |
| 07/05/2023 | 17 | SUMMONS (4) Issued Electronically as to XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Attachment: # 1 Notice and Consent)(zjm) (Entered: 07/05/2023) |
| 07/05/2023 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 6/27/2023. Answer due for ALL FEDERAL DEFENDANTS by 8/26/2023. (Akowuah, Kwaku) (Entered: 07/05/2023) |
| 07/05/2023 | 19 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 6/27/23. (Akowuah, Kwaku) (Entered: 07/05/2023) |
| 07/06/2023 | 20 | NOTICE of Appearance by Tobias S. Loss−Eaton on behalf of JAZZ PHARMACEUTICALS, INC. (Loss−Eaton, Tobias) (Entered: 07/06/2023) |
| 07/18/2023 | 21 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ROBERT CALIFF served on 7/10/2023 (Akowuah, Kwaku) (Entered: 07/18/2023) |
| 07/18/2023 | 22 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. XAVIER BECERRA served on 7/5/2023 (Akowuah, Kwaku) (Entered: 07/18/2023) |
| 07/18/2023 | 23 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. FOOD AND DRUG ADMINISTRATION served on 7/10/2023 (Akowuah, Kwaku) (Entered: 07/18/2023) |
| 07/18/2023 | 24 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES served on 7/5/2023 (Akowuah, Kwaku) (Entered: 07/18/2023) |
| 07/18/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER. In the court's Minute Order to Show Cause entered on June 27, 2023, it neglected to ask Plaintiff Jazz Pharmaceuticals, Inc. to address a second requirement of the Rule 40.5(a)(4) related−case designation: whether this case involves the "same subject matter" as the earlier Avadel matter. The Avadel matter involved a challenge to FDA's decision that Avadel's new drug application (NDA) for Lumryz was deficient because it lacked a patent certification as to one of the patents listed in the Orange Book for Xyrem. This case challenges a different FDA action: the agency's determination, in connection with its later approval of Lumryzs NDA, that Lumryz had "overcome" the orphan drug exclusivity recognized for Jazz's related product, Xywav. The question is whether two cases that challenge different agency decisions, albeit regarding the same product, relate to the "same subject matter." See Wilderness Soc'y v. Bernhardt, No. 20−cv−1176 (BAH), 2020 WL 2849635, at *3 (D.D.C. June 2, 2020) (holding that two cases did not involve the "same subject matter" when each challenged a different agency action, even though they related to the same mineral rights leases). Jazz shall answer that question by July 25, 2023. Defendant Avadel may file a response, too, if it wishes to do so. Signed by Judge Amit P. Mehta on 07/18/2023. (lcapm3) (Entered: 07/18/2023) |
| 07/21/2023 | 25 | NOTICE of Appearance by Noah T. Katzen on behalf of XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (Katzen, Noah) (Entered: 07/21/2023) |
| 07/21/2023 | 26 | RESPONSE TO ORDER TO SHOW CAUSE re Order,,,,, *Response to Minute Order of July 18, 2023* filed by JAZZ PHARMACEUTICALS, INC.. (Attachments: # 1 Exhibit A)(Akowuah, Kwaku) (Entered: 07/21/2023) |
| 07/31/2023 | 27 | NOTICE of Appearance by Isaac Belfer on behalf of XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (Belfer, Isaac) (Entered: 07/31/2023) |
| 07/31/2023 | 28 | NOTICE OF WITHDRAWAL OF APPEARANCE as to JAZZ PHARMACEUTICALS, INC.. Attorney Christopher S. Ross terminated. (Ross, Christopher) (Entered: 07/31/2023) |
| 08/04/2023 | 29 | Joint MOTION for Protective Order by JAZZ PHARMACEUTICALS, INC.. (Attachments: # 1 Exhibit A − Proposed Stipulated Protective Order)(Akowuah, Kwaku) (Entered: 08/04/2023) |
| 08/07/2023 | 30 | ORDER granting 29 Motion for Protective Order. Please see attached Order. Signed by Judge Amit P. Mehta on 08/06/2023. (lcapm3) (Entered: 08/07/2023) |
| 08/08/2023 | 31 | Joint MOTION for Scheduling Order by JAZZ PHARMACEUTICALS, INC.. (Attachments: # 1 Text of Proposed Order)(Akowuah, Kwaku) (Entered: 08/08/2023) |
| 08/11/2023 | 32 | ADMINISTRATIVE RECORD *Certified Index* by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 08/11/2023) |
| 08/14/2023 | 33 | ORDER granting 31 Motion for Scheduling Order. The following dates and deadlines are ordered in this case. August 11, 2023: Federal Defendants shall file with the Court an index of the certified Administrative Record and transmit the record to all parties' counsel, under the terms of the 30 Stipulated Protective Order. August 25, 2023: Plaintiff shall file any amended complaint. September 15, 2023: Plaintiff shall file its motion for summary judgment. September 19, 2023: Any amicus curiae supporting |

| | | |
|---|---|---|
| | | Plaintiff shall move for leave to participate in this action, which motion shall include the proposed amicus brief. October 20, 2023: Federal Defendants and Intervenor−Defendant shall each file combined oppositions to Plaintiff's motion for summary judgment and cross−motions for summary judgment. October 24, 2023: Any amicus curiae supporting Defendants shall move for leave to participate in this action, which motion shall include the proposed amicus brief. November 15, 2023: Plaintiff shall file its combined reply in support of its motion for summary judgment and opposition to the cross−motions for summary judgment filed by the Federal Defendants and Intervenor−Defendant. December 15, 2023: Federal Defendants and Intervenor−Defendant shall each file replies in support of their cross−motions for summary judgment. December 22, 2023: The parties shall file a Joint Appendix containing the portions of the Administrative Record relied upon by any party. Plaintiff shall take lead on preparing the Joint Appendix. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 08/14/2023. (lcapm3) (Entered: 08/14/2023) |
| 08/14/2023 | | MINUTE ORDER. Having considered Plaintiff Jazz Pharmaceuticals, Inc.'s Responses to the court's Minute Orders to Show Cause, ECF Nos. 16 , 26 , the court agrees that, pursuant to Local Civil Rule 40.5(a)(4), this case is related to the earlier matter, Avadel CNS Pharmaceuticals, LLC v. Becerra, 22−cv−2159 (APM). Accordingly, this case shall remain on this court's docket. Signed by Judge Amit P. Mehta on 08/14/2023. (lcapm3) (Entered: 08/14/2023) |
| 08/14/2023 | | Set/Reset Deadlines/Hearings: Administrative Record due by 8/11/2023. Amended Pleadings due by 8/25/2023. Appendix due by 12/22/2023. Cross Motions due by 10/20/2023. Response to Cross Motions due by 10/24/2023. Reply to Cross Motions due by 11/15/2023. Summary Judgment motions due by 9/15/2023. Response to Motion for Summary Judgment due by 10/20/2023. Reply to Motion for Summary Judgment due by 10/24/2023. (zjch, ) (Entered: 08/14/2023) |
| 09/15/2023 | 34 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Motion for Summary Judgment, # 3 Text of Proposed Order)(Akowuah, Kwaku) Modified on 9/18/2023 to correct docket text per request of counsel (zjm). (Entered: 09/15/2023) |
| 09/15/2023 | 35 | DECLARATION of Sean C. Griffin by JAZZ PHARMACEUTICALS, INC. re 34 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.). (Akowuah, Kwaku) (Entered: 09/15/2023) |
| 09/15/2023 | 36 | LARGE ADDITIONAL ATTACHMENT(S) Exhibits to Declaration of Sean C. Griffin by JAZZ PHARMACEUTICALS, INC. 35 Declaration, filed by JAZZ PHARMACEUTICALS, INC.. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 26, # 26 Exhibit 27, # 27 Exhibit 28, # 28 Exhibit 29, # 29 Exhibit 30, # 30 Exhibit 31, # 31 Exhibit 32, # 32 Exhibit 33, # 33 Exhibit 34, # 34 Exhibit 35, # 35 Exhibit 36, # 36 Exhibit 37, # 37 Exhibit 38, # 38 Exhibit 39)(Akowuah, Kwaku) (Entered: 09/15/2023) |
| 09/15/2023 | 37 | |

| | | |
|---|---|---|
| | | MOTION to Take Judicial Notice by JAZZ PHARMACEUTICALS, INC.. (Attachments: # 1 Text of Proposed Order)(Akowuah, Kwaku) (Entered: 09/15/2023) |
| 09/22/2023 | 38 | MOTION for Summary Judgment by JAZZ PHARMACEUTICALS, INC.. (Attachments: # 1 Text of Proposed Order)(Akowuah, Kwaku) (Entered: 09/22/2023) |
| 09/26/2023 | 39 | Joint MOTION for Scheduling Order by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Text of Proposed Order)(Belfer, Isaac) (Entered: 09/26/2023) |
| 09/28/2023 | 40 | ORDER setting the following schedule for further proceedings in this matter: Federal Defendants and Intervenor−Defendant shall file any Motion to Strike the Griffin Declaration, as well as any opposition to Plaintiff's Motion for Judicial Notice on or before October 20, 2023; Plaintiff shall file any opposition to a Motion to Strike the Griffin Declaration and any reply in support of its Motion for Judicial Notice on or before November 15, 2023; Federal Defendants and Intervenor−Defendant shall file any reply in support of a Motion to Strike the Griffin Declaration on or before December 15, 2023. See attached order for additional details. Signed by Judge Amit P. Mehta on 9/28/2023. (lcapm3) (Entered: 09/28/2023) |
| 10/20/2023 | 41 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by AVADEL CNS PHARMACEUTICALS, LLC (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order Granting Motion for Leave to File Under Seal (Under Seal), # 2 Memorandum in Support /Combined Opposition to Plaintiff's Motion for Summary Judgment and Cross−Motion for Summary Judgment (Under Seal), # 3 Text of Proposed Order Granting Cross−Motions for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment (Under Seal), # 4 Certificate of Service of Documents Filed Under Seal (Under Seal))(Perry, Philip) (Entered: 10/20/2023) |
| 10/20/2023 | 42 | MOTION to Strike 35 Declaration, *Motion to Strike Plaintiff's Extra−Record Declaration and Exhibits* by AVADEL CNS PHARMACEUTICALS, LLC. (Attachments: # 1 Text of Proposed Order granting Motion to Strike)(Perry, Philip) (Entered: 10/20/2023) |
| 10/20/2023 | 43 | Memorandum in opposition to re 37 Motion to Take Judicial Notice filed by AVADEL CNS PHARMACEUTICALS, LLC. (Attachments: # 1 Text of Proposed Order Denying Plaintiff's Motion for Judicial Notice)(Perry, Philip) (Entered: 10/20/2023) |
| 10/20/2023 | 44 | Cross MOTION for Summary Judgment by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Text of Proposed Order)(Katzen, Noah) (Entered: 10/20/2023) |
| 10/20/2023 | 45 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support Combined Oppostion re: Summary Judgment)(Katzen, Noah) (Entered: 10/20/2023) |
| 10/20/2023 | 46 | Cross MOTION for Summary Judgment by AVADEL CNS PHARMACEUTICALS, LLC. (Attachments: # 1 Text of Proposed Order)(Perry, Philip) (Entered: 10/20/2023) |

| 10/20/2023 | 47 | MOTION to Strike 35 Declaration, 36 Large Additional Attachment(s),,, by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Belfer, Isaac) (Entered: 10/20/2023) |
|---|---|---|
| 10/20/2023 | 48 | Memorandum in opposition to re 37 Motion to Take Judicial Notice filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Belfer, Isaac) (Entered: 10/20/2023) |
| 10/24/2023 | 49 | NOTICE of Appearance by Charles Duan on behalf of Generation Patient, U.S. PIRG, Charles Duan, S. Sean Tu, Michael A Carrier, Stacey M Lantagne, Bernard Chao, Kristina Henry, Amanda Shah, Wendy E Braun, Jennifer Yeatts, Kristen Gouthro, Mary H Bell, Sarah Reiff, Daniel Liss, Andrea K Gunter, Katie O'Connell, Debra Turk, Tara O'Connor, Helaine Kastner Kinslow, Jane E. Powell, Thomas Stern (Duan, Charles) (Entered: 10/24/2023) |
| 10/24/2023 | 50 | MOTION for Leave to File a Brief as Amici Curiae by Mary H Bell, Wendy E Braun, Michael A Carrier, Bernard Chao, Charles Duan, Generation Patient, Kristen Gouthro, Andrea K Gunter, Kristina Henry, Helaine Kastner Kinslow, Stacey M Lantagne, Daniel Liss, Katie O'Connell, Tara O'Connor, Jane E. Powell, Sarah Reiff, Amanda Shah, Thomas Stern, S. Sean Tu, Debra Turk, U.S. PIRG, Jennifer Yeatts. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Exhibit Corporate Disclosure Statement)(Duan, Charles) (Entered: 10/24/2023) |
| 10/24/2023 | 51 | NOTICE of Proposed Order by Mary H Bell, Wendy E Braun, Michael A Carrier, Bernard Chao, Charles Duan, Generation Patient, Kristen Gouthro, Andrea K Gunter, Kristina Henry, Helaine Kastner Kinslow, Stacey M Lantagne, Daniel Liss, Katie O'Connell, Tara O'Connor, Jane E. Powell, Sarah Reiff, Amanda Shah, Thomas Stern, S. Sean Tu, Debra Turk, U.S. PIRG, Jennifer Yeatts re 50 MOTION for Leave to File a Brief as Amici Curiae (Duan, Charles) (Entered: 10/24/2023) |
| 10/26/2023 | | MINUTE ORDER granting 50 Motion of 22 Narcolepsy Patients, Public Organizations, Medical Professionals, and Professors of Law for Leave to File a Brief Amicus Curiae. The clerk of court shall accept for filing the amicus brief filed at ECF No. 50−1. Signed by Judge Amit P. Mehta on 10/26/2023. (lcapm3) (Entered: 10/26/2023) |
| 10/26/2023 | 53 | AMICUS BRIEF by MARY H. BELL, WENDY E. BRAUN, MICHAEL A. CARRIER, BERNARD CHAO, CHARLES DUAN, GENERATION PATIENT, KRISTEN GOUTHRO, ANDREA K. GUNTER, KRISTINA HENRY, HELAINE KASTNER KINSLOW, STACEY M. LANTAGNE, DANIEL LISS, KATIE O'CONNELL, TARA O'CONNOR, JANE E. POWELL, SARAH REIFF, AMANDA SHAH, THOMAS STERN, S. SEAN TU, DEBRA TURK, U.S. PIRG, JENNIFER YEATTS. Modified docket text on 10/30/2023 (mg). (Entered: 10/27/2023) |
| 10/26/2023 | 54 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MARY H. BELL, WENDY E. BRAUN, MICHAEL A. CARRIER, BERNARD CHAO, CHARLES DUAN, GENERATION PATIENT, KRISTEN GOUTHRO, ANDREA K. GUNTER, KRISTINA HENRY, HELAINE KASTNER KINSLOW, STACEY M. LANTAGNE, DANIEL LISS, KATIE O'CONNELL, TARA O'CONNOR, JANE E. POWELL, SARAH REIFF, AMANDA SHAH, THOMAS STERN, S. SEAN TU, DEBRA TURK, U.S. PIRG, JENNIFER |

| | | |
|---|---|---|
| | | YEATTS (mg) (Entered: 10/30/2023) |
| 10/27/2023 | 52 | ERRATA by MARY H. BELL, WENDY E. BRAUN, MICHAEL A. CARRIER, BERNARD CHAO, CHARLES DUAN, GENERATION PATIENT, KRISTEN GOUTHRO, ANDREA K. GUNTER, KRISTINA HENRY, HELAINE KASTNER KINSLOW, STACEY M. LANTAGNE, DANIEL LISS, KATIE O'CONNELL, TARA O'CONNOR, JANE E. POWELL, SARAH REIFF, AMANDA SHAH, THOMAS STERN, S. SEAN TU, DEBRA TURK, U.S. PIRG, JENNIFER YEATTS re 50 Motion for Leave to File,,. (Duan, Charles) (Entered: 10/27/2023) |
| 10/31/2023 | 55 | Memorandum in opposition to re 38 Motion for Summary Judgment *(REDACTED)* filed by AVADEL CNS PHARMACEUTICALS, LLC. (Attachments: # 1 Text of Proposed Order)(Perry, Philip) (Entered: 10/31/2023) |
| 10/31/2023 | 56 | Cross MOTION for Summary Judgment *(REDACTED)* by AVADEL CNS PHARMACEUTICALS, LLC. (Attachments: # 1 Text of Proposed Order)(Perry, Philip) (Entered: 10/31/2023) |
| 10/31/2023 | 57 | Memorandum in opposition to re 38 Motion for Summary Judgment *(Redacted)* filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 10/31/2023) |
| 10/31/2023 | 58 | MEMORANDUM re 44 Cross MOTION for Summary Judgment filed by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROBERT CALIFF, U.S. FOOD AND DRUG ADMINISTRATION by XAVIER BECERRA, ROBERT CALIFF, U.S. FOOD AND DRUG ADMINISTRATION, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 10/31/2023) |
| 11/15/2023 | 59 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Reply Brief)(Akowuah, Kwaku) (Entered: 11/15/2023) |
| 11/15/2023 | 60 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Combined Reply in Support of Motion for Judicial Notice, Opposition to Defendants Motion to Strike and Memorandum of Points and Authorities)(Akowuah, Kwaku) (Entered: 11/15/2023) |
| 11/15/2023 | 61 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Protective Motion to Complete and Supplement the Record, # 3 Exhibit Proposed Order)(Akowuah, Kwaku) (Entered: 11/15/2023) |
| 11/15/2023 | 62 | DECLARATION *Second Declaration of Sean C. Griffin* by JAZZ PHARMACEUTICALS, INC.. (Attachments: # 1 Exhibit 40, # 2 Exhibit 41, # 3 Exhibit 42, # 4 Exhibit 43, # 5 Exhibit 44, # 6 Exhibit 45, # 7 Exhibit 46, # 8 Exhibit 47)(Akowuah, Kwaku) (Entered: 11/15/2023) |
| 11/16/2023 | | NOTICE OF ERROR re 62 Declaration; emailed to kakowuah@sidley.com, cc'd 25 associated attorneys — The PDF file you docketed contained errors: 1. **Please note** |

| | | |
|---|---|---|
| | | the following for future filings; **do not refile document**, 2. Signature of filer must match the name on the PACER account. (mg, ) (Entered: 11/16/2023) |
| 11/28/2023 | 63 | REPLY to opposition to motion re 38 MOTION for Summary Judgment *(REDACTED)* filed by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 11/28/2023) |
| 11/28/2023 | 64 | REPLY to opposition to motion re 37 MOTION to Take Judicial Notice *(REDACTED)* filed by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 11/28/2023) |
| 11/28/2023 | 65 | MOTION Protective Order to Complete and Supplement the Record *(REDACTED)* by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 11/28/2023) |
| 11/28/2023 | 67 | Memorandum in opposition to re 44 Motion for Summary Judgment filed by JAZZ PHARMACEUTICALS, INC.. (See docket entry 63 to view document) (mg). (Entered: 12/04/2023) |
| 11/28/2023 | 69 | Memorandum in opposition to re 47 Motion to Strike, 42 Motion to Strike filed by JAZZ PHARMACEUTICALS, INC.. (See docket entry 64 to view document). (mg) (Entered: 12/04/2023) |
| 11/28/2023 | 70 | MOTION to Supplement the Record by JAZZ PHARMACEUTICALS, INC.. (See docket entry 64 to view document) (mg) (Entered: 12/04/2023) |
| 11/29/2023 | 66 | Joint MOTION to Modify *Scheduling Order* by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 11/29/2023) |
| 12/04/2023 | 68 | ORDER entering the modified briefing scheduled proposed in the parties' 66 Joint Motion for Modified Scheduling Order. The schedule for further proceedings in this matter is as follows: (1) Defendants and Intervenor−Defendant Avadel CNS Pharmaceuticals, LLC shall file (i) their replies in support of their cross−motions for summary judgment, (ii) their replies in support of their motions to strike, and (iii) any oppositions to Plaintiff s protective motion on or before December 22, 2023; (2) Plaintiff shall file any reply in support of its protective motion on or before January 5, 2024; and (3) The parties shall file a joint appendix containing the portions of the administrative record relied upon by any party on or before January 12, 2024. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 12/4/2023. (lcapm3) (Entered: 12/04/2023) |
| 12/04/2023 | | Set/Reset Deadlines: Reply in support of cross−Motion for Summary Judgment due by 12/22/2023. Reply in support of protective motion due by 1/5/2024. Joint Appendix due by 1/12/2024. (smc) (Entered: 12/04/2023) |
| 12/22/2023 | 71 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Federal Defendants' Reply in Support of Their Cross−Motion for Summary Judgment)(Katzen, Noah) (Entered: 12/22/2023) |
| 12/22/2023 | 72 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by AVADEL CNS PHARMACEUTICALS, LLC (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Avadel's Reply in Support of Cross−Motion for Summary Judgment, # 2 Text of Proposed Order, # 3 Certificate |

| | | |
|---|---|---|
| | | of Service)(Perry, Philip) (Entered: 12/22/2023) |
| 12/22/2023 | 73 | Memorandum in opposition to re 65 Motion for Miscellaneous Relief *Protective Motion to Complete and Supplement the Record* filed by AVADEL CNS PHARMACEUTICALS, LLC. (Attachments: # 1 Text of Proposed Order)(Perry, Philip) (Entered: 12/22/2023) |
| 12/22/2023 | 74 | REPLY to opposition to motion re 42 MOTION to Strike 35 Declaration, /*Motion to Strike Plaintiff's Extra−Record Declaration and Exhibits* filed by AVADEL CNS PHARMACEUTICALS, LLC. (Perry, Philip) (Entered: 12/22/2023) |
| 12/22/2023 | 75 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Federal Defendants Reply in Support of Their Motion to Strike the Declarations of Sean C. Griffin and Attachments and Exhibits Thereto, and Opposition to Jazzs Protective Motion to Complete and Supplement the Record)(Belfer, Isaac) (Entered: 12/22/2023) |
| 01/04/2024 | 76 | REPLY to opposition to motion re 44 Cross MOTION for Summary Judgment *(Public Version)* filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 01/04/2024) |
| 01/04/2024 | 77 | REPLY to opposition to motion re 46 Cross MOTION for Summary Judgment *(Public Version)* filed by AVADEL CNS PHARMACEUTICALS, LLC. (Perry, Philip) (Entered: 01/04/2024) |
| 01/04/2024 | 78 | REPLY to opposition to motion re 47 MOTION to Strike 35 Declaration, 36 Large Additional Attachment(s),,, *(Public Version)* filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Belfer, Isaac) (Entered: 01/04/2024) |
| 01/04/2024 | 79 | Memorandum in opposition to re 65 Motion for Miscellaneous Relief *(Public Version)* filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Belfer, Isaac) (Entered: 01/04/2024) |
| 01/05/2024 | 80 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Reply in Support of Plaintiffs Protective Motion to Complete and Supplement the Record)(Akowuah, Kwaku) (Entered: 01/05/2024) |
| 01/12/2024 | 81 | MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Joint Appendix Volume 1 of 4, # 3 Joint Appendix Volume 2 of 4, # 4 Joint Appendix Volume 3 of 4, # 5 Joint Appendix Volume 4 of 4, # 6 Certificate of Service)(Akowuah, Kwaku) Modified on 6/6/2024; unsealed pursuant to MINUTE ORDER filed 6/3/2024 (mg). (Entered: 01/12/2024) |
| 01/17/2024 | 82 | REPLY re 65 *IN SUPPORT OF PLAINTIFFS PROTECTIVE MOTION TO COMPLETE AND SUPPLEMENT THE RECORD (Redacted Version)* filed by JAZZ |

| | | |
|---|---|---|
| | | PHARMACEUTICALS, INC.. (Akowuah, Kwaku) Modified on 1/22/2024 to add link (mg). (Entered: 01/17/2024) |
| 02/14/2024 | | NOTICE of Hearing: Oral Argument set for 2/27/2024 at 11:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 02/14/2024) |
| 02/21/2024 | | NOTICE of Hearing: The Oral Argument currently scheduled for 2/27/2024 is VACATED and rescheduled for 4/9/2024 at 11:00 AM in Courtroom 10 before Judge Amit P. Mehta. (smc) (Entered: 02/21/2024) |
| 04/02/2024 | | NOTICE of Hearing: The Oral Argument currently scheduled for 4/9/2024 is VACATED and rescheduled for 5/10/2024 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (smc) (Entered: 04/02/2024) |
| 05/09/2024 | | MINUTE ORDER. Members of the public or media may access the oral argument scheduled for May 10, 2024, at 2:00 PM, by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Signed by Judge Amit P. Mehta on 05/09/2024. (lcapm3) (Entered: 05/09/2024) |
| 05/10/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Motion Hearing held on 5/10/2024 re 56 Cross MOTION for Summary Judgment *(REDACTED)* filed by AVADEL CNS PHARMACEUTICALS, LLC, 45 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (This document is SEALED and only available to authorized persons.) filed by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROBERT CALIFF, U.S. FOOD AND DRUG ADMINISTRATION, 38 MOTION for Summary Judgment filed by JAZZ PHARMACEUTICALS, INC., 71 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (This document is SEALED and only available to authorized persons.) filed by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROBERT CALIFF, U.S. FOOD AND DRUG ADMINISTRATION, 34 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) filed by JAZZ PHARMACEUTICALS, INC., 81 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) filed by JAZZ PHARMACEUTICALS, INC., 75 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (This document is SEALED and only available to authorized persons.) filed by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROBERT CALIFF, U.S. FOOD AND DRUG ADMINISTRATION, 60 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) filed by JAZZ PHARMACEUTICALS, INC., 72 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by AVADEL CNS PHARMACEUTICALS, LLC (This document is SEALED and only available to authorized persons.) filed by AVADEL CNS PHARMACEUTICALS, LLC, 80 SEALED MOTION FOR LEAVE |

| | | |
|---|---|---|
| | | TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) filed by JAZZ PHARMACEUTICALS, INC., 59 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) filed by JAZZ PHARMACEUTICALS, INC., 44 Cross MOTION for Summary Judgment filed by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROBERT CALIFF, U.S. FOOD AND DRUG ADMINISTRATION, 61 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAZZ PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) filed by JAZZ PHARMACEUTICALS, INC., 46 Cross MOTION for Summary Judgment filed by AVADEL CNS PHARMACEUTICALS, LLC, 41 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by AVADEL CNS PHARMACEUTICALS, LLC (This document is SEALED and only available to authorized persons.) filed by AVADEL CNS PHARMACEUTICALS, LLC. Oral arguments heard. Forthcoming ruling. (Court Reporter Sonja Reeves) (znbn) (Entered: 05/10/2024) |
| 05/14/2024 | 83 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on May 10, 2024; Page Numbers: 1−105. Date of Issuance:May 14, 2024. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/4/2024. Redacted Transcript Deadline set for 6/14/2024. Release of Transcript Restriction set for 8/12/2024.(Reeves, Sonja) (Entered: 05/14/2024) |
| 05/16/2024 | | MINUTE ORDER. For the reasons stated on the record at the oral argument held on May 10, 2024, the court denies without prejudice the parties' motions for leave to file under seal, ECF Nos. 34, 41, 45, 59−61, 71, 72, 75, 80−81. The parties shall publicly refile their briefs by May 30, 2024, and redact only those portions that are justified by the *Hubbard* factors. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980). Any party that seeks to redact any portion of a brief shall file a motion that explains why the *Hubbard* factors warrant sealing. As for the administrative record, the parties shall meet and confer and refile it by May 30, 2024, with only redactions justified by the *Hubbard* factors. The parties shall file a joint motion that explains why the *Hubbard factors* warrant sealing. Signed by Judge Amit P. Mehta on 05/16/2024. (lcapm3) (Entered: 05/16/2024) |
| 05/30/2024 | 84 | Consent MOTION for Extension of Time to File *Joint Appendix* by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN |

| | | |
|---|---|---|
| | | SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 05/30/2024) |
| 05/30/2024 | 85 | MOTION for Summary Judgment by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 05/30/2024) |
| 05/30/2024 | 86 | Memorandum in opposition to re 38 Motion for Summary Judgment *(Public Refile of [41−2])* filed by AVADEL CNS PHARMACEUTICALS, LLC. (Perry, Philip) (Entered: 05/30/2024) |
| 05/30/2024 | 87 | Cross MOTION for Summary Judgment *(Public Refile of [41−2])* by AVADEL CNS PHARMACEUTICALS, LLC. (Perry, Philip) (Entered: 05/30/2024) |
| 05/30/2024 | 88 | REPLY to opposition to motion re 85 MOTION for Summary Judgment filed by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 05/30/2024) |
| 05/30/2024 | 89 | REPLY to opposition to motion re 87 Cross MOTION for Summary Judgment *(Public Refile of [41−2]) (Public Refile of [72−1])* filed by AVADEL CNS PHARMACEUTICALS, LLC. (Perry, Philip) (Entered: 05/30/2024) |
| 05/30/2024 | 90 | REPLY to opposition to motion re 37 MOTION to Take Judicial Notice filed by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 05/30/2024) |
| 05/30/2024 | 91 | MOTION for Protective Order *to Complete and Supplement the Record* by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 05/30/2024) |
| 05/30/2024 | 92 | REPLY to opposition to motion re 91 MOTION for Protective Order *to Complete and Supplement the Record* filed by JAZZ PHARMACEUTICALS, INC.. (Akowuah, Kwaku) (Entered: 05/30/2024) |
| 05/30/2024 | 93 | Memorandum in opposition to re 85 Motion for Summary Judgment, 38 Motion for Summary Judgment *(Public Refile of ECF Nos. 45−2, 57)* filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 05/30/2024) |
| 05/30/2024 | 94 | MEMORANDUM re 44 Cross MOTION for Summary Judgment filed by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROBERT CALIFF, U.S. FOOD AND DRUG ADMINISTRATION by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 05/30/2024) |
| 05/30/2024 | 95 | REPLY to opposition to motion re 44 Cross MOTION for Summary Judgment *Public Refile of ECF No. 71−2* filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 05/30/2024) |
| 05/30/2024 | 96 | REPLY to opposition to motion re 47 MOTION to Strike 35 Declaration, 36 Large Additional Attachment(s),,, *Public Refile of ECF Nos. 75−2, 78* filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 05/30/2024) |
| 05/30/2024 | 97 | Memorandum in opposition to re 65 Motion for Miscellaneous Relief, 91 Motion for Protective Order *Public Refile of ECF Nos. 75−2, 79* filed by XAVIER BECERRA, |

| | | |
|---|---|---|
| | | ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 05/30/2024) |
| 06/03/2024 | | MINUTE ORDER denying as moot Federal Defendants' 84 Consent Motion for Extension of Time. Because the redacted portions referenced in Federal Defendants' Consent Motion are not part of the administrative record, the court does not believe that those portions qualify as judicial records to which the *Hubbard* factors apply. *See Metlife, Inc. v. Financial Stability Oversight Council*, 865 F.3d 661, 667 (D.C. Cir. 2017) (stating that a joint appendix constitutes a "judicial record" to the extent it reflects "the record upon which an agency made its decision"). Accordingly, the request for more time is denied as moot. The clerk of court shall unseal ECF No. 81 and all attachments (attachments 1−6), which contains the Joint Appendix. Signed by Judge Amit P. Mehta on 06/03/2024. (lcapm3) Modified on 6/6/2024 to include language regarding the unsealing of attachments (zakb). (Entered: 06/03/2024) |
| 07/18/2024 | 98 | NOTICE OF SUPPLEMENTAL AUTHORITY by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (Katzen, Noah) (Entered: 07/18/2024) |
| 09/04/2024 | 99 | NOTICE *of Supplemental Exhibit* by JAZZ PHARMACEUTICALS, INC. (Attachments: # 1 Declaration, # 2 Exhibit 48)(Griffin, Sean) (Entered: 09/04/2024) |
| 09/12/2024 | 100 | RESPONSE re 99 Notice (Other) *of Supplemental Exhibit* filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 09/12/2024) |
| 09/13/2024 | 101 | NOTICE OF WITHDRAWAL OF APPEARANCE as to XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. Attorney Isaac Belfer terminated. (Belfer, Isaac) (Entered: 09/13/2024) |
| 09/20/2024 | 102 | NOTICE OF SUPPLEMENTAL AUTHORITY by JAZZ PHARMACEUTICALS, INC. (Attachments: # 1 Declaration of Sean C. Griffin, # 2 Exhibit 49, # 3 Exhibit 50, # 4 Exhibit 51)(Griffin, Sean) (Entered: 09/20/2024) |
| 09/28/2024 | 103 | RESPONSE re 102 NOTICE OF SUPPLEMENTAL AUTHORITY filed by XAVIER BECERRA, ROBERT CALIFF, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (Katzen, Noah) (Entered: 09/28/2024) |
| 10/30/2024 | 104 | MEMORANDUM OPINION re: 34 Plaintiff's Motion for Summary Judgment and 41 , 45 Defendants' Cross−Motions for Summary Judgment. Please see the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 10/30/2024. (lcapm3) (Entered: 10/30/2024) |
| 10/30/2024 | 105 | ORDER. For the reasons stated in the 104 Memorandum Opinion, the court grants Avadel's and Federal Defendants' cross−motions for summary judgment, and denies Jazz's motion for summary judgment. Please see the attached Order for further details. Signed by Judge Amit P. Mehta on 10/30/2024. (lcapm3) Modified on 10/31/2024 for punctuation (zakb). (Entered: 10/30/2024) |
| 10/30/2024 | 106 | ORDER. Before the court are multiple motions relating to the administrative record. The court orders that these motions be administratively closed. Please see attached |

| | | |
|---|---|---|
| | | Order for additional details. Signed by Judge Amit P. Mehta on 10/30/2024. (lcapm3) (Entered: 10/30/2024) |
| 11/15/2024 | <u>107</u> | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>105</u> Order on Motion for Summary Judgment,,,,,,,,,,, by JAZZ PHARMACEUTICALS, INC.. Filing fee $ 605, receipt number ADCDC−11303115. Fee Status: Fee Paid. Parties have been notified. (Akowuah, Kwaku) (Entered: 11/15/2024) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT CALIFF; Commissioner of Food and Drugs; U.S. FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants*, <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> *Intervenor-Defendant*. | Case No. 1:23-cv-1819-APM |

## NOTICE OF APPEAL

Plaintiff Jazz Pharmaceuticals, Inc. appeals to the United States Court of Appeals for the District of Columbia Circuit from the October 30, 2024 order (ECF No. 105) denying Jazz's motion for summary judgment and granting summary judgment to the Federal Defendants and Intervenor-Defendant Avadel CNS Pharmaceuticals, LLC.

Dated: November 15, 2024

_/s/ Kwaku A. Akowuah_
Kwaku A. Akowuah (D.C. Bar No. 992575)
Sean C. Griffin (D.C. Bar No. 499537)
Tobias S. Loss-Eaton (D.C. Bar No. 1019749)
Peter A. Bruland (D.C. Bar No. 1600717)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
kakowuah@sidley.com
sgriffin@sidley.com
tlosseaton@sidley.com
pbruland@sidley.com

_Counsel for Plaintiff_
_Jazz Pharmaceuticals, Inc._

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 15, 2024, I electronically filed this Notice of Appeal using the Court's CM/ECF system, which will notify all registered CM/ECF users.

Dated: November 15, 2024          <u>*/s/ Kwaku A. Akowuah*</u>
Kwaku A. Akowuah

*Counsel for Plaintiff*
*Jazz Pharmaceuticals, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| JAZZ PHARMACEUTICALS, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| XAVIER BECERRA, et al., ) | |
| ) | **Case No. 23-cv-01819 (APM)** |
| **Defendants,** ) | |
| ) | |
| and ) | |
| ) | |
| AVADEL CNS PHARMACEUTICALS, LLC, ) | |
| ) | |
| **Defendant-Intervenor.** ) | |
| _____ ) | |

## <u>ORDER</u>

For the reasons set forth in the court's Memorandum Opinion, ECF No. 104, the court grants Avadel's and Federal Defendants' cross-motions for summary judgment, ECF Nos. 41-2, 45-2, and denies Jazz's motion for summary judgment, ECF No. 34-2.

This is a final, appealable order.

Dated: October 30, 2024

_____
Amit P. Mehta
United States District Court Judge